FILED
ROCK ISLAND, IL

2003 DEC 22 P 3: 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

GREGORY THOMAS ANDERSON,          )
                                   )  Law No. 3:03-CV-20010
        Plaintiff,                 )
                                   )
vs.                                )  **APPENDIX TO PLAINTIFF'S**
                                   )  **MOTION FOR SUMMARY**
APAC TELECOMMUNICATIONS SERVICE, a )  **JUDGMENT**
foreign corporation, a/k/a APAC CUSTOMER )
SERVICES, INC., f/k/a APAC TELEMARKETING )
CORPORATION,                       )
                                   )
        Defendant.                 )

## TABLE OF CONTENTS

**Tab**                                                                                          **Page**

1     Request for Leave of Absence ................................................................................................App.1

2     May 1, 2002 letter from Benefits Department ........................................................................ 2-3

3     Explanation of Benefits Summary (The Hartford) ................................................................. 4-5

4.    Charge of Discrimination......................................................................................................... 6-11

5.    Excerpts from Deposition of Catherine Hughes ................................................................. 12-13

6.    Answers to Second Set of Interrogatories............................................................................ 14-28

7.    Excerpts from Deposition of Wendy Salas............................................................................ 29-31

8.    Excerpts from Deposition of Angela Hansen ....................................................................... 32-33

9.    Plaintiff's First Request for Admissions............................................................................... 34-37

10.   APAC 2002 Employee Benefits Plan .................................................................................... 38-76

11.   APAC 2003 Employee Benefits Plan .................................................................................. 77-132

12.   APAC's Supplemental Answers to Plaintiff's First Set of Interrogatories ......................... 133-157

*34.*

2

13.    Statement of Wendy Salas .................................................................................158

14.    Statement of Catherine Hughes ........................................................................159

15.    Excerpts from Deposition of Gregory Anderson ..............................................160-161

KATZ, HUNTOON & FIEWEGER, P.C.


By: _____
      Stephen T. Fieweger (AIN 9638)
      200 Plaza Office Building
      P.O. Box 3250
      Rock Island, IL  61204-3250
      Telephone:  309-788-5661
      Fax:  309-788-5688

      Attorneys for Plaintiff
      Gregory Thomas Anderson

s:\wp\worddoc\10197001.app


**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 22, 2003

By: ☑ U.S. Mail          ☐ FAX
     ☐ Hand Delivered     ☐ UPS Next Day
     ☐ Fed Ex             ☑ Other

Signature: _____

**APAC Customer Services, Inc.**
**Request For Leave of Absence**

Name: Gregory T. Anderson   SS#: 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   Date: 3-5-02

Position: QAR   Hire Date: 5-1-00   ☐ Exempt   ☐ Non-exempt

Address while on Leave: 3535 38 St. Moline   Phone while on Leave: 309-797-4824

Location: Davenport   Division/Department: Quality Assurance

Date Leave Starts: 3-5-02   Date of Expected Return: undetermined

*Reason for Leave*

Family and Medical (please refer to the attached FMLA Information Sheet)
☐ birth of child
☐ placement of child for adoption/foster care
☐ care for family member with a serious health condition —
   specify relationship: _____
☑ employee's serious health condition

☐ Job-related Illness or Injury/Workers' Compensation. (A leave may qualify as both a FMLA leave and a workers' compensation leave.)

When requesting a Family/Medical or Job-related Illness or Injury Leave of Absence, the attached Physician's Written Certification must include all of the following:
• commencement and probable duration of leave;
• statement that the employee is unable to perform the functions due to a serious condition;
• type of care to be provided by the employee, and an estimated time frame, if the leave is to care for a seriously ill family member.

☐ Military (Submit copy of orders)
☐ Personal (Explain below, use reverse side if necessary)
☐ Jury Duty
☐ Bereavement Leave

Explanation:

_____

_____

_____

To: Wendy Salas
From: Greg Anderson

APAC fax #
563-285-2632
1/1/99

EXHIBIT
1

34.

APAC   06/03
307

**APAC Customer Services, Inc.**
Six Parkway North Center
Deerfield, IL 60015
P 847.374.4980
F 847.374.4991
www.apaccustomerservices.com

May 1, 2002

Gregory Anderson
3535 38 St
Moline, IA 61265

Dear Gregory:

Recently you notified us of your need to take an FMLA. Your leave has been approved as an **FMLA Leave of Absence** for the following dates: **3/5/02 through 5/28/02.** The total amount of FMLA time available to you in a year includes 12 weeks or 480 hours. In the past 12 months you have used **0.0 hours (0.0 weeks)** and have a total of **480.0 FMLA hours (12.0 weeks)** available.

This notice is sent to inform you that:

1.  ☐  The requested leave will be counted against the calculation of your average hours worked.
    ☑  The requested leave will not be counted against the calculation of your average hours worked.

2.  ☐  The approved dates above are tentative until the Corporate Benefits Department receives the required medical certification of a serious health condition.  This certification must be received by or the leave request will be denied.

    ☐  You are not required to furnish medical certification for this leave.

3.  Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.
    a.  If you normally pay a portion of the premiums for your health insurance, it is your responsibility to arrange to maintain this premium payment during the period of leave or lose your coverage during the period of your leave.

b.  You have a 31 day grace period in which to make premium payments.  If timely payment not made, your group health insurance may be canceled. *We will not pay your share of health insurance premiums while you are on leave.*

c.  ☐  You do not owe any premiums
    ☑ **You owe premiums on the following dates: 5/07/02, 5/21/02,**
    ☐ **You have vacation or sick time from which your benefit premiums will be deducted during the beginning of your FMLA Leave.  Once you have exhausted your paid time off**

**APAC** | Customer Services, Inc.

EXHIBIT

APAC      06/03

**APAC Customer Services, Inc.**
Six Parkway North Center
Deerfield, IL 60015
P 847.374.4980
F 847.374.4991
www.apaccustomerservices.com

you must send in premium payments. The following is a list of the payroll dates which will occur while you are on **FMLA Leave:**
The payment is due on the date you would normally receive a paycheck.

d.     Your biweekly premium amount is: **$51.31**
e.     Make the check payable to APAC Customer Services Inc.
f.     Mail the check to:
       APAC Customer Service
       6 Parkway North Center
       Deerfield, IL 60015

You will be required to present a return to work certificate prior to being restored to employment. If certification is not received, your return to work may be delayed until the certification is provided.

4.     While on leave you may be required to furnish us with periodic reports of your status and intent to return to work. If the circumstances of your leave change and you are unable to return to work earlier than the date indicated on page 1 of this document, you will be required to notify us at least two working days prior to the date you intend to report to work.

*Please note: Failure to return to work on the next scheduled shift/day following expiration of this leave, or failure to have obtained physician's certification or an approved extension, may result in the termination of your employment. Furthermore, payment of medical claims will be suspended until your employment status is determined. It is your responsibility to contact your manager to schedule your return.*

If you have any questions regarding this matter, please feel free to contact the Corporate Benefits Department at 1-800-401-2722.

Sincerely,

Corporate Benefits Department




**APAC** Customer Services, Inc.

```
Program Number: E401089R                 The Hartford
Date Of Report: 06/19/2002      Explanation Of Benefits Summary
                            For Case: APAC CUSTOMER SERVICES, INC.
```

Location: APAC CUSTOMER SERVICES
   Class: ALL ACTIVE FULL TIME LEVEL II EMPLOYEES,


```
            SSN:  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
  Employee Name:  Gregory Anderson
     Payee Name:  Gregory Anderson
  Payee Address:  3535 38th Street
                  Moline, IL 61265

   Check Number:


       Coverage:  WD
          State:  IL


  Gross Benefit:  3120.00        Authorized End Date:  06/12/2002
    Net Benefit:  3120.00         Benefit Start Date:  03/14/2002
Adjustment Amount:     0.00          Last Day Worked:  03/05/2002
 Payment Amount:  2881.32         Payment From Date:  03/14/2002
                                  Payment Thru Date:  06/12/2002
                                       Payment Date:  06/18/2002


   ***** Taxes *****
   -----------------
     FIT:     0.00
   State:     0.00
    OASD:   193.44
    MDCR:    45.24


   Remarks:




   Location Totals:   Number Of Claims:    2    Amount:    3198.41
```

*** End Of Report ***

**EXHIBIT**
3

APAC      06/03

Date Of Report: 06/19/2002
Report Number: E401033R

The Hartford
Employee Benefits Division
Daily Activity Report
For Case: APAC CUSTOMER SERVICES, INC.
From 06/18/2002 Thru 06/18/2002

1

Coverage Type: WD
Employee Group: APAC CUSTOMER SERVICES
Plan: APAC CUSTOMER SERVICES, INC.
Class: ALL ACTIVE FULL TIME LEVEL II EMPLOYEES, EXCLUDING EXECUTIVES

SSN: 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   Name: ANDERSON, GREGORY      PeopleSoft ID:

| Activity | Description | Status Dt | **********Claim Change*********** | |
|---|---|---|---|---|
| | | | Old Value | New Value |
| STATUS CHANGE | APPROVED | 06/18/2002 | | |
| STATUS CHANGE | TERMINATE | 06/13/2002 | | |
| | BENEFITS EXPIRE | | | |
| CLAIM CHANGE | AUTHORIZED END DATE | | 12-JUN-02 | 12-JUN-02 |
| EOB TEXT | YOUR CLAIM HAS BEEN APPROVED FROM 3/6 THORUGH 6/12 THE STD PERIOD. | | YOUR | |
| | BENEFITS ARE PAYABLE ON THE 8TH DAY OF DISABILITY.  YOUR CLAIM HAS | | BEEN | |
| | REFERRED TO OUR LONG TERM DISABILITY DEPARTMENT FOR EVALUATION FOR | | | |
| | POSSIBE LONG TERM DISABILITY BENEFITS. | | | |

| | | | | | | *************** OFFSET  INFO *************** | | |
| | | | Maximum | | | Offset | Offset | Offset |
| Last Day | Benefit | Authorized | Benefit | Claim | | Offset | Offset | Offset |
| Worked | Start Date | End Date | End Date | Status | | Type | Amount | Start Date End Date |
| 03/05/2002 | 03/14/2002 | 06/12/2002 | 06/12/2002 | TERMINATE | | | | |

* * * End Of Report * * *

Am S



(Charge of Discrimination under Iowa Code Chapter 216)

IMPORTANT:  This form is affected by the Privacy Act of 1974.

| (AGENCY USE ONLY) |
|---|

**CHARGE NUMBER:**

07-02-43861    26AA201332

[ ] Local Agency      [x] State Agency      [x] EEOC

**Iowa Civil Rights Commission**          **Local   Commission**
**211 East Maple Street, 2nd Floor**
**Des  Moines,  Iowa    50309-1858**      and

**Equal   Employment   Opportunity   Commission**

--------------------------------------------------------

NOTE:  PLEASE TYPE OR PRINT (In Ink Only)

1.  What is your legal name?   Gregory Thomas Anderson

2.  What is your street address?   3535 - 38th Street
    City:  Moline          State:   IL          Zip Code:  61265

3.  Telephone Number:  309  - 797-4824

4.  What is your date of birth?   3/19/77          Sex:  M
    Race:  caucasian      National Origin(ancestry):  _____
    SS#:  350  -64      -5765

5.  On what BASIS(ES) do you feel you have been discriminated against?
    (Please  check)

    [ ] Age            [x] Physical Disability   [ ] Color
    [ ] Race           [ ] Creed                 [ ] Religion
    [ ] Marital Status [ ] Sex                   [ ] Mental Disability
    [ ] National Origin [ ] Pregnancy            [x] Retaliation*

    * Because I filed prior complaint or opposed a discriminatory practice

**EXHIBIT**
**4**

APAC  03/03
254

2

6.  Please check the AREA in which the discrimination occurred.

☐ Credit          ☐ Education
☒ Employment      ☐ Public Accommodations

7.  What is the FULL LEGAL NAME of the business or company that discriminated against you? APAC _____

What is that company's street address? 250 East 90th Street
City: ___Davenport___   State: IA ___   Zip Code: 52802
County: Scott ___

Telephone Number: 563 - 285-2722 _____

8.  What does that business/company do? telecommunications marketing ___

9.  If the company named in # 7 is owned by another company, what is the FULL LEGAL NAME of the owner company? _____

_____

What is that company's street address? _____
City: _____   State: _____   Zip Code: _____

Telephone Number: ___-_____

10. Give approximate total number of full & part-time employees at ALL employer locations (VERY IMPORTANT): 500+

11. Have you filed this complaint with any other Federal, State, or Local Anti-Discrimination Agency? Yes ___ No x
If yes, what agency? _____
Month: _____ Day _____ Year _____

12. If this complaint can be cross-filed with the Equal Employment Opportunity Commission, the Iowa Civil Rights Commission will cross-file, unless you indicate in writing: "don't cross-file."   Please cross-file.

13. Identify the person at the company who discriminated against you?
Name: 1. Douglas Kappler, Operations Mgr.; Brigetta Stoker, Training Director;
Position/Title: and 3. Angela Hansen, Quality Assurance Supervisor

14. If you are claiming harassment, who harassed you?
Name: Brigetta and Angela
Position/Title: _____

APAC 03/03
255

3

*Short Term Disability.*

**Please fill in the particulars of your complaint below.**
**Be sure to state why you feel you were discriminated against.**

See attached Rider.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa and the laws of the United States of America that the preceding charge is true and correct.

X _____   Date  6·25·02

&gt; **Signature of Complainant**
  Gregory Thomas Anderson
Verification without notary authorized by Iowa Code § 622.1;  28 U.S.C.  § 1746

Intaker Name _____   Phone: _____ (direct extension)
Disability Code _____

APAC 03/03
256  Am. 8

# RIDER

I have Primary Progressive Multiple Sclerosis. I am wheelchair bound and on medication for the same and, despite my medication, have difficulty with spasticity and involuntary muscle control. Despite my physical disability, I am able to perform the essential job functions of a Quality Assurance employee. I became employed on May 1, 2000 as a Customer Service Representative and in March, 2001 I was transferred into the Training Department as a Certifier.

In September, 2001, I was promoted to a Quality Assurance worker. Beginning in September, 2000 and continuing through September, 2001, APAC failed to provide adequate restroom facilities for handicapped employees who are wheelchair bound. One restroom is not accessible by wheelchair. The other restroom has only one handicap stall. In September, 2000, the sign reserving the stall for physically-challenged employees was removed and from September, 2000 through July, 2001, the sign had not been replaced. I complained to my supervisor, Brigetta Stoker, in September, 2000, and then to the Human Resource Manager, Kathleen Eisenbrenner, regarding the lack of availability of handicapped bathroom facilities. In late July, 2001, the lack of the availability of restroom facilities caused me to have an accident. Due to my soiled clothes, I had to leave work. On that day, I received a call from Brigetta Stoker who informed me that I would have to return to work that day regardless of whether bathroom facilities were available to me or not. Thereafter, Brigetta Stocker, from July, 2001 through March 8, 2002 has demonstrated a belligerent attitude toward me for making complaints regarding the lack of bathroom facilities and has also refused to consider any accommodations suggested by me for performance of my job.

In August, 2001, I applied for a promotion for a position of Team Leader for an APAC program entitled Merck Medco. I interviewed for this position with Operations Manager, Douglas Kappler. I graduated from Albion College with a BA in history and political science. I also have two years managerial experience with the Boy Scouts of America, having managed over 50 fulltime employees as manager of its Loud Thunder Scout Camp. I interviewed with Mr. Kappler for the position. I was qualified to perform the duties as a team leader for APAC's Merck Medco program. On August 27, 2001, Troy Bentham, a non-disabled employee, was given the promotion to team leader. On or about August 30, 2001, I found out from Mr. Kappler that I did not receive the position because Mr. Bentham supposedly was a candidate with more managerial experience than myself.

The reason given by Mr. Kappler for failing to promote me to this position I false in that Troy Bentham has less managerial experience than myself and has only a high school education. Mr. Bentham was demoted from this Team Leader position in December, 2001, and when the position reopened, I was not offered the position in December, 2001, despite my qualifications for such a job.

In late September, 2001, I informed the Human Resource Director, Kathleen Eisenbrenner, that I wanted an investigation as to why I was passed over for the

App. 9

APAC  03/03
257

promotion to Team Leader and was informed by Ms. Eisenbrenner that she would look into it. I never heard any response back from any APAC managerial employee as to the reason for denial of my promotion.

In September, 2001, I was promoted to the position of Quality Assurance. As part of my job duties and responsibilities, I am to monitor calls of Customer Service Representatives. In December, 2001, APAC by managerial employees, Angela Hansen and Brigetta Stoker, changed the method in which I was to perform my job. My job duties were changed to require me to physically leave my desk area and go to the Customer Service Representative to point out errors in his/her work. Due to my physical limitations, it made it more difficult for me to perform my job duties and responsibilities. In December, 2001 I asked for reasonable accommodations to perform this function of my job by either e-mailing the Customer Service Representative or that representative's manager or using instant messenger on my computer to notify them of the problems they were having in providing quality telephone service. I also requested additional accommodations in using the overhead pager system to notify either the Customer Service Representative or their supervisor the information. In the alternative, I also requested that I be provided a desk with higher clearance to allow me to have easier ingress and egress to my work station due to my electronic wheelchair, thereby allowing my to be more mobile and able to get to the work station and out on to the floor. Neither Angela Hansen nor Brigetta Stoker would provide such reasonable accommodations and would provide no reasons to me for failing to provide these accommodations. Due to the lack of accommodations, this caused me to experience additional physical pain caused by the increased spasticity. Due to the increased spasticity, my sleep was interrupted, thereby causing aggravation of my MS condition. In February, 2002 this caused me to have to increase my medication to include the anti-anxiety drug, Paxil.

In February, 2002 due to my lack of mobility and increased physical pain, my productivity level on monitoring calls decreased from live monitored calls per hour to two or three monitored calls per hour. Despite my request for reasonable accommodations, Angela Hansen refused to accommodate me and asked me to sign a "last chance" letter stating that if my productivity level did not increase within 30 days, I would be terminated. At that time, I inquired about accommodations and Ms. Hansen stated that she and Brigetta were working on it. By the end of my employment, the spasticity I was experiencing increased and was associated with the problems and stress at work to a point that I could no longer bathe or dress myself. I became constructively discharged due to APAC's refusal to accommodate my known disability and left work on March 8, 2002 applying for short-term disability benefits. On June 20, 2002, I inquired from the present Human Resource Director, Katherine Hughes, as to whether I could return to work in a different department away from the management of Brigetta Stoker since Ms. Stoker had treated me so poorly and refused to accommodate my condition. Ms. Hughes indicated that she would look into it and call me back on Friday, June 21, 2002. To this date, Ms. Hughes has not returned my telephone call.

I have suffered damages consisting of extreme mental pain and suffering, embarrassment, severe emotional distress damages.  I have lost back wages and will lose wages in the future.  I have not had reasonable chances for promotions at APAC.  I also suffered damages including costs, attorney's fees and expert witness fees in this matter.

S:\STF\DOCUMENT\10197-1AndersonRider.doc

02 JUN 25  AM 8: 56

RECEIVED

APAC  03/03
259

Ann 11

CondenseIt!™     CATHERINE A. HUGHES   11-12-03

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF IOWA
 2             DAVENPORT DIVISION

 3   _____

 4   GREGORY THOMAS ANDERSON,       )
                                    )
 5        Plaintiff,                )
                                    )
 6   vs.                            ) No. 3:03-CV-20010
                                    )
 7   APAC TELECOMMUNICATIONS SERVICE,)
     a foreign corporation, a/k/a   )
 8   APAC CUSTOMER SERVICES, INC.,  )
     f/k/a APAC TELEMARKETING       )
 9   CORPORATION,                   )
                                    )
10        Defendant.                )

11   _____

12

13

14      DEPOSITION UPON ORAL EXAMINATION OF
              CATHERINE A. HUGHES
15

16

17          Taken November 12, 2003
          Commencing at 11:33 a.m.
18

19

20   REPORTED BY: KATHY REUMANN, CSR, RPR, RMR
         Registered Professional and Merit Reporter
21        (Certified in Iowa and Illinois)

22

23

24             CONNELL REPORTING
                P.O. Box 3171
25        Rock Island, Illinois  61204-3171
                (309) 788-3741
```

ORIGINAL

**Page 2**

```
 1                  DEPOSITION

 2        The following is the deposition of

 3   CATHERINE A. HUGHES taken pursuant to Notice of

 4   Deposition, at the offices of Katz, Huntoon &

 5   Fieweger, P.C., 1705 Second Avenue, Suite 200,

 6   Rock Island, Illinois, commencing at approximately

 7   11:33 a.m., on November 12, 2003.

 8

 9

10                  APPEARANCES

11     On Behalf of the Plaintiff:

12
          ATTORNEY STEPHEN T. FIEWEGER, of the firm
13   of Katz, Huntoon & Fieweger, P.C., 1705 Second
     Avenue, Suite 200, P.O. Box 3250, Rock Island,
14   Illinois  61204-3250.

15
       On Behalf of the Defendant:
16
          ATTORNEY LAURA C. MUELLER, of the firm of
17   Bradley & Riley, P.C., 2007 First Avenue S.E.,
     Cedar Rapids, Iowa  52402.
18

19

20

21

22

23

24

25
```

EXHIBIT
5

**Page**

```
 1                   I N D E X

 2   WITNESS          EXAMINED BY          PAGE

 3   CATHERINE A. HUGHES

 4             (Mr. Fieweger)          4

 5

 6

 7

 8

 9        (Deposition Exhibit Nos. 31 and 33

10   through 36 retained by the Reporter.  Originals

11   included with the original transcript with copies

12   to Counsel.)

13

14

15

16

17   CERTIFICATE OF SHORTHAND REPORTER . . . . . 57

18

19

20

21

22

23

24

25
```

**Page 4**

```
 1           CATHERINE A. HUGHES,
 2   being first duly sworn, was examined and testified
 3   as follows:
 4   EXAMINATION BY MR. FIEWEGER:
 5     Q. Please state your name.
 6     A. Catherine Hughes.
 7     Q. I'm Steve Fieweger, and I represent Greg
 8   Anderson.
 9        Have you ever had your deposition taken
10   before?
11     A. No.
12     Q. If you don't understand my questions, let
13   me know, and I'll rephrase them in a way we can get
14   an answer to the question.
15        And answer verbally.  All right?
16     A. Okay.
17     Q. Please tell me your position with APAC.
18     A. Human resources manager.
19     Q. How long have you held that position?
20     A. I just started back at the Davenport
21   facility on October 2nd.  And prior to that, for
22   six months I was the regional human resource
23   manager in central Illinois.
24     Q. Okay.  So October 2nd, 2003?
25     A. Right.
```

Page 41

1    Q. Is this what prompted -- when you say in
2  your 8-15, 2002, statement, The next thing I
3  received was this complaint, it's exhibit -- you
4  received a copy of Exhibit 35, correct?
5    A. Yes.
6    Q. And in Exhibit 35, Mr. Anderson states,
7  On June 20th, I inquired from the present human
8  resources director whether I could return to work
9  in a different department away from the management
10  of Brigetta Stoker since she had treated me so
11  poorly and refused to accommodate my condition.
12  You stated that you would look into it and call him
13  back on Friday, June 21st, 2001.
14      Do you see that?
15    A. Yes.
16    Q. Okay. And then it says, To this date,
17  Ms. Hughes has not returned my phone call.
18  Correct?
19    A. That's what it says.
20    Q. All right. And you disagree with those
21  statements, correct?
22    A. I do. I disagree.
23    Q. All right. And after you reviewed this,
24  since you disagreed with it, why didn't you call
25  Mr. Anderson and tell him, This isn't what

Page 42

1  happened. We're willing to let you come back to
2  work. We've got the walkie-talkies in place, and
3  we've got the desk higher. Come on back, and we'll
4  even get you away from Brigetta Stoker?
5    A. Once it went to this level, then I felt
6  that it was not within my realm to call him outside
7  of -- or, within my capacity as the HR manager.
8    Q. Who told you that?
9    A. No one told me.
10    Q. Where would you get that understanding?
11    A. It went to -- when it went to this level,
12  then the communication going forward is my legal
13  representation.
14    Q. Well, did you ever tell your legal
15  representation, Tell Mr. Anderson we've got the
16  accommodations in place and come on back to work?
17    A. Yes. That's who prepared my statement.
18    Q. Do you know if anybody from Bradley &
19  Riley or in-house counsel have ever contacted me or
20  Mr. Anderson directly and told them the
21  accommodations are in place, come back to work?
22    A. I told him that.
23    Q. No. Do you know if they did that in
24  turn?
25    A. I don't know if they did.

Page 43

1    Q. You're not aware of anyone from APAC,
2  whether attorneys or other employees, ever
3  contacting Mr. Anderson and telling him he can come
4  back to work.
5    A. I'm not aware of that, no.
6    Q. All right. You were not aware of what
7  physical limitations Mr. Anderson had as of August
8  15th, 2002, correct?
9    A. I know what he told me over the phone.
10    Q. Okay. But you hadn't seen any medical
11  records?
12    A. No.
13    Q. And you hadn't seen any letters from
14  doctors, correct?
15    A. No.
16    Q. So as far as you know, if the
17  accommodations had been made, he could have
18  returned to work?
19    A. Yes.
20    Q. Did you have any involvement in the
21  notification of the benefits department about
22  continuation of health care coverage for
23  Mr. Anderson?
24    A. Say your question again.
25    Q. Sure. Did you have any involvement in

Page 44

1  notification to either the benefits department at
2  APAC or any other third-party vendor, such as
3  PayFlex Systems or Connecticut General, Cigna,
4  about continuation of health insurance benefits for
5  Mr. Anderson?
6    A. No, I did not. But from what I
7  understand -- and I don't know why I have this
8  understanding -- his benefits were continued for a
9  long time.
10    Q. Well, when were they -- you mean, that's
11  all hearsay, isn't it?
12    A. Yeah. So I guess I should --
13    Q. You have no personal knowledge as to when
14  Mr. Anderson's health insurance benefits
15  terminated, do you?
16    A. No, I don't.
17    Q. All right. Do you know whether or not
18  APAC ever sent to Greg Anderson a COBRA notice?
19    A. I don't know.
20    Q. Do you know who the health plan -- the
21  plan administrator for the group health insurance
22  plan was as of the calendar year 2002?
23    A. We just switched to Blue Cross Blue
24  Shield. Before that, it was Cigna.
25    Q. Okay. But do you know who administered

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| GREGORY THOMAS ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-CV-20010 |
| | ) | |
| v. | ) | |
| | ) | |
| APAC TELECOMMUNICATIONS SERVICE, | ) | APAC'S ANSWERS TO SECOND SET OF |
| a foreign corporation, a/k/a APAC | ) | INTERROGATORIES |
| CUSTOMER SERVICES, INC., f/k/a APAC | ) | PROPOUNDED BY PLAINTIFF |
| TELEMARKETING CORPORATION, and | ) | |
| CONNECTICUT GENERAL LIFE | ) | |
| INSURANCE COMPANY, f/k/a CIGNA | ) | |
| HEALTH CARE SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant APAC Customer Services, Inc. submits the following Answers to

Interrogatories propounded by Plaintiff, Gregory Thomas Anderson.

Respectfully submitted,

KELLY R. BAIER (#LI0000159)
LAURA C. MUELLER (#LI17662)
of
BRADLEY & RILEY PC
2007 First Avenue, SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone: (319) 363-0101
Fax:    (319) 363-9824
Email: kbaier@bradleyriley.com
Email: lmueller@bradleyriley.com

ATTORNEYS FOR DEFENDANT

{00110008.DOC}

**EXHIBIT**

6

Ann 14

1

Copy to:

Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
200 Plaza Office Building
PO Box 3250
Rock Island, IL 61204-3250

ATTORNEYS FOR PLAINTIFF

Richard N. Bien
Robyn L. Turner
Lathrop & Gage L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO  64108-2612

ATTORNEYS FOR DEFENDANT CIGNA

**PROOF OF SERVICE**
I certify that a true copy of this document was
served upon each of the attorneys of record of all
parties to this action at the addresses disclosed

by the pleadings on Aug 7 , 20 03
By:  ☑ U.S. Mail      ☐ Hand Delivered
     ☐ Facsimile      ☐ Other
Signature  Deborah M. Lewis

{00110008.DOC}

STATE OF IOWA     )
                  ) SS
COUNTY OF SCOTT   )

I, Wendy Salas submit the attached answers to interrogatories propounded by
Plaintiff, and certify under penalty of perjury and pursuant to the laws of the State of Iowa that
said answers are true and correct.

Wendy L Salas

Wendy Salas

Subscribed and sworn to me this 7 day of August, 2003.

Thomas J Stecher

Notary Public in and for the State of Iowa



THOMAS J. STECHER
Commission Number 718008
My Comm. Exp. 12-04-04

{0011000LDOC}

3

App. 16

INTERROGATORY NO. 23:Please state the job title and duties as of May 28,

2002 of Jason Richard and Laurene Dodds, the two persons referenced in the documents

produced as APAC documents 319 and 320.

ANSWER:

Jason Ricard was never an APAC employee.  To the best of APAC's knowledge,
Mr. Ricard worked for Hartford Insurance Company as of May 28, 2002.  Loraine Dodds was a
Benefits Administrator for APAC as of May 28, 2002.  Ms. Dodds is no longer an employee of
APAC (she left the company on October 11, 2002).  While employed by APAC as a Benefits
Administrator, Ms. Dodds assisted in coordinating the delivery of benefits to APAC employees.

App 17

INTERROGATORY NO. 24:Please state the name, address, telephone number, whether the person has a disability of each person selected to seek team leader positions on Merck Medco job as referenced by Doug Kappeler's August 26, 201 memo to Kathleen Eisbrenner dated August 26, 2001, and/or for each position state:

     a.     The name, title or position with the defendant of each person who made the decision to hire that person;

     b.     The salary, wage rate and fringe benefits paid the person from date of hire until the present date; and

     c.     Whether the person hired has a disability.

ANSWER:

Only one Team Leader position was left to be filled at the time Doug Kappeler, Operations Manager, received Mr. Anderson's application for a position. That last position was filled by Kelly Mendenhall. Ms. Mendenhall has a condition that may be a disability. Of the eight positions that were open as referenced in Douglas Kappeler's August 26, 2001 e-mail to Kathleen Eisbrenner, the positions were filled by the following individuals:

I.    Kimberly Essary

     a.     Doug Kappeler

     b.     8/27/01:  $26,000 - hire record

     c.     No.

II.    Myrna Gonzalez

     a.     Doug Kappeler

     b.     5/24/99:  $6.00

               5/24/99:  $6.50 - bilingual increase

Ann 18

8/30/99:  $9.18 - transfer

11/24/99:  $10.18 - merit increase

2/1/00:  $7.00 - program decrease

2/1/00:  $8.00 - program increase

3/6/00:  $10.00 - promotion

5/24/00:  $11.00 - merit increase

6/19/00:  $12.76 - transfer

10/2/00:  $13.76 - promotion

1/25/01:  $12.76 - transfer

5/24/01:  $13.66 - merit increase

8/27/01:  $28,412 - promotion

8/1/02:  $29,217.83 - merit increase

1/13/03:  $14.05 - position change

4/1/03:  $14.47 - merit increase

    c.    Ms. Gonzalez has a condition that may be a disability.

III.   <u>Patti Kloppenburg</u>

    a.    Doug Kappeler

    b.    10/9/00:  $10.26

            4/9/01:  $11.16 - merit increase

            5/1/01:  $9.89 - pay adjustment

{00110008.DOC}

App. 19

8/27/01: $25,000 - promotion

7/29/03: $8.00 - rehire

c.   No

IV.   <u>Francesca Penhollow</u>

a.   Doug Kappeler

b.   8/27/01: $27,000

8/1/02: $27,414 - merit increase

4/1/03: $28,647.63 - merit increase

c.   Ms. Penhollow has a condition that may be a disability.

V.   <u>Jennifer Woods</u>

a.   Doug Kappeler

b.   10/5/98: $6.00

10/5/98: $8.68 - program increase

12/21/98: $23,500 - promotion

8/27/01: $25,000 - rehire

c.   Ms. Woods has a condition that may be a disability.

VII.   <u>Troy Broadbent</u>

a.   Doug Kappeler

b.   5/10/01: $6.50

8/27/01: $23,000 - rehire to Team Leader

1/8/02: $9.00 - demotion

c.   No

App. 20

VIII.   <u>Mary Hammitt</u>

    a.    Doug Kappeler

    b.    9/11/00 - $10.26

        3/11/01: $11.01 - merit increase

        4/2/01: $10.92 - pay adjustment

        8/27/01: $24,793.60 - promotion

        3/1/02: $35,000 - promotion

        6/3/02: $39,200 - pay adjustment

        8/1/02: $40,866 - merit increase

        9/2/02: $48,058.42 - lateral move

        4/1/03: $49, 980.76 - merit increase

    c.    No

IX.   <u>Kelly Mendenhall</u>

    a.    Doug Kappeler

    b.    4/5/99: $6.00

        9/13/99: $6.50 - base increase

        10/5/99: $7.25 - merit increase

        10/18/99: $9.00 - promotion

        1/31/00: $24,500 - promotion

        3/1/01: $25,877.40 - merit increase

        8/1/02: $26,653.76 - merit increase

App. 21

c.      Ms. Mendenhall has a condition that may be a disability.

INTERROGATORY NO. 25: Please state the address and telephone number of the person who Laurene Dodds spoke to concerning inability to accommodate Greg Anderson to the severity of his condition as referenced on APAC document 320.

ANSWER:

Catherine Hughes
820 Dewey Avenue
Kewanee, IL 61443
Home: (309) 856-8500
Work: (309) 854-0908

INTERROGATORY NO. 26:With respect to Troy Broadbent please state the

position held by Troy Broadbent from date of hire on August 27, 2001 to his termination date

and please state the salary, wage rate and other fringe benefits paid and the name, address, title or

position with the defendant of Troy Broadbent after his termination on February 15, 2002 and

whether the person who replaced Troy Broadbent was a person with a disability.

ANSWER:

To the best of APAC's knowledge, Mr. Broadbent was hired as a Team Lead supervisor on August 27, 2001 and was thereafter demoted to a Customer Service Representative position in approximately January 2002. Mr. Broadbent was not replaced after his demotion due to the changing staffing needs of the Davenport facility. Mr. Broadbent remained in a CSR position until his termination on February 15, 2002.

It is Doug Kappeler's recollection that Mr. Broadbent was interviewed for a Team Lead supervisor position prior to Mr. Anderson and that he was the seventh person hired for a supervisor position. In making the decision to hire Mr. Broadbent, his previous management experience was an important consideration in the selection process.

App. 24

INTERROGATORY NO. 27:Since August 16, 2002 (the date in which defendant, by its attorneys, Bradley & Riley, P.C. responded to Mr. Anderson's Iowa Civil Rights Commission Charge of Discrimination), please state the name, address and title or position with the defendant of each person employed by the defendant who has contacted the plaintiff orally, in writing or through its attorneys and have offered to return plaintiff to his employment position with the defendant.

ANSWER:

To the best of APAC's knowledge, no one from the Davenport site has contacted Mr. Anderson since August 16, 2002 to offer to return him to his employment position with APAC. In June of 2002, Wendy Salas, acting Human Resources Manager of the APAC facility, spoke with Mr. Anderson about his then upcoming surgery and advised him to let her know when he was ready to return to work. Mr. Anderson never contacted Ms. Salas after that time.

App. 25

INTERROGATORY NO. 28:If you claim that plaintiff as of August 16, 2002, was physically unable to perform his essential job functions in his former position, please state the name, address, telephone number and title or position with the defendant of each person you expect to call as a witness at trial who will be able to testify that they have personal knowledge of facts which would support this claim.

ANSWER:

As of August 16, 2002, no one at APAC's Davenport facility had made the determination that Mr. Anderson was unable to perform his essential job functions (nor had they done so at any time previous). However, as set forth in many documents produced in this case and also in APAC's position paper filed with the Davenport Civil Rights Commission, it is uncontroverted that Mr. Anderson was failing to meet many of his job duties, even with the accommodations provided by APAC.

App. 26

INTERROGATORY NO. 29:Please state the name, address and title or position with the defendant of each person who has personal knowledge of facts which would indicate that they sent the plaintiff COBRA notification of right to continue benefits with APAC's health insurance plan after December 31, 2002, and the date or dates in which that notification was sent to plaintiff.

ANSWER:

Pursuant to Fed. R. Civ. P. 33(d), the answer to Interrogatory No. 29 may be ascertained from documents produced pursuant to Plaintiff's First Request for Production of Documents.  In further answering, APAC sent Plaintiff an insurance renewal package for the 2003 year in December of 2002, as it did with all then-enrolled employees.  Plaintiff failed to return any documents or to otherwise exhibit an interest in renewing his insurance.  Thus, at the time that Plaintiff's employment with APAC ended, Anderson was not enrolled in APAC's insurance program and accordingly, he had no COBRA rights.

App. 27

<u>INTERROGATORY NO. 30:</u>Is Katherine A. Hughes still employed by the

defendant? If not, please state:

      a.      The date of the termination of her employment with defendant;

      b.      The reasons for her resignation or termination; and

      c.      Her last known home address and telephone number.

<u>ANSWER:</u>

Catherine Hughes is still employed by APAC.  She is the Regional Human
Resources Manager.  Ms. Hughes's home address is 820 Dewey Avenue, Kewanee, IL, 61443
and her work phone number is (309) 854-0908.

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF IOWA
 2                DAVENPORT DIVISION

 3   _____

 4   GREGORY THOMAS ANDERSON,        )

 5            Plaintiff,             )
                                     )
 6   vs.                             )  No. 3:03-CV-20010
                                     )
 7   APAC TELECOMMUNICATIONS SERVICE,)
     a foreign corporation, a/k/a    )
 8   APAC CUSTOMER SERVICES, INC.,   )
     f/k/a APAC TELEMARKETING        )
 9   CORPORATION,                    )
                                     )
10            Defendant.             )

11   _____

12

13

14         DEPOSITION UPON ORAL EXAMINATION OF
                      WENDY SALAS
15

16

17             Taken November 12, 2003
                Commencing at 1:37 p.m.
18

19

20   REPORTED BY:  KATHY REUMANN, CSR, RPR, RMR
          Registered Professional and Merit Reporter
21           (Certified in Iowa and Illinois)

22

23

24                 CONNELL REPORTING
                     P.O. Box 3171
25          Rock Island, Illinois  61204-3171
                    (309) 788-3741
```

ORIGINAL

Page 2

```
 1                  DEPOSITION

 2        The following is the deposition of

 3   WENDY SALAS taken pursuant to Notice of Deposition,

 4   at the offices of Katz, Huntoon & Fieweger, P.C.,

 5   1705 Second Avenue, Suite 200, Rock Island,

 6   Illinois, commencing at approximately 1:37 p.m., on

 7   November 12, 2003.

 8

 9

10                  APPEARANCES

11      On Behalf of the Plaintiff:

12
        ATTORNEY STEPHEN T. FIEWEGER, of the firm
13   of Katz, Huntoon & Fieweger, P.C., 1705 Second
     Avenue, Suite 200, P.O. Box 3250, Rock Island,
14   Illinois  61201-3250.

15
        On Behalf of the Defendant:
16
        ATTORNEY LAURA C. MUELLER, of the firm of
17   Bradley & Riley, P.C., 2007 First Avenue S.E.,
     Cedar Rapids, Iowa  52402.
18

19

20

21

22

23

24

25
```

EXHIBIT
7

Page 3

```
 1                   I N D E X

 2   WITNESS           EXAMINED BY           PAGE

 3   WENDY SALAS       (Mr. Fieweger)          4

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17   CERTIFICATE OF SHORTHAND REPORTER . . . . . 88

18

19

20

21

22

23

24

25
```

Page 4

1                    WENDY SALAS,
2  being first duly sworn, was examined and testified
3  as follows:
4  EXAMINATION BY MR. FIEWEGER:
5       Q. Please state your name.
6       A. Wendy Salas.
7       Q. Ms. Salas, I'm Steve Fieweger, and I
8  represent Greg Anderson.
9           Have you ever had your deposition taken
10 before?
11      A. No.
12      Q. If you don't understand my questions, let
13 me know, and I'll be happy to rephrase them in a
14 way that we can get the answer to the question
15 done.  Okay?
16      A. Okay.
17      Q. What documents have you reviewed to
18 prepare for your deposition?
19      A. Other than seeing them initially, I have
20 not really looked over them.
21      Q. Well, what have you seen initially?
22      A. I collected all the information that has
23 been requested and sent to our counsel.
24      Q. Okay.  So in the course of either
25 answering interrogatories or request for

Page 65

1  Q. Okay. Did Mr. Anderson ever get sent a
2  COBRA notification?
3  A. Not that I'm aware of, no.
4  Q. Have you ever seen Mr. -- any indication
5  that Mr. Anderson has been sent a COBRA
6  notification?
7  A. No.
8  Q. Do you know why Mr. Anderson has not been
9  sent a COBRA notification?
10  A. According to the information that I
11  received from our benefits department, it was not a
12  COBRA event.
13  Q. Who from benefits told you that?
14  A. Ted Parker.
15  Q. When did he tell you that?
16  A. I don't remember the exact date. I just
17  remember having a conversation.
18  Q. Did you have just one conversation with
19  Mr. Parker?
20  A. I don't remember if these were two
21  separate ones or one total one. I believe it was
22  one single one, because I was looking for
23  information for the interrogatories.
24  Q. Okay. I'll show you answer -- look at
25  page 14. You provided -- did you provide this

Page 66

1  information in answering Interrogatory No. 11?
2  A. No.
3  Q. Who provided that information?
4  A. It would have come from our benefits
5  department.
6  Q. Who provided the information that
7  Mr. Anderson was sent a package of information in
8  December 2002?
9  A. It would have been the benefits
10  department that gave me that information.
11  Q. Well --
12  A. Ted Parker usually is who I speak with,
13  so...
14  Q. Okay. Have you seen any documents that
15  indicate that that information was sent in December
16  2002?
17  A. No.
18  Q. And you, based on the information that
19  Mr. Parker, you believe, gave -- you swore to the
20  accuracy of Interrogatory No. 11, correct?
21  A. That is correct.
22  Q. Do you know, did Mr. Parker or anybody in
23  the benefits department ever tell you that after
24  December 31st, 2002, they sent Mr. Anderson a
25  notification of his rights under COBRA?

Page 67

1  A. No.
2  Q. And is it your testimony that Mr. Parker
3  informed you that they didn't do that because it
4  wasn't a COBRA event?
5  A. Correct.
6  Q. You knew by August 15th, 2002, that
7  Mr. Anderson was claiming that he was discharged or
8  constructively discharged as of June 21st, 2002,
9  correct?
10  A. I -- no.
11  Q. Had you reviewed the charge of
12  discrimination that Mr. Anderson had filed?
13  A. Yes.
14  Q. When did you review it?
15  A. The day it would have been received.
16  Q. When was it received?
17  A. I do not know. Without it being in my
18  hands, I don't know.
19  Q. Okay. The date it was filed with the
20  civil rights department was June 25th, 2002,
21  correct? It's stamped on.
22  A. Yes.
23  Q. Would you agree with me that that was
24  forwarded to you shortly thereafter?
25  A. That would be correct.

Page 68

1  Q. And so you saw it shortly thereafter,
2  correct?
3  A. That is correct.
4  Q. Did you ever call Mr. Anderson and tell
5  him that he was mistaken and that he should be able
6  to come back to work if he wants to?
7  A. No.
8  Q. Why not?
9  A. Because once a charge has been filed,
10  it -- there is no further contact.
11  Q. Who told you not to have any further
12  contact with him?
13  A. We just don't.
14  Q. Who instructed you not to?
15  A. I couldn't give you a specific name.
16  It's just that's -- we don't contact the individual
17  that's filed the complaint.
18  Q. Where did you get that training?
19  A. All information is sent to our corporate
20  at that point.
21  Q. Who told you that's how to handle this
22  issue?
23  A. We have a procedure that we follow.
24  Q. Is it in writing?
25  A. Yes.

Page 85

1    A. He may have been at that time.

2    Q. Did you tell Greg Anderson that Chris

3 Volker had an opening in the work force department

4 in May of 2002?

5    A. I don't recall us having one open at that

6 time, but if we -- if Greg inquired about it, I

7 would have looked it up to see what was available.

8    Q. Did you tell Greg that you had sent an

9 e-mail to Chris Volker to inquire about Greg moving

10 into a job in that department?

11    A. No.

12    Q. You never made that statement to Greg.

13    A. No.

14    Q. So if Greg says you did, that's not

15 true.

16    A. That's correct. I don't send e-mails on

17 behalf of employees. They have to do all of the

18 internals themselves.

19    Q. Did you tell Mr. Anderson that Mr. Volker

20 in his department was looking for an additional

21 person to work in work force in May of 2002?

22    A. As I said, I don't recall the

23 conversation with Greg, so I can't answer that

24 honestly one way or the other.

25    Q. So you don't know whether you said that,

Page 86

1 or not.

2    A. No. I mean, if we discussed it, I would

3 have looked it up and gave him whatever information

4 he requested.

5    Q. Have you had any training on COBRA

6 rights?

7    A. No.

8    Q. Have you had any training on the

9 administration of COBRA benefits?

10    A. No.

11    Q. In Interrogatory No. 29, which is Exhibit

12 25, again, you're saying that the COBRA

13 information -- strike that.

14        You're saying that the insurance

15 information was sent to Greg in December 2002,

16 correct?

17    A. That is correct. That's the information

18 that I have that's here, so that is correct.

19    Q. All right. And is this, again, the

20 information you got from --

21    A. From our benefits department.

22    Q. And you believe it was Ted Parker.

23    A. Ted Parker is who I usually work with,

24 yes.

25    Q. So, therefore, the information contained

Page 87

1 in answer to Interrogatory No. 29 is true and

2 correct to the best of your information and

3 belief. Is that correct?

4    A. That is correct.

5    Q. And that's because you swore to it under

6 oath on August 7th, 2003, correct?

7    A. That is correct.

8        MR. FIEWEGER: All right. I have no

9 further questions.

10        (Deposition concluded at 3:35 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 88

1        CERTIFICATE OF SHORTHAND REPORTER

2
    I, Kathy Reumann, Certified Shorthand
3 Reporter in and for the States of Iowa and
   Illinois, do hereby certify:
4

5        That the witness in the foregoing
   deposition named was present at the time and place
6 therein specified;

7
        That the said proceeding was taken before
8 me at the said time and place and was taken down in
   shorthand writing by me;
9

10        That I am a Certified Shorthand Reporter
   in and for the States of Iowa and Illinois; that
11 the said proceeding was thereafter under my
   direction transcribed into computer-assisted
12 transcription; and that the foregoing transcript
   constitutes a full, true, and correct report of the
13 proceedings which then and there took place; that
   the witness did not request to review the
14 transcript;

15
        That I am a disinterested person to the
16 said action.

17

18        IN WITNESS WHEREOF, I have hereto
   subscribed my hand this _____ day of
19 _November_, 2003.

20

21        _Kathy Reumann_

22 Kathy Reumann, CSR, RPR, RMR
   Registered Professional and Merit Reporter
23 IL CSR No. 084-002926 - Expires 5-31-03
   IA CSR No. 968

24

25

CondenseIt!™                    ANGELA HANSEN  11-12-03

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

_____

GREGORY THOMAS ANDERSON,         )
                                 )
         Plaintiff,              )
                                 )
vs.                              )  No. 3:03-CV-20010
                                 )
APAC TELECOMMUNICATIONS SERVICE, )
a foreign corporation, a/k/a     )
APAC CUSTOMER SERVICES, INC.,    )
f/k/a APAC TELEMARKETING         )
CORPORATION,                     )
                                 )
         Defendant.              )

_____

ORIGINAL

DEPOSITION UPON ORAL EXAMINATION OF
ANGELA HANSEN

Taken November 12, 2003
Commencing at 3:43 p.m.

REPORTED BY:  KATHY REUMANN, CSR, RPR, RMR
Registered Professional and Merit Reporter
(Certified in Iowa and Illinois)

CONNELL REPORTING
P.O. Box 3171
Rock Island, Illinois  61204-3171
(309) 788-3741

Page 3

I N D E X

WITNESS              EXAMINED BY           PAGE

ANGELA HANSEN        (Mr. Fieweger)          4

              (Deposition Exhibit No. 32 retained
by the Reporter.  Original included with the
original transcript with copy to Counsel.)

CERTIFICATE OF SHORTHAND REPORTER . . . . .  76

Page 2

DEPOSITION

The following is the deposition of
ANGELA HANSEN taken pursuant to Notice of
Deposition, at the offices of Katz, Huntoon &
Fieweger, P.C., 1705 Second Avenue, Suite 200,
Rock Island, Illinois, commencing at approximately
3:43 p.m., on November 12, 2003.

APPEARANCES

On Behalf of the Plaintiff:

ATTORNEY STEPHEN T. FIEWEGER, of the firm
of Katz, Huntoon & Fieweger, P.C., 1705 Second
Avenue, Suite 200, P.O. Box 3250, Rock Island,
Illinois  61204-3250.

On Behalf of the Defendant:

ATTORNEY LAURA C. MUELLER, of the firm of
Bradley & Riley, P.C., 2007 First Avenue S.E.,
Cedar Rapids, Iowa  52402.

EXHIBIT
8

Page 4

ANGELA HANSEN,
being first duly sworn, was examined and testified
as follows:
EXAMINATION BY MR. FIEWEGER:
   Q. Would you please state your name.
   A. Angela Hansen.
   Q. Have you ever had your deposition taken
before?
   A. No.
   Q. If you don't understand my questions, let
me know, and I'll answer -- ask them again so we
can get an answer.
      And wait for me to ask the question.  All
right?
   A. All right.
   Q. What's your address?
   A. 908 Rebecca Avenue, Carbon Cliff,
Illinois 61239.
   Q. Ever had your deposition taken in any
case?
   A. No.
   Q. Ever testified at trial?
   A. No.
   Q. What's your educational background?
   A. High school and 62 credits in college.

Page 69

1  A. I myself did not do anything with that.
2  That was all done by HR.
3  Q. Did you ever tell Ms. Salas or
4  Ms. Hughes, Why don't you call Greg, you know,
5  because we can accommodate him?
6  A. I never had to. Wendy Salas was very on
7  top of it when she came into the HR position.
8  Q. Do you know how many times Mr. Anderson
9  was required to go out on the floor per day?
10  A. No. I would say not that often. If
11  once -- once maybe. As I had stated in the Exhibit
12  31, the QARs did the majority of all this for him.
13  Q. Okay. Did you ever tell Ms. Salas how
14  many times Greg was going out on the floor?
15  A. I don't recall ever having that
16  conversation with her.
17  Q. Did Ms. Salas ever ask you whether what
18  Greg had told her was accurate about the number of
19  times he had to go out on the floor?
20  A. Not that I recall. She may have asked,
21  but not that I recall.
22  Q. I'll show you Exhibit 34. Have you ever
23  seen Exhibit 34 before?
24  A. Huh-uh.
25  Q. Is that a no?

Page 70

1  A. No.
2  Q. Okay. Do you know who Loraine Dodds is?
3  A. No.
4  Q. Ever spoken to Loraine Dodds?
5  A. To my knowledge, no.
6  Q. Okay. You weren't the site HR person in
7  May of 2002, correct?
8  A. No.
9  Q. Did any HR manager talk to you in late
10  May 2002 about the ability to accommodate Greg
11  Anderson?
12  A. Still in reference to the higher desk or
13  in reference to something new?
14  Q. In reference to anything. Did anybody
15  from HR come to you and ask you whether Greg could
16  be accommodated?
17  A. Not to my knowledge. Not to my
18  knowledge.
19  Q. Okay. You have no personal knowledge of
20  facts which would indicate that Mr. Anderson was
21  notified of his right to continue health insurance
22  benefits, do you?
23  A. No, I have no knowledge of that.
24  Q. Okay. Do you have any training on
25  sending notification under COBRA for continuation

Page 7:

1  of health insurance benefits?
2  A. No. That's all handled by corporate
3  benefits.
4  Q. Okay. Would you agree with me that you
5  have no personal knowledge that Mr. Anderson was
6  ever sent a COBRA notification to continue health
7  insurance benefits?
8  MS. MUELLER: Objection on the basis
9  of lack of foundation.
10  But you can answer, Angela.
11  A. No, I have no knowledge.
12  Q. Okay. Did you ever speak with any of
13  Greg's physicians?
14  A. I personally?
15  Q. Yes.
16  A. No.
17  Q. Did anyone tell you that they had spoken
18  to any of Greg's physicians concerning his
19  condition?
20  A. To my knowledge, no.
21  Q. Did anyone tell you that they had spoken
22  to Greg about his physical condition after March of
23  2002?
24  A. Wendy had spoke with him.
25  Q. Okay. And what did Wendy tell you Greg

Page 7:

1  had told her about his physical condition?
2  A. I don't recall much other than he was
3  still having, you know, the issues. And at the
4  time, he was looking to go on short-term disability
5  for a while. But other than that...
6  Q. Did Greg, in his meeting with you, tell
7  you that he was unable to continue work due to the
8  frustrations he was having in his ability to get
9  accommodations?
10  A. No.
11  Q. Did he tell you that he was physically
12  exhausted at the beginning of March 2002?
13  A. He complained about being tired.
14  Q. Okay. And did you observe that he
15  appeared to be physically tired?
16  A. I don't know if I really -- I mean, I
17  don't really recall observing that he looked like
18  he was physically tired. I know that he told us he
19  was physically tired, not only from work, but
20  working Monday through Friday and working on his
21  tax documents through the weekend. And he was
22  physically exhausted when he would come to work on
23  Monday.
24  Q. Were there any other QARs who failed to
25  meet the monitor standard of 5.5 per hour?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

GREGORY THOMAS ANDERSON,           )
                                   ) Law No. 3:03-CV-20010
          Plaintiff,               )
                                   ) **PLAINTIFF'S FIRST**
     vs.                           ) **REQUEST FOR ADMISSIONS**
                                   )
APAC TELECOMMUNICATIONS SERVICE, )
a foreign corporation, a/k/a APAC CUSTOMER)
SERVICES, INC., f/k/a APAC          )
TELEMARKETING CORPORATION and      )
CONNECTICUT GENERAL LIFE           )
GENERAL LIFE INSURANCE COMPANY,    )
f/k/a CIGNA HEALTH CARE SERVICES,  )
 INC.,                             )
                                   )
          Defendants.              )

Plaintiff Gregory Anderson, by his attorneys, Katz, Huntoon & Fieweger, P.C.,

pursuant to Federal Rule of Civil Procedure 36 requests that defendant APAC Customer

Services, Inc. ("APAC") admit or deny the truth of the following statements within 30

days:

1. Plaintiff Gregory Thomas Anderson (hereinafter "plaintiff" or "Anderson")

suffers from the condition of multiple sclerosis.

2. Anderson has suffered from multiple sclerosis since 1997.

3. Anderson has been wheelchair bound since 1999.



EXHIBIT
9

App 34

2

4.  Anderson is unable to walk.

5.  Anderson was unable to walk at all times in 2001 and 2002.

6.  Anderson's multiple sclerosis substantially interferes with his ability to walk.

7.  Anderson's multiple sclerosis substantially interferes with his ability to control his muscle movements.

8.  Anderson's supervisors knew, at all times in 2001 and 2002, that he was unable to walk.

9.  Doug Kappler knew at all times in 2001 that Anderson was unable to walk.

10. At all times in 2001 and 2002, Anderson had a physical impairment that substantially limited one or more major life activities.

11.  As of 2001 and 2002, Anderson had a physical impairment that substantially limited the major life activity of walking.

12.  Anderson was a person with a disability within the meaning of the Americans With Disabilities Act, 42 U.S.C. § 12102.

13.  In August 2001, Anderson had the requisite skill, education, experience and training for the position of Merck Medco Team Leader.

14.  There are no essential functions of the Merck Medco Team Leader job which Anderson could not have performed in August 2001 without reasonable accommodation.

3

15. PayFlex Systems USA, Inc. is the plan sponsor for APAC's group health insurance plan provided to Anderson.

16. APAC did not provide PayFlex Systems U.S.A., Inc. ("PayFlex") any notification regarding Anderson prior to December 31, 2002.

17. APAC did not provide PayFlex Systems U.S.A., Inc. ("PayFlex") any notification regarding Anderson's employment status prior to December 31, 2002.

18. APAC did not provide PayFlex Systems U.S.A., Inc. ("PayFlex") any notification regarding Anderson's reduction of work hours prior to December 31, 2002.

19. APAC did not provide the plan administrator of any group health insurance plan which covered Anderson during his employment with APAC any COBRA notification prior to December 31, 2002.

20. APAC has never provided PayFlex with any written notification regarding Anderson.

21. APAC has never provided PayFlex with any written COBRA notification regarding Anderson.

22. APAC did not provide any notification, notification form or document to Anderson in the calendar year 2002 that contained the words "Consolidated Omnibus Budget Reconciliation Act" or the acronym "COBRA."

4

23. APAC did not provide Anderson a COBRA notification form at any time prior to December 31, 2002.

24. APAC has never provided Anderson any COBRA notification form.

25. APAC has never provided Anderson any document which included words to the effect that Anderson could continue coverage under APAC's group health insurance plan for a maximum of 18 months.

KATZ, HUNTOON & FIEWEGER, P.C.

By: _____
Stephen T. Fieweger
200 Plaza Office Building
P.O. Box 3250
Rock Island, IL  61204-3250
Telephone:  309-788-5661
Fax:  309-788-5688

Attorneys for Plaintiff
Gregory T. Anderson

s:\wp\worddoc\10197001.22F

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _October 17_ , 20_03_
By: ☒ U.S. Mail        ☒ FAX
    ☐ Hand Delivered   ☐ UPS Next Day
    ☐ Fed Ex           ☐ Other
Signature: _____

App. 37



Depo
EXHIBIT NO. 20
Ke 10-9-03

**APAC** Customer Services

# *Employee Benefits Plan*

## *Plan 2002*

*Time to Renew*

*Time to Renew*

EXHIBIT
10

## *Open Enrollment Deadline*



**APAC** Customer Services, Inc.

October 20, 2001

Dear Employee,

We are launching our 2002 benefits open enrollment process beginning with this packet of information. It is important that you read **all** of the information and carefully select the options that best suit you and your family's needs. We also are pleased to present you with a revised enrollment process, which we hope you will find streamlined from last year.

As you well know, the economy has not been as robust recently as it has been in past years. Many companies are facing mounting costs with reduced business coming in to offset the differences. In addition, healthcare costs nationally are expected to rise at a rate of 17% next year. APAC, too, finds itself in a dilemma of ensuring its own financial health while also concerned about providing employees with pay and benefits. We have had to take some actions in redesigning parts of our benefits plan to deal with the price of healthcare inflation and to somewhat contain these costs, which show no sign of stabilizing in the near term. Although we were presented with many cost containment options, we modified only those features of our plan where our benefits exceeded what most other companies are providing their employees. Details regarding the plan changes are summarized in the Introduction section of this enrollment workbook.

Even with our cost containment measures, our benefits plan is facing expenses in excess of $20 million in 2002, an increase of $2 million, or 12%, over last year's costs. For 2002, APAC has elected to absorb the majority of this increase, thereby limiting the increase in employee contributions to 6% on average. Although most companies are asking their employees to pay a larger share of healthcare costs, our actions will reduce the employee share to 26% in 2002 (from 28% in 2001). APAC has scrutinized these actions with significant oversight from the Executive Team as well as our health and welfare consultants, AON Corporation. We feel we have designed a plan that balances the needs of the employees with those of the company.

Each eligible employee needs to complete the benefits enrollment process to ensure coverage after December 31, 2001. The Interactive Voice Response (IVR) system must be contacted **no later than Friday, November 2, 2001** to record your 2002 elections. Enrollments received after this deadline will not be eligible for consideration for the 2002 plan year. This deadline is firm, without exception, as it is essential in order to meet our various providers' enrollment information requirements.

I appreciate your consideration of this letter and the focus we will all need to bring into 2002 to provide excellent service to our customers and to engage new business for our bottom line. With these things in mind, we will be successful.

Steven A. Shlensky
Senior Vice President,
Human and Corporate Development

*App. 39*

## *Table of Contents*

*INTRODUCTION* .................................................................................................................... 5

    DEFINITIONS .................................................................................................................. 7

*MEDICAL PLANS* ................................................................................................................ 9

    ABOUT OUR CARRIER ....................................................................................................... 9

    BRIEF DESCRIPTION OF THE PLANS .................................................................................... 10

    PLAN COMPARISON CHARTS ............................................................................................ 12

    PLAN AVAILABILITY BY LOCATION .................................................................................... 14

    MEDICAL PLAN PRICETAGS - 2002 .................................................................................. 15

*PRESCRIPTION DRUG PROGRAM* ..................................................................................... 16

    PRESCRIPTION CO-PAY SUMMARY ................................................................................... 16

    MERCK-MEDCO PARTICIPATING CHAINS ........................................................................... 17

*DENTAL PLAN* .................................................................................................................. 18

    PLAN COVERAGE .......................................................................................................... 18

    DENTAL PLAN PRICETAGS - 2002 .................................................................................... 19

*FLEXIBLE SPENDING ACCOUNTS* .................................................................................... 20

    HOW FLEXIBLE SPENDING ACCOUNTS SAVE YOU TAXES/INCREASE YOUR TAKE HOME PAY ......... 20

    ELIGIBLE AND INELIGIBLE EXPENSES FOR HEALTH CARE ACCOUNTS ...................................... 21

    PLANNING YOUR HEALTH CARE SPENDING ACCOUNT ......................................................... 22

    DEPENDENT CARE SPENDING ACCOUNTS ........................................................................... 22

    ELIGIBLE AND INELIGIBLE EXPENSES FOR DEPENDENT CARE ACCOUNTS ................................. 23

    PLANNING YOUR DEPENDENT CARE SPENDING ACCOUNT ..................................................... 23

*ACCIDENT AND WAGE PROTECTION PROGRAMS (AFLAC)* ............................................. 24

*NEW OFFERING FOR 2002: PS PROTECTOR PLAN (UNUM)* ............................................. 24

*SUPPLEMENTAL TERM LIFE INSURANCE* ........................................................................ 25

    QUALIFYING FOR COVERAGE – EMPLOYEE .......................................................................... 25

    QUALIFYING FOR COVERAGE – SPOUSE ............................................................................. 25

    QUALIFYING FOR COVERAGE – CHILD/REN .......................................................................... 26

    SUPPLEMENTAL INSURANCE PLAN RATES ........................................................................... 27

*ENROLLMENT INSTRUCTIONS* ......................................................................................... 28

*CONFIRMING OR CHANGING 2002 ELECTIONS* ............................................................... 29

*VENDOR CONTACT INFORMATION* .................................................................................. 30

*ADDITIONAL QUESTIONS?* ............................................................................................... 33

*FORMS* ............................................................................................................................ 34

    ENROLLMENT WORKSHEET .............................................................................................. 35

    CIGNA DEPENDENT/PRIMARY CARE PHYSICIAN FORM ......................................................... 37

    DESIGNATION OF BENEFICIARY FORM – BASIC TERM LIFE INSURANCE ................................... 39

    DESIGNATION OF BENEFICIARY FORM – SUPPLEMENTAL TERM LIFE INSURANCE ...................... 41

## Introduction

APAC Customer Services, Inc. is pleased to provide you with the opportunity to enroll in a variety of benefit programs for the plan year beginning January 1, 2002. This booklet contains a description of each plan, its provisions, and its associated costs. **Please read this information carefully to ensure that you are making informed choices, particularly as plan provisions and offerings by location have changed for the coming year!**

You have been provided a personalized worksheet that details your current 2001 plan year benefits. As you review the different plan options for 2002, keep these points in mind:

- Will you need coverage for just yourself, for yourself and a spouse, or for your entire family? Have your needs changed since you last enrolled?

- Does your spouse have medical coverage where he/she works?

- Is medical coverage available to you under your spouse's plan? Would you want to consider declining your APAC health plan?

- How many times have you or your family been to the hospital in the last year? Do you or any members of your family have a recurring condition that requires regular medical attention?

- What is your financial situation? Will you be able to support the deductions taken from your check for medical coverage?

- Would you rather pay more of your paycheck for coverage to pay less in deductibles and co-payment maximums, or do you want higher deductibles and co-payment maximums so you can pay less out of each paycheck?

- Do you know of any large medical expenses you or your family will have during the next year, such as surgery or a pregnancy?

It is particularly important to note the following, as these points may influence your election decisions and/or eligibility as of January 1, 2002:

- The plan offerings for your particular work location may be different for the 2002 plan year. Specifically, locations with an EPP option will no longer have a POS option in 2002. Please refer to the section entitled Plan Availability by Location.

- Plan co-insurance rates will change in 2002. The EPP and POS plans will reimburse at 90% for most eligible expenses after calendar year deductibles are satisfied; the PPO and POS options will reimburse at 80% for most eligible expenses after calendar year deductibles are satisfied.

- Prescription drugs costs are the component of the medical plan with the highest market trend from prior year. Accordingly, our retail copays will increase to $10 for a generic script and $20 for a brand script. Mail order copays (up to a 90 day supply) will be $20 for a generic script and $40 for a brand script in 2002.

- Open enrollment information is being provided to those Level 1 and Level 2 employees who are currently classified as full time and currently eligible for benefits, as well as to those Level 1 employees who will attain eligibility by January 1, 2002 by meeting the established service requirements. Be advised, however, actual

App 41

eligibility is further subject to working the requisite hours to maintain full time status, as detailed on the average hours reports for the third and fourth quarters of 2001.

- Beginning with the first quarter of 2002, **APAC's definition of full time status will change to 33 hours/week**. The average hours report generated at the end of Q1 2002 will therefore require that Level 1 employees be held to a higher standard to ensure continued benefits eligibility.  Further details will be provided shortly on this subject in a separate communication.

APAC offers several benefits in accordance with the Internal Revenue Code (IRC), which allows you to have premiums deducted on a pre-tax basis.  It is important to note, however, that elections under these plans (medical, dental, and flexible spending accounts) are generally binding for the entire plan year and cannot be modified unless you experience a qualified change of status as determined by the Internal Revenue Code.

After you have decided which plan(s) best meet the needs of you and your family, turn to the Enrollment Instructions section for further information on how to finalize your selections.

**ALL EMPLOYEES ARE REQUIRED TO CALL THE INTERACTIVE VOICE RESPONSE (IVR) SYSTEM TO ENSURE COVERAGE FOR 2002, EVEN IF YOU WANT TO CONTINUE YOUR CURRENT ELECTIONS.**

**FAILURE TO CONTACT THE IVR BY THE OPEN ENROLLMENT DEADLINE OF NOVEMBER 2, 2001 WILL RESULT IN NO BENEFIT COVERAGE FOR THE 2002 PLAN YEAR.**

**Although this workbook has been designed as a guide for the 2002 open enrollment process, it is recommended that you keep it for handy reference throughout the plan year!**

App 42

## Definitions

Following are some general definitions that may help you better understand APAC's benefit offerings:

*Annual maximum benefit:* The most you can receive from any plan in any calendar year.

*Lifetime maximum benefit:* The most you can receive from any plan for the entire period of time during which you are covered.

*Co-payment (Co-pay):* A dollar amount you pay each time you visit your health care provider, also referred to as an office visit co-payment. Additionally, the EPP and POS plans also contain a hospital in-patient co-payment. Such fees apply toward your annual out-of-pocket maximum, but not toward your calendar year deductible.

*Co-insurance:* The percentage the plan pays for most eligible services after your calendar year deductibles are met.

*Deductible:* The amount you pay each year before the plan starts to pay benefits.

*IRC qualified change of status:* You are allowed to change your enrollment during the plan year only when you have a qualifying life event that significantly affects your benefit needs. Life events that are recognized by the Internal Revenue Code include:

- Marriage or divorce
- Birth or adoption of a child
- Death of a spouse or child
- Child reaches age limit for eligibility
- Spouse ends or begins employment
- Reduction in hours

You may not change from one medical plan to another. Any benefit election changes must relate to your life event. For example, if you get married, you would be able only to add your spouse or drop your coverage if your spouse's employer will be providing coverage for you. An employee wanting to change elections during 2002 due to a life event should contact the APAC Benefits Helpline at 1-800-401-2722 as soon as possible following the event. **Appropriate documentation will be required to substantiate a change and must be received by the Corporate Benefits Department within 31 days of the qualifying event.** Any change reported (or supporting documentation received) after 31 days of the qualifying event **will not** be accepted or processed-- in such an instance, the next available window for the change will be the next open enrollment period (January 1 of the underlined following year).

*Out-of-Pocket Maximum:* The most you pay each year for covered medical expenses. Once you satisfy your out-of-pocket maximum, the plan pays 100 percent of reasonable and customary charges for the rest of the year, subject to any annual maximums.

*Primary Care Physician:* A Primary Care Physician (PCP) is like a traditional family doctor who coordinates and manages your overall medical care. By overseeing your care, your PCP will provide day-to-day care and arrange medical services with specialists as needed. With the exception of an emergency situation, you must see your PCP to receive any benefits under the Exclusive Provider Option. If you elect to bypass your PCP, you will be required to pay 100 percent of the cost.

A - 47

***Reasonable and Customary***:  Charges incurred outside of CIGNA networks are subject to reasonable and customary, or R&C, review.  CIGNA utilizes various databases to track the geographic prevailing rate for services, and may reduce your reimbursement accordingly.  If you have any questions regarding the R&C rate for a service, you may direct it to CIGNA's customer service lines (see the vendor contact listing at the end of the workbook).

## Medical Plans

APAC Customer Services generally offers three medical plan choices through CIGNA HealthCare: the Preferred Provider Organization (PPO) Plan, the Point of Service (POS) Plan, and the Exclusive Provider Organization (EPO) Plan. Also, APAC provides an Out of Area (OOA) plan for employees who live and work in certain smaller communities.

### About Our Carrier

APAC consolidates medical insurance coverage under a single platform with one carrier, CIGNA HealthCare. Like many other large companies, we standardize our benefits offerings for a number of reasons:

- to ensure equity of coverage across all locations where we have employees,
- to ensure that our benefit plans are competitive related to other companies of our size and in our industry,
- to receive better consideration from carriers because of our large population, and
- to allow APAC to understand its expenditures and spend its dollars wisely.

CIGNA has provided a solid range of medical plan offerings, such as the Preferred Provider Organization (PPO), the Point of Service (POS) plan, and the Exclusive Provider Plan (EPP, or HMO). A detailed chart containing a side-by-side comparison of the key features of each plan has been included in this booklet. Such information allows you to select the option that best meets the requirements of you and your family. Further details on plan provisions are available directly through the Member Services number found on your CIGNA medical plan identification card or in the Vendor Contact section in this enrollment workbook, or may be obtained through the APAC Benefits Helpline at 1-800-401-2722.

Slight differences are unavoidable at certain locations where network providers are less plentiful. As such, specific locations had been granted "passive status" for 2000 and 2001, whereby services provided outside of the established networks were not subject to reduction. Although it had been previously communicated that passive status was only guaranteed through December 31, 2001, a comprehensive review of available CIGNA providers has led to the conclusion that **reassignment to non-passive status is not warranted at this time**. APAC will continue to monitor provider availability, and reserves the right to make revisions to our network configurations in future plan years.

The vast majority of our employees have a significant number of network physicians and hospitals from which to choose. Approved providers in any given location are constantly changing, and unfortunately, printed directories are already somewhat outdated as soon as they are published. **It is your individual responsibility to either call CIGNA Member Services, consult the provider directory on the CIGNA website (www.cigna.com), or to talk with a potential provider prior to obtaining service to ensure he/she is in the network.** This effort will not only make you a more informed customer, but it will also ensure that your benefits are maximized.

Am 45

### Brief Description of the Plans

*Preferred Provider Organization (PPO) Plan:* A PPO allows you the choice to go to a physician or hospital in or outside of the CIGNA network. If you go to a physician or hospital in the CIGNA network, you will receive the maximum benefits available. Conversely, if you elect a physician or hospital out of the CIGNA network, your personal costs will likely increase.

Certain APAC locations do not currently have extensive enough CIGNA PPO networks to provide a fully comprehensive level of general and specialist care, and have therefore been granted **"passive PPO status."** Employees in these locations who receive service through CIGNA providers will certainly maximize their benefits, as CIGNA has prenegotiated more favorable charges up front; however, if an individual decides to seek treatment from an out-of-network provider, no co-insurance penalty will be assessed. Additionally, both in and out-of-network charges will apply against a single, in-network deductible. However, out-of-network charges will be subject to "reasonable and customary" review. **APAC's passive PPO locations for calendar year 2002 are as follows:  Cedar Rapids, Iowa; Eau Claire, Wisconsin; Green Bay, Wisconsin; Jacksonville, Illinois; Kewanee, Illinois; Lincoln, Illinois; Pekin, Illinois; Peoria, Illinois; and Spencer, Iowa. All other APAC locations are subject to the standard PPO plan design for calendar year 2002.**

*Point of Service (POS) Plan:* The POS is available on a restricted basis for the 2002 plan year (only at locations that do not have access to an EPP network). Your POS plan will not require the election of a primary care physician. However, to receive maximum benefits under your POS plan in this case, you are strongly encouraged to utilize providers in the PPO directory. Again, you have the option to use non-network providers, but you will receive less extensive coverage for that option. **This plan will be offered only at the following locations for 2002:  Cedar Rapids, Iowa; Clinton, Iowa; Davenport, Iowa; Eau Claire, Wisconsin; Green Bay, Wisconsin; Jacksonville, Illinois; Kewanee, Illinois; Lincoln, Illinois; Omaha, Nebraska; Pekin, Illinois; Peoria, Illinois; Spencer, Iowa; and Waterloo, Iowa.**

*Exclusive Provider Plan (EPP):* This kind of plan works essentially like an HMO. An EPP plan requires you and your covered dependents to elect a primary care physician to receive benefits. The primary care physician must refer the covered member to specialists or for treatment that cannot be provided by the primary care physician. If no referral is received or a network provider is not used, then you will be responsible for the entire cost of the treatment received. **APAC's EPP locations for 2002 are as follows:  Alton, Illinois; Columbia, South Carolina; Corpus Christi, Texas; Deerfield, Illinois; Forth Worth, Texas; Greensboro, North Carolina; Lawton, Oklahoma; Newport News, Virginia; Pawnee, Kansas; St. Joseph, Missouri; Tucson, Arizona; Universal, Oklahoma; Utica, New York; and Westminster, Oklahoma.**

*Out of Area Plan (OOA):* This plan is made available only for those locations where CIGNA does not have networks established. Plan benefits are similar to the PPO plan in-network levels; however, as rates are not pre-negotiated in out of area locations, charges for all services are subject to reasonable and customary review. **APAC's 2002 out of area locations are as follows: Aberdeen, South Dakota; Burlington, Iowa; Canton, Illinois; Decorah, Iowa; Ft. Madison, Iowa; Galesburg, Illinois; Grand Island, Nebraska; Keokuk, Iowa; Knoxville, Illinois; La Crosse, Wisconsin; Maquoketa, Iowa; Marion, Illinois; Mason City, Iowa; Oskaloosa, Iowa; Ottumwa, Iowa; Quincy, Illinois; and Rock Falls, Illinois.**

Am 4(~

The following pages provide charts that summarize the key benefits provided by each medical plan option, as well as differences between the options.  Review this information carefully in order to select the plan that best meets the needs of you and your dependents. *(NOTE:  In the event of any difference between these charts and the actual benefit plan document or policies, the actual benefit plan document or policies shall control.)*

## Plan Comparison Charts

| Benefit Provided | Exclusive Provider Plan (EPP) * | Preferred Provider Option (PPO) | |
|---|---|---|---|
| | | In Network | Out of Network *** |
| *Annual Deductible* | | | |
| Individual | $0 | $200 | $300 |
| Family | $0 | $600 | $900 |
| *Annual Out of Pocket Maximum* | | | |
| Individual | $500 excluding deductible | $1,000 excluding deductible | $3,000 excluding deductible |
| Family | $1000 excluding deductible | $2,000 excluding deductible | $6,000 excluding deductible |
| *Pre-Existing Condition Limitation* | No | Yes | Yes |
| *Lifetime Maximum* | $2,000,000 | $1,000,000 | $1,000,000 |
| *Office Visits* | 100% after $10/visit | 100% after $15/visit | 60%** |
| *Preventive Care* | 100% after $10/visit | 100% after $15/visit; 80%** for x-ray/lab if billed by separate facility | 60%** |
| *Independent X-ray/Lab* | 90% | 80% ** | 60%** |
| *Prescription Drugs* | Provided by Merck-Medco | | |
| *Emergency* | | | |
| Doctor's Office | 100% after $10/visit | 100% after $15/visit | 100%** after $15/visit |
| Emergency Room | 90% after $75/visit (waived if admitted) | 80%** | 60%**/50% if not true emergency |
| Ambulance | 90% | 80%** | 80%**/60% if not true emergency |
| *Maternity* | | | |
| Initial Visit to Confirm Pregnancy | 100% after $10/visit | 100% after $15/visit | 60%** |
| Delivery/Prenatal/Postnatal Visits | 90% | 80%** | 60%** |
| Hospital | 90% after $250/admission | 80%** | 60%** |
| *Hospital Inpatient* | 90% after $250/admission | 80% | 60%** |
| Doctor's Visits | 90% | 80%** | 60%** |
| Preadmission Testing | 90% | 80%** | 60%** |
| Preadmission Certification | Provided by Primary Care Physician | Patient must get approval | Patient must get approval |
| *Surgery* | | | |
| Surgeon's Fees | 90% | 80%** | 60%** |
| Second Opinion Consultation | 100% after $10/visit | 100% after $15/visit | 60%** |
| *Infertility* | | | |
| Office Visit | 100% after $10/visit | 100% after $15/visit | 60%** |
| Surgery | 90% after $250/admission | 80%** | 60%** |
| *Outpatient Rehabilitation* Includes Physical, Speech, Occupational and Chiropractic Therapy | 90% after $10/visit | 100% after $15/visit; up to 60 consecutive days/condition, $1,000 benefit maximum | 60%**; up to 60 consecutive days/condition, $1,000 benefit maximum |
| *Special Services* | | | |
| Skilled Nursing Facility | 90% after $250/admission – 60 days/year | 80%**, up to 60 days/year | 60%**, up to 60 days/year |
| Home Health Care | 90% unlimited | 80%**, up to 40 visits/year | 60%**, up to 40 visits/year |
| Hospice – Inpatient | 90% after $250/admission | 80%** | 60%** |
| Hospice – Outpatient | 90% | 80% | 60%** |
| *Mental Health, Alcohol and Drug Abuse* | | | |
| Rehabilitation | 90% after $250/admission – 30 days/year | 80%**, up to 30 days/year | 60%**, up to 30 days/year |
| Inpatient | 90% after $10/visit, 40 visits/year (MH) | 50%**, up to 30 visits/year | 50%**, up to 30 visits/year |
| Outpatient | 90% after $10/visit, 60 visits/year (D&A) | Subject to outpatient limitations above | Subject to outpatient limitations above |
| Group Therapy | 100% after $5/visit | | |

* There are no out-of-network benefits under the EPP option, except in event of a life-threatening emergency
** Charges subject to annual deductible
*** Out of network charges are subject to "Reasonable and Customary" consideration

APAC Customer Services, Inc. – 2002 Benefits Open Enrollment

| Benefit Provided | Point of Service Option (POS) | | Out of Area Plan (OOA) * |
|---|---|---|---|
| | In Network | Out of Network *** | |
| *Annual Deductible* | | | |
| Individual | None | $500 | $250 |
| Family | None | $1,000 | $750 |
| *Annual Out of Pocket Maximum* | | | |
| Individual | $2,000 excluding deductible | $5,000 excluding deductible | $1,000 including deductible |
| Family | $4,000 excluding deductible | $10,000 excluding deductible | $2,000 including deductible |
| *Pre-Existing Condition Limitation* | No | Yes | Yes |
| *Lifetime Maximum* | $2,000,000 | $2,000,000 | $2,000,000 |
| *Office Visits* | 100% after $15/visit | 60%** | $15/visit deductible |
| *Preventive Care* | 100% after $15/visit; 80%** for x-ray/lab if billed by separate facility | 60%** | $15/visit deductible |
| *Independent X-ray/Lab* | 90% | 60%** | 80%** |
| *Prescription Drugs* | Provided by Merck-Medco | | |
| *Emergency* | | | |
| Doctor's Office | 90% after $15/visit | 100% after $15/visit | $15/visit deductible |
| Emergency Room | 90% after $75/visit deductible, waived if admitted | 100% after $75/visit deductible, waived if admitted 100% | 80%** 80%** |
| Ambulance | 90% | 60%** after $100/visit if not true emergency | |
| *Maternity* | | | |
| Initial Visit to Confirm Pregnancy | 100% after $15/visit | 60%** | $15/visit deductible |
| Delivery/Prenatal/Postnatal Visits | 90% | 60%** | $15/visit deductible |
| Hospital | 90%, after $250/admission | 60%**, after $300/admission | 80%** |
| *Hospital Inpatient* | 90%, after $250/admission | 60%**, after $300/admission | 80%** |
| Doctor's Visits | 90% | 60%** | 80%** |
| Preadmission Testing | 90% | 60%** | 80%** |
| Preadmission Certification | Provided by Primary Care Physician | Patient must get approval | Patient must get approval |
| *Surgery* | | | |
| Surgeon's Fees | 90% | 60%** | 80%** |
| Second Opinion Consultation | 100% after $15/visit | 60%** | 80%** |
| *Infertility* | | | |
| Office Visit | 100% after $15/visit | 60%** | 100% after $15/visit; x-ray/lab 80%** if billed by separate facility 80%** |
| Surgery | 90% after $250/admission | 60%**, after $300/admission | |
| *Outpatient Rehabilitation* Includes Physical, Speech, Occupational and Chiropractic Therapy | 90% after $15/visit; up to 60 consecutive. days/ condition, chiropractic $1,000 maximum/year | 60%**; up to 60 consecutive days/condition, chiropractic $1,000 maximum/year | $15/visit deductible, up to 60 consecutive days/condition; chiropractic $1,000 max/year |
| *Special Services* | | | |
| Skilled Nursing Facility | 90% after $250/admission, up to 60 days/year | 60%**, after $300/admission, up to 60 days/year | 80%**, up to 60 days/year |
| Home Health Care | 90%, unlimited visits | 60%**, up to 40 visits/year -- less in-net. benefit | 80%**, up to 40 visits/year |
| Hospice – Inpatient | 90%, after $250/admission | 60%**, after $300/admission | 80%** |
| Hospice – Outpatient | 90% | 60%** | 80%** |
| *Mental Health, Alcohol and Drug Abuse* | | | |
| Rehabilitation | 90%, up to 30 days/year | 60%**, up to 30 days/year | 80%**, up to 30 days/year |
| Inpatient | 50%, up to 30 visits/year | 50%**, up to 30 visits/year | 50%**, up to 30 visits/year |
| Outpatient | No charge after $15/visit | 60%** | Subject to outpatient limitations above |
| Group Therapy | | | |

\*    *Out of area (OOA) charges are subject to "Reasonable and Customary" consideration*
\*\*   *Charges subject to annual deductible*

App. 49

## Plan Availability by Location

As previously mentioned, plan offering by location have changed for calendar year 2002.  Refer to the chart below to determine medical plan availability for the 2002 plan year.  Coverage is determined by your work (not your home) location.  If your home location is far from your work location, there is a possibility that EPP or POS providers close to your home may not be accessible.  If you have any specific questions, please call the Benefits Help Line at 1-800-401-2722:

| Location | | | | |
|---|---|---|---|---|
| Aberdeen, South Dakota | | | | X |
| Alton, Illinois | X | | X | |
| Burlington, Iowa | | | | X |
| Canton, Illinois | | | | X |
| Cedar Rapids, Iowa (all sites) | | Passive | Passive | |
| Clinton, Iowa | | X | X | |
| Columbia, South Carolina | X | | X | |
| Corpus Christi, Texas | X | | X | |
| Davenport, Iowa | | X | X | |
| Decorah, Iowa | | | | X |
| Deerfield, Illinois | X | | X | |
| Eau Claire, Wisconsin | | Passive | Passive | |
| Ft. Madison, Iowa | | | | X |
| Ft. Worth, Texas | X | | X | |
| Galesburg, Illinois | | | | X |
| Grand Island, Nebraska | | | | X |
| Green Bay, Wisconsin | | Passive | Passive | |
| Greensboro, North Carolina | X | | X | |
| Jacksonville, Illinois | | Passive | Passive | |
| Keokuk, Iowa | | | | X |
| Kewanee, Illinois | | Passive | Passive | |
| Knoxville, Iowa | | | | X |
| La Crosse, Wisconsin | | | | X |
| Lawton, Oklahoma | X | | X | |
| Lincoln, Illinois | | Passive | Passive | |
| Maquoketa, Iowa | | | | X |
| Marion, Illinois | | | | X |
| Mason City, Iowa | | | | X |
| Newport News, Virginia | X | | X | |
| Omaha, Nebraska | | X | X | |
| Oskaloosa, Iowa | | | | X |
| Ottumwa, Iowa | | | | X |
| Pawnee, Kansas | X | | X | |
| Pekin, Illinois | | Passive | Passive | |
| Peoria, Illinois | | Passive | Passive | |
| Quincy, Illinois | | | | X |
| Rock Falls, Illinois | | | | X |
| Spencer, Iowa | | Passive | Passive | |
| St. Joseph, Missouri | X | | X | |
| Tucson, Arizona | X | | X | |
| Universal, Oklahoma | X | | X | |
| Utica, New York | X | | X | |
| Waterloo, Iowa | | X | X | |
| Westminster, Oklahoma | X | | X | |

### Medical Plan Pricetags - 2002

| Persons Covered | Paul Elwert Radisher Hospital | | | |
|---|---|---|---|---|
| | EPP | POS | PPO | POA |
| Employee | $22.68 | $23.58 | $28.54 | $28.54 |
| Employee and Spouse | $78.15 | $80.11 | $97.51 | $97.51 |
| Employee and Child(ren) | $68.76 | $70.50 | $85.87 | $85.87 |
| Family (Employee, Spouse, and Child(ren) | $117.74 | $114.74 | $140.58 | $140.58 |

## Prescription Drug Program

You and your covered dependents will be enrolled in the Merck-Medco prescription drug program automatically if you choose one of the medical plans.  Once you are enrolled, you will receive a prescription card to present each time you fill a prescription at a participating pharmacy. You will also be provided a complete description of the features of the Merck-Medco program.

The advantages of Merck-Medco include

- Selection through a network of more than 56,000 pharmacies nationwide
- Convenient mail-service pharmacies for easy prescription refills
- Internet services (www.merckmedco.com)
- Round-the-clock clinical hotline for patients
- Access to a sophisticated drug interaction alert system

To find a participating pharmacy near you, look in the Merck-Medco directory that will accompany your identification card or search on the Internet at www.merckmedco.com.  For your convenience, a listing of participating pharmacy chains has been provided in this booklet. You can also ask your pharmacist if he/she participates in the network.  **Remember, you must use a network pharmacy to receive benefits.**

Individuals requiring maintenance prescriptions will find it convenient and more cost-effective to obtain prescriptions via the mail order process.  To start, your physician may write a 30-day prescription to be filled at the pharmacy; your longer term needs (up to 90 days at a time) can be satisfied through the mail.   Refer to the materials sent directly to your home by Merck Medco for more details on this process.

### Prescription Co-Pay Summary

|  | At the Pharmacy | Through Mail Order |
|---|---|---|
| *Generic Prescription* | $10 | $20 |
| *Brand Prescription* | $20 | $40 |
| *Supply Received* | 30-day supply | Up to a 90-day supply |

## Merck-Medco Participating Chains

**A**
A&P
Abco Markets
Acme Pharmacy
Albertson's
Allscripts
American Drug Stores
Anchor Pharmacies
Arrow Prescription Center
Aurora Pharmacy

**B**
Bakers Supermarkets
Bartell Drug
Bel Air
Bi Lo
Bi-Mart
Big Bear Stores
Big V Supermarkets
Brookshire Brothers
Brookshire Grocery Co
Brown & Cole
Bruno's Supermarket
Bvnj Partnership

**C**
Carle Rx Express
Carr-Gottstein Foods
City Market
Community Distributors
Community Pharmacies
Concord Pharmacy Svcs
Copps
Costco Co
CVS

**D**
D&W Food Centers
Dahl's Food Markets
Dierbergs Family Mkts
Dillon Stores
Discount Drug Mart
Docs Drugs
Dominicks Finer Food
Drug Emporium
Duane Reade
Duluth Clinic Pharmacies

**E**
Eagle Food Centers
Eckerd

**F**
Fairview Hosp & Hithcare
Farm Fresh
Farmer Jack
Fedco Pharmacies
Fleming Companies
Foodarama Supermarkets
Foodmart
Fred Meyer
Fred's
Friendly Hills Healthcare
Fruth
Frys Food & Drug Az
Furrs Supermarkets

**G**
Gavin Herbert
Gemmel Pharmacy Group
Genovese Drug Stores
Giant Eagle
Giant Food
Golub
Grand Union

**H**
H E B Grocery
Haggen/Top Food & Drug
Hannaford Bros
Happy Harry
Harco Drug
Harp's Food Stores
Hart Stores
Harvard Pilgrim Health Care
Healthpartners
Henry Ford Health System
Hi-School Pharmacy
Homeland Stores
Horizon Pharmacies
Hy-Vee Stores

**I**
Inserra Spmkts/Shoprite
Integrity Healthcare Svcs

**K**
K&B
K-Va-T Food Stores
Kelsey-Seybold
Kerr Drug
Keystone Pharmacies
King Soopers Pharmacy
Kinney Drugs
Kmart
Knight Drugs
Kohl's Group
Kroger

**L**
Lewis Drugs
Long Drug Stores

**M**
Marc Glassman
Marsh Drugs
Marshfield Clinic
Maxi Drug
Mays Drug Stores
Med-X
Medic Drug
Medicap Pharmacies
Mediserv
Medistat Pharmacies
Meijer
Metro/Shoppers Supermarke
Minyard Food Stores

**N**
Navarro Dscnt Phcys
Neighborcare Pharmacies

**O**
Osco Drug Stores

**P**
P & C Food Markets
Pamida Pharmacy
Pathmark Stores
Perry Drug Stores
Phar-Mor
Pharmerica
Planned Parenthood
Price Chopper/Hen House
Publix Super Markets

**Q**
Quality Food Centers
Quality Markets
Quick Chek Food Stores

**R**
Raleys Drugs
Randalls Food & Drug
Rite Aid
Riverside Division-
Ronetco Supermarkets
Rosauers Supermarkets
Rotech Medical Corp
Rxd Pharmacies

**S**
Safeway
Save Mart Supermarkets
Schnuck Markets
Seaway
Shaws Supermarkets
Shopko Stores
Shoprite Supermarkets
Smith's Food & Drug Ctrs
Snyder Drug Stores
Snyders Drug Stores
Stop & Shop Supermark
Super D Drugs
Super Fresh Food
Supermarket Investors
Supervalu Pharmacies

**T**
Talbert Health Svcs Corp
Target Stores
Texas Drug Warehouse
Thriftway
Thrifty
Thrifty Jr Drug Stores
Thrifty White Stores
Times Supermarket
Tom Thumb Food & Pharmacy
Tops Markets
Twin Knolls Pharmacy

**U**
Ukrop's Super Markets
Usa Drug

**V**
Village Supermarkets
Vons Companies

**W**
Waketern Food
Wal*Mart Pharmacy
Waldbaums
Walgreens
Wegmans Food Markets
Weis Markets
Winn Dixie Stores

**Z**
Zallie Supermarket

*with ten or more stores

## Dental Plan

Effective January 1, 2002, APAC Customer Services will offer dental plan coverage through CIGNA HealthCare. The dental plan will help you maintain healthy teeth and gums, and may help you to catch potential problems before they progress to a more serious and costly stage. It allows you to visit any dentist you wish and covers 100 percent of most expenses related to preventive care and a specific portion of other covered services depending on the category.

Our dental plan now features a passive PPO feature. Each time you need dental care, you see the provider of your choice. Although you'll receive the same level of benefits regardless of what dentist you see, you are assured that your provider's rates will not exceed reasonable and customary (R&C) charges when you see a PPO practitioner. That means that the balance of any expenses not covered at 100 percent—costs you pay out of your own pocket—may be lower if you seek care within the PPO. Please visit CIGNA's website (www.cigna.com) for a listing of network dentists.

### Plan Coverage

| Provision | Coverage |
|---|---|
| *Deductible (does not apply to preventive care)* | $50 individual<br>$150 family |
| *Preventive (Class I) Services* | 100%, not subject to deductible (examples – oral exams, fluoride applications, cleanings, sealants, x-rays, space maintainers, emergency care to relieve pain) |
| *Basic (Class II) Services* | 80%, after deductible<br><br>*(examples – fillings, denture adjustments and repairs, root canal therapy, extractions, osseous surgery, anesthetics, periodontal scaling and root planing, oral surgery)* |
| *Major (Class III) Services* | 50%, after deductible<br><br>*(examples – crowns, bridges, dentures)* |
| *Orthodontia (Class IV) Services* | 50%, after deductible *(up to age 19 only)* |
| *Annual Maximum Benefit* | $1,000 per person |
| *Maximum Lifetime Orthodontia Benefit* | $1,000 per person* |

*\* Does not include charges incurred under any former plans*

### Dental Plan Pricetags - 2002

| Person(s) Covered | Rates Per Pay Period |
|---|---|
| Employee | $4.15 |
| Employee and Spouse | $10.52 |
| Employee and Child(ren) | $10.52 |
| Family (Employee, Spouse, and Child(ren) | $18.15 |

## Flexible Spending Accounts

APAC Customer Services offers two flexible spending accounts: a Health Care Spending Account and a Dependent Care Spending Account. You can participate in one, both, or neither. Your flexible spending accounts allow you to pay for certain health costs not covered by your medical or dental plan, like deductibles. They also allow you to pay for your dependent day care expenses.

When you participate in these plans, you set aside pre-tax dollars from each paycheck. Then, when you have an eligible expense that is not reimbursed by any health care plan, you file a claim and get reimbursed with the pre-tax dollars you've saved. You can receive reimbursement for any eligible expenses for you and your dependents—even if you or your dependents are not covered under the APAC health care plans.

The money you contribute to your flexible spending accounts is deducted from your pay before taxes are withheld, so your taxable pay is lowered and you pay less in taxes now. Plus, you never have to pay federal, Social Security, and, in most cases, state or local taxes on the money you put into your accounts.

It's important to estimate your reimbursed health and dependent care expenses for 2002 carefully before you decide how much to contribute to the account. Keep in mind that dependent health care expenses are not eligible for reimbursement from a dependent care spending account. Also, you cannot transfer amounts in your health care spending account to your dependent care spending account and vice versa. The Tax Rules state that you must use the entire amount in your account by the end of the year. Any money remaining in your account after you've submitted all eligible expenses for the year is forfeited, or lost. You have until March 31 of the following year to submit claims for reimbursement.

### How Flexible Spending Accounts Save You Taxes/Increase Your Take Home Pay

Take a close look at this example with and without a flexible spending account.

|  | *With a Spending Account* | *Without a Spending Account* |
|---|---|---|
| **Annual Earnings** | $30,000 | $30,000 |
| *Before-tax Contributions to Account* | -$1,000 | -$0 |
| *Taxable Earnings* | $29,000 | $30,000 |
| *Estimated Federal Taxes* | $3,244 | $3,401 |
| *Earnings After Taxes* | $25,756 | $26,559 |
| *After Tax Expenses* | -$0 | -$1,000 |
| *Take-Home Pay* | $25,756 | $25,599 |
| Your Increased Take-Home Pay | **$197** | **$0** |
| Your Tax Savings | **$157** | **$0** |

Note: This example assumes the employee is married, files a joint tax return, claims two exemptions, takes the standard deduction, and has no other income. This example is based on 2000 federal income tax rates. Individual tax situations vary; see your tax advisor for an estimate of your personal savings.

### Health Care Spending Accounts

The health care spending account lets you set aside $260 to $1,200 in pre-tax money each year and then reimburse yourself with these tax-free dollars. When you have an eligible expense, you simply file a claim with proof of payment for reimbursement.

### Eligible and Ineligible Expenses for Health Care Accounts

The Internal Revenue Service determines which expenses are eligible for reimbursement under health care spending accounts. The table below provides representative lists of eligible and ineligible expenses. For further detail, refer to IRS Publication 502 (available through the IRS website, www.irs.gov) or call PayFlex, APAC's flexible spending account administrator, at 1-800-284-4885 with specific questions.

| Eligible Expenses | | | Ineligible Expenses |
|---|---|---|---|
| • Acupuncture<br>• Alcoholism/drug dependence treatment<br>• Ambulance service artificial limbs<br>• Birth control pills<br>• Braces<br>• Braille books/ magazines<br>• Car adaptations/ controls for the handicapped<br>• Chiropractors<br>• Christian Science practitioners' fees<br>• Co-insurance amounts<br>• Contact lenses<br>• Crutches<br>• Deductibles you pay for health care<br>• Dental fees<br>• Dentures<br>• Diagnostic fees | • Eye examinations<br>• Eyeglasses (including prescribed sunglasses)<br>• Hearing devices and batteries<br>• Insulin<br>• Lab fees<br>• Lasik surgery<br>• Treatment/ training/ special homes for mentally handicapped care<br>• Nursing home care for medical treatment<br>• Optometrists<br>• Orthopedic shoes<br>• Psychiatric care<br>• Routine physicals/other non-diagnostic services<br>• Seeing-eye dog and its upkeep | • Special education for the blind<br>• Special plumbing for the handicapped<br>• Sterilization fees<br>• Syringes/needles/ injections<br>• Telephone (special for the deaf)<br>• Therapy treatments<br>• Transplants (organ)<br>• Tuition at special school or tutoring for learning disabled / handicapped<br>• Vitamins by prescription<br>• Wheelchairs<br>• Wigs prescribed by physician<br>• X-rays | • Cosmetic surgery<br>• Expenses reimbursed by any other health care plan<br>• Health club memberships<br>• Over-the-counter drugs<br>• Personal care items<br>• Premiums for health care coverage |

### Planning Your Health Care Spending Account

This worksheet can help you determine the amount you should contribute to your health care flexible spending account. If this is your first year participating in flexible spending accounts, consider estimating your expenses conservatively to avoid forfeiting any balance left over in your account at the end of the year.

| | Estimated annual health care expenses for you | Estimated annual health care expenses for your dependents |
|---|---|---|
| *Medical plan deductible* | $ | $ |
| *Coinsurance under the medical plan* | $ | $ |
| *Dental plan deductible* | $ | $ |
| *Coinsurance under the dental plan* | $ | $ |
| *Hearing aids* | $ | $ |
| *Other reimbursed eligible health care expenses* | $ | $ |
| *Subtotals* | $ | $ |
| *Total* | $ | $ |

### Dependent Care Spending Accounts

The dependent care spending account helps you pay for the care of a dependent child(ren) an/or adult(s)--including care in a nursery school or home care for a disabled parent—so that you and, if you are married, your spouse can go to work. You may also be reimbursed for child and/or elder care needed for your eligible dependents because you work and your spouse is a full-time student for at least five months a year, or is totally disabled.

The dependent care spending account lets you set aside from $260 to $5,000 in pre-tax money each year and then reimburse yourself with these tax-free dollars. When you have an eligible expense, you simply file a claim with proof of payment for reimbursement. Keep in mind that you must provide the name, address, and Social Security number or tax identification number of any child/elder care provider you use. Otherwise, any expenses related to that provider will not be reimbursed.

Your total contribution to the dependent care spending account cannot equal more than you or your spouse's income. Additionally, your individual contributions are limited by law to $2,500 a year, or $5,000 a year if you are married and filing jointly.

App 58

## Eligible and Ineligible Expenses for Dependent Care Accounts

The IRS determines which expenses are eligible for reimbursement under the dependent care spending accounts. The following table provides a partial list of eligible expenses. For a complete list, see IRS Publication 502 (available through the IRS website, www.irs.gov).

| Eligible Expenses | Ineligible Expenses |
|---|---|
| • After-school programs<br>• Baby-sitters inside or outside your home<br>• Day camps which comply with governmental requirements<br>• FICA and other taxes you pay on behalf of a day care provider<br>• Household services related to the care of an elderly or disabled dependent adult who lives with you<br>• Licensed nursery schools<br>• Qualified child care or adult day care centers | • Expenses for which the Federal Child Care Tax Credit is taken<br>• Payments made to your child under the age of 19 or someone you claim as a dependent on your income tax return<br>• Payments made to convalescent nursing homes<br>• Payments made to sleep-away or overnight camps<br>• Tuition fees for private or boarding schools |

## Planning Your Dependent Care Spending Account

This worksheet can help you determine the amount you should contribute to your dependent care flexible spending accounts. If this is your first year participating in flexible spending accounts, consider estimating your expenses conservatively to avoid forfeiting any balance left over in your account at the end of the year.

| | Estimated cost for 2002 |
|---|---|
| *Baby sitters* | $ |
| *Day camp* | $ |
| *Day care* | $ |
| *Nursery School* | $ |
| *Other eligible expenses* | $ |
| *Subtotals* | $ |
| *Total* | $ |

$\Delta_{00}$ 59

## Accident and Wage Protection Programs (AFLAC)

As previously communicated to those currently enrolled, the accident and wage protection plans previously offered to APAC employees through AFLAC will not be continued beyond December 31, 2001; as such, payroll deductions for these plans will cease at the end of this year.

Any employees currently enrolled in one or more of these plans will be provided the opportunity to convert their individual policy or policies to a private-pay basis by AFLAC. You can expect a direct mailing from AFLAC in the near future. Follow all instructions carefully if you wish to continue this coverage. Please be advised that no further questions related to the AFLAC plans will be handled by the Corporate Benefits Department as of January 1, 2002.

## New Offering for 2002: PS Protector Plan (UNUM)

A new, greatly improved wage protection plan will be available **for Level 1 employees only** for the 2002 plan year, replacing the AFLAC wage protection program. Provided through UNUM, the PS Protector Plan will provide salary replacement during periods of illness or injury after a fourteen (14) day elimination period. You create the level of coverage which best meets your personal needs:

- ✓ The minimum monthly benefit is $400.
- ✓ You determine the monthly maximum benefit, in $100 increments, up to 50% of your current base salary.
- ✓ You also determine the duration of the benefit – either six or twelve months.
- ✓ Your premium is dependent upon the level and duration of coverage you elect, as well as by your age at the time of original election.
- ✓ Once this coverage is elected, your premium will not be adjusted in future years for age.
- ✓ For this initial offering, APAC employees are guaranteed issue in most instances (unless answers to specific medical questions require further investigation). Subsequent enrollment after this initial offering will require a more detailed evidence of insurability process.

**Enrollment in the PS Protector Plan will not be part of the internal APAC open enrollment IVR process.** A detailed brochure will be provided late November/early December regarding the plan and its enrollment process, which will occur through a separate toll-free enrollment line. Included in the brochure will be a waiver card, which UNUM has asked to be completed and returned only if you decide not to enroll. Return of the waiver card is a requirement of the guarantee issue provision-- your cooperation would be greatly appreciated.

**Be on the look out for additional information on the PS Protector Plan! All Level 1 employees are strongly encouraged to call the provided telephone number later this year to receive additional information and enrollment instructions.**

## Supplemental Term Life Insurance

Life insurance provides protection to those who depend on you financially. Even if you have declined our medical plan, you may enroll in our supplemental term life insurance program. Supplemental term life insurance provides more extensive benefits than APAC Customer Services' basic life insurance plan, but does so at your cost.

When you purchase employee supplemental life insurance, you may elect coverage based on increments of your annual salary. You may set your benefits at one, two three, four or five times your annual salary. The maximum coverage available is five times your annual salary, to a maximum of $500,000.

In making the decision to buy or decline employee supplemental life insurance, consider who is financially dependent on you, how long they will need assistance, and what other income sources (wages, social security, savings, etc.) they have if you die. If you want supplemental coverage for either your spouse and/or child/ren, it is mandatory that you enroll in this plan.

You may also enroll in supplemental term life insurance for your spouse, available in increments of $10,000, to a maximum of $150,000. Additionally, supplemental term life insurance is available for your child/ren in increments of $2,000, to a maximum of $10,000.

### Qualifying for Coverage – Employee

#### Renewing Your Enrollment
If you elected coverage under this plan in 2001 and you choose to keep the same level of coverage in 2002, evidence of insurability will not be required.

#### If You Were Not Enrolled Last Year
If you have never enrolled for our supplemental life insurance program, you will be required to provide evidence of insurability at your expense. This means that you must be able to provide that you are in good health. Your coverage will become effective the date the insurance company approves your application, and premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval.

#### Increasing Your Coverage for 2002
If you elected coverage in 2001 and now wish to increase your coverage level for 2002, you may do so by one increment of your annual base salary, up to $50,000, without evidence of insurability.

Any increase in volume exceeding $50,000 will require evidence of insurability. Your increased life volume will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval. Until 2002 approval is granted, your 2001 volume will remain intact.

### Qualifying for Coverage – Spouse
Remember that in order to cover your spouse, you as the employee must be enrolled in the supplemental term life insurance plan. Your spouse's life insurance volume may never exceed 50% of your employee supplemental life insurance volume.

An 61

### *Renewing Your Spouse's Enrollment*

If you elected coverage for your spouse under this plan in 2001 and you choose to keep the same level of coverage in 2002, evidence of insurability will not be required.

### *If Your Spouse Was Not Enrolled Last Year*

If you have never enrolled your spouse in our supplemental life insurance program, you will be required to provide evidence of insurability at your expense. This means that you must be able to provide that your spouse is in good health. Your spouse's coverage will become effective the date the insurance company approves your application, and premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval.

### *Increasing Your Spouse's Coverage for 2002*

If you elected coverage for your spouse in 2001 and now wish to increase your coverage level for 2002, you may do so by one increment of $10,000 without evidence of insurability.

Any increase in volume exceeding $10,000 will require evidence of insurability. Your spouse's increased life volume will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval. Until 2002 approval is granted, your spouse's 2001 volume will remain intact.

### **Qualifying for Coverage – Child/ren**

Remember that in order to cover your child/ren, you as the employee must be enrolled in the supplemental term life insurance plan. One premium covers all dependent children.

### *Renewing Your Child/rens' Enrollment*

If you elected coverage for your child/ren under this plan in 2001 and you choose to keep the same level of coverage in 2002, evidence of insurability will not be required.

### *If Your Child/ren Were Not Enrolled Last Year*

If you have never enrolled your child/ren in our supplemental life insurance program, you will be required to provide evidence of insurability at your expense. This means that you must be able to provide that he/she/they are in good health. Your child/ren's coverage will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval.

### *Increasing Your Child/ren's Coverage for 2002*

If you elected coverage for your child/ren in 2001 and now wish to increase your coverage level for 2002, you may do so by one increment of $2,000 without evidence of insurability.

Any increase in volume exceeding $2,000 will require evidence of insurability. Your child/ren's increased life volume will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval. Until 2002 approval is granted, your child/ren's 2001 volume will remain intact.

**If Evidence of Insurability (EOI) is required for any supplemental term life election for the 2002 plan year, you will be provided the appropriate form by the Corporate Benefits Department after the open enrollment period has closed. Specific deadlines will be established and communicated for completion and return of the EOI form.**

### Supplemental Insurance Plan Rates

Please refer to the chart below to find the per-pay-period rate per $10,000 units of coverage for you and your spouse.  Rates for children are based on $2,000 units of coverage.  Actual pay per period costs will be calculated based on ages/salary rates as of  January 1, 2002.

| Age | Employee | Spouse |
|---|---|---|
| *Under 20* | $.37 | $.28 |
| *20-24* | $.37 | $.32 |
| *24-29* | $.37 | $.36 |
| *30-34* | $.46 | $.37 |
| *35-39* | $.69 | $.42 |
| *40-44* | $.88 | $.51 |
| *45-49* | $1.48 | $1.20 |
| *50-54* | $2.40 | $2.21 |
| *55-59* | $3.37 | $3.46 |
| *60-64* | $7.11 | $5.40 |
| *65-69* | $11.58 | $9.46 |
| *70-74* | $14.08 | $15.00 |
| *75-79* | $20.40 | |
| *80+* | $30.60 | |
| **Children - $.12 per $2000** | | |

## Enrollment Instructions

Now that you have reviewed all of the plans being offered during this open enrollment period, it is time to finalize your elections through the Interactive Voice Response system, or IVR. Remember that you are required to enroll through the IVR even if your intent is to elect the identical benefits you currently have.

> **If you do not register plan year 2002 benefit elections through the IVR by the November 2, 2001 deadline, your current coverage(s) will expire as of December 31, 2001.**

The VRU will be open during the period **October 25 through November 2, 2001.**

1. Determine your 2002 benefit elections and mark them on your benefits statement.
2. Call **1-800-651-1465** for access to the enrollment IVR.  It is strongly suggested that you avoid the use of any sort of cellular telephone to maximize the clarity of the connection and your ability to hear the script effectively.
3. Enter your Social Security Number and PIN from your benefits statement.
4. Listen carefully to the IVR script.  The process is very thorough and logical, and will take several minutes to complete thoroughly.  Please note:

> ➢ You will be able to review your current (2001) benefit elections via the IVR.
>
> ➢ Express enrollment is available for individuals electing to "carry over: identical benefits to the 2001 plan year (Exceptions:  Accident and wage protection insurance plans provided by AFLAC in 2001 will no longer be available in 2002. Additionally, enrollment in the Health Care and/or Dependent Care Flexible Spending Accounts will not be carried over by hitting this prompt; FSA enrollment must be **actively** elected for 2002.)
>
> ➢ *Express cancellation of all 2001 benefit elections (which will end all existing coverages as of December 31, 2001) is available.*
>
> ➢ If you need to make changes or enroll in benefits for the first time, you will need to enter all elections individually.
>
> ➢ After you have entered all of your elections to your satisfaction, you must approve the process.  You will be provided with a confirmation number to be recorded for future reference.

5. **If you do not remain on the telephone long enough to receive a confirmation number, your elections will not be saved.  You will need to call the IVR again to record your 2002 elections.**

## Congratulations!

## You have successfully enrolled in APAC benefits for the 2002 plan year!

## Confirming or Changing 2002 Elections

### Electronic Confirmation before or on November 2, 2001

If you would like to review your 2002 elections, a **second** IVR line will allow you to do so during the open enrollment window (through November 2, 2001). Simply call 1-800-651-1466, and enter your Social Security Number and PIN Number. This second line was established **only** to review 2002 benefit elections-- no additional changes can be made on the second line.

### 2002 Changes before or on November 2, 2001

If you would like to make changes to your already processed 2002 elections on or before November 2, you must once again call the Enrollment Line at 1-800-651-1465. Please ensure that you remain on the line the sufficient amount of time to secure your second confirmation number.

### Hardcopy Confirmation/2002 Changes after November 2, 2001

A 2002 confirmation statement for each individual at your location will be generated and returned to your Human Resources representative on or about November 2, 2001. You will be given approximately one week to review the worksheet and confirm your elections. If the confirmation statement accurately reflects your elections for 2002, no further action needs to be taken.

Any individual requiring Evidence of Insurability (EOI) as a result of 2002 elections under the Supplemental Term Life Insurance plan will be provided the appropriate form at the time confirmation statements are distributed. The EOI form must be completed and returned by the stipulated deadline in order to be considered for underwriting by the carrier. The deadline will be specifically communicated at the appropriate time.

If you still want to make changes to your 2002 elections, you may do so directly on the confirmation statement. Changed confirmation statements should be returned to the local Human Resources department, who will forward them to the Corporate Benefits Department. Corporate Benefits will accept one mass mailing (originals, no faxes) of changed forms from each site. Details on the confirmation process, including firm deadlines to process final revisions, will be clearly communicated to all at the appropriate time.

**THERE WILL BE NO EXCEPTIONS TO THIS PROCESS – DEADLINES WILL BE CLEARLY COMMUNICATED AND CONSIDERED FINAL!** Timely communication of enrollment information to our various carriers is critical to ensure that you receive appropriate identification cards and that elected coverages are actually in effect as of January 1, 2002.

Please refer to the Forms section of this enrollment workbook for other possible paperwork required to support and finalize the 2002 open enrollment process.

Apn 65

## Vendor Contact Information

If additional information or assistance is needed on any of the APAC employee benefit plans offered in the 2002 plan year, you are encouraged to contact any of our providers directly:

**Medical insurance benefits are provided through CIGNA Healthcare (Account number 2426139)**

*Typical issues – questions related to claims, identification cards, providers, precertification of services and specific benefits should be directed to CIGNA customer service according to the plan elected:*

|  |  |
|---|---|
| EPP or POS Plans: | 1-800-832-3211 |
| PPO Plan: | 1-800-742-4136 |
| OOA Plan: | 1-800-523-2213 |

Claims Address *(for out-of-network or out-of-area claims only; network providers file claims directly on your behalf)*:

CIGNA Healthcare Services
PO Box 2100
Bourbonnais, IL 60914

Provider directories/general information can be obtained through the CIGNA website: www.cigna.com

**Prescription services are provided through Merck-Medco (Account number MEDAPAC)**

*Typical issues – questions related to claims, identification cards, pharmacy issues and specific benefits should be directed to Merck-Medco customer service as follows:*

|  |  |
|---|---|
| Customer Service | 1-800-988-4064 |

Claims Address *(only for claims filed at participating pharmacies prior to receiving identification cards. Remember that prescriptions filled at non-participating pharmacies will not be reimbursed)*:

PAID Prescriptions, LLC
PO Box 2187
Lees Summit, MO 64063

Provider and general information can be obtained through the Merck-Medco website: www.merckmedco.com

**Dental insurance benefits are provided through CIGNA Healthcare**
**(Account number 2426139)**

*Typical issues – questions related to claims, providers, precertification of services and specific benefits should be directed to CIGNA customer service as follows:*

| | |
|---|---|
| Customer Service | 1-800-525-5803 |
| Claims Address: | CIGNA Dental<br>PO Box 9013<br>Sherman, TX 95091 |

Provider directories/general information can be obtained through the CIGNA website: www.cigna.com

**Vision coverage is provided through Cole Vision**
**(no account number is necessary)**

*Typical issues – questions related to locations, provided discounts should be directed to Cole Vision customer service as follows:*

| | |
|---|---|
| Customer Service | 1-800-804-4384 |

**Life insurance (basic/supplemental) benefits are provided through The Hartford Life Insurance Co.**
**(Account Number GL 673587)**

*Typical issues – status of underwriting, claims should be directed to Hartford customer service as follows:*

| | |
|---|---|
| **Customer Service** | **1-800-752-9713** |
| **Claims Address:** | **The Hartford Life Insurance Company**<br>**Benefits Claims Management Service**<br>**3800 West 80th Street**<br>**Bloomington, MN 55431-4440** |

App. 67

**Wage Protection (level 1 employees only) benefits are provided through UNUM**
**(Account Number to be determined)**

*Typical issues – plan enrollment, status of claims, information flow, payment status should be directed to UNUM customer service as follows:*

| | |
|---|---|
| **Customer Service** | **To be determined** |
| **Claims Address:** | **To be determined** |

**Disability (short/long term disability – level 2 employees only) benefits are provided through The Hartford Life Insurance Co.**
**(Account Numbers GRH 673587/short term and GLT 673587/long term)**

*Typical issues – status of claims, information flow, payment status should be directed to Hartford customer service as follows:*

| | |
|---|---|
| **Customer Service** | **1-800-752-9713** |
| **Claims Address\*:** | **The Hartford Life Insurance Company**<br>**Benefits Claims Management Service**<br>**3800 West 80th Street**<br>**Bloomington, MN 55431-4440**<br>*\* claims are filed through Corporate Benefits* |

**Flexible Spending Accounts (health care and/or dependent care) are administered through PayFlex**
**(Account Number PF APC)**

*Typical issues – status of reimbursements, process questions should be directed to PayFlex customer service as follows:*

| | |
|---|---|
| **Customer Service** | **1-800-284-4885** |
| **Claims Address:** | **PayFlex**<br>**100 Blackstone Centre**<br>**PO Box 3039**<br>**Omaha, NE 68103-0039** |
| **Claims Fax Number:** | **402/231-4310** |

Claim forms/general information can be obtained through the PayFlex website:
www.payflex.com

**401(k) investment plan recordkeeping is provided through Fidelity Management Trust Co. (Account Number 42051)**

*Typical issues – investment options, rollover status, loan applications, final distribution status should be directed to customer service as follows:*

| | |
|---|---|
| Customer Service: | 1-800-835-5097 |
| Address: | Fidelity Management Trust Co.<br>200 Magellan Way<br>Covington, KY 41015 |

Account balances, investment and contribution changes, loans and general information can be obtained through the Fidelity website:  www.401k.com

**Employee Stock Purchase Plan recordkeeping is provided through Salomon Smith Barney (no account number is necessary)**

*Typical issues – account balances, price of stock, sale of stock should be directed to Salomon Smith Barney customer service as follows:*

| | |
|---|---|
| Customer Service: | 1-800-367-4777 |
| Address: | Salomon Smith Barney<br>388 Greenwich Street<br>New York, NY 10013 |

**COBRA/HIPAA notification and administration services are provided to terminated employees through PayFlex (Account Number PF APC)**

*Typical issues – notification process, HIPAA certification, enrollment and ongoing administration should be directed to PayFlex customer service as follows:*

| | |
|---|---|
| Customer Service: | 1-800-284-4885 |
| Address: | PayFlex<br>100 Blackstone Centre<br>PO Box 3039<br>Omaha, NE 68103-0039 |

## *Additional Questions?*

Contact the Corporate Benefits Help Line at 1-800-401-2722

Am 69

## Forms

The majority of information needed to complete your 2002 benefit enrollment elections will be handled through the Interactive Voice Response (IVR) system.  However, it may be necessary for you to provide additional documentation to your local Human Resources representative under certain circumstances:

### Enrollment Worksheet
This worksheet can be used as a handy guide to record your election choices for the 2002 plan year.  Be advised that this should not be considered a form to complete and hand in, but as a tool to assist you in the IVR process.

### CIGNA Dependent/Primary Care Physician Form
This form should be completed if:

- You have elected the CIGNA medical and/or dental plans for the first time with dependent coverage
- You have elected either the EPP or POS plans for the first time and need to specify a Primary Care Physician (PCP); if you have elected family coverage for either of these plans, be certain to specify a PCP for each individual covered
- You are electing to cover eligible (additional) dependents you have not covered before
- If you need to change PCPs only, please call the CIGNA Customer Service number found in the Vendor Listing section

### Beneficiary Election Form – Basic Term Life Insurance
If you want to change your beneficiary designation for the Basic Term Life Insurance plan (company provided), please complete and return this form.

### Beneficiary Election Form – Supplemental Term Life Insurance
If you are enrolling in the supplemental life plan for the first time, or if you need to designate a new beneficiary for the supplemental life plan, please complete and return this form.

### Evidence of Insurability Form
Should your 2002 election necessitate completion of this form, it will be mailed to your home address by the Corporate Benefits Department after the close of the open enrollment period.

App 70

### Enrollment Worksheet

You may find it helpful to record your benefit choices on this form and to use it as a reference when you call the IVR system to record your elections.

| BENEFIT PLAN | PLAN OPTION | COVERAGE OPTION | MULTIPLE OF COVERAGE OR AMOUNT |
|---|---|---|---|
| Medical – Choose one Plan Option & one Coverage Option | OOA<br>PPO<br>PPOS<br>EPP | Employee Only<br>Employee & Spouse<br>Employee & Child(ren)<br>Family | |
| Dental – Choose one Plan Option & one Coverage Option | | Employee Only<br>Employee & Spouse<br>Employee & Child(ren)<br>Family | |
| Employee Supplemental Life Insurance | | | 1 2 3 4 5 |
| Spousal Supplemental Life Insurance | | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 |
| Child(ren) Supplemental Life Insurance | | | 1 2 3 4 5 |
| Medical Reimbursement[1] | | | $_____ ($250 - $1,200 Annually) |
| Dependent Care Reimbursement[1] | | | $_____ ($250 - $5,000 Annually) |

### Worksheet Key:

**Benefit Plan** – the type of plan in which you are enrolling

**Plan Option** – where you will elect the specific plan desired. For example, your location may offer both the EPP and PPO options. If you want the EPP plan, simply circle it on the worksheet.

**Coverage Option** – where you will elect the persons to be covered on your Plan Option.

**Multiple of Coverage or Amount** – For Supplemental Life Insurance, select increments of your annual salary, units of $10,000 for your spouse and/or units of $2,000 for your child(ren). For Medical and/or Dependent Care Reimbursement, select the total annual amount to be deducted during calendar year 2002.

Once you have completed the IVR process, please fill in the spaces below. Remember, if you do not remain on the telephone long enough to receive a confirmation number, your elections will not be saved. You will need to call the IVR again to record your 2002 elections.

Confirmation Number: _____          Date: _____

*NOTE: Evidence of Insurability may be required for Supplemental Life Insurance coverage. If it is you will be notified*

App. 71

APAC Customer Services, Inc. – 2002 Benefits Open Enrollment

### CIGNA Dependent/Primary Care Physician Form

If you are enrolling for the first time, or need to make changes to your current Dependent Information, please complete this form. Be advised that this form must be returned to your Local Human Resources Representative to insure coverage for you and your dependents.

- ✓ If you do not wish to make changes to your current Dependent Information and/or Primary Care Physician you will NOT need to complete this form.
- ✓ If you only need to change Primary Care Physician designations, please do so by calling CIGNA member services.

Employee Name:_____ SSN: _____ Emp #:_____

Address: _____

City: _____ State:_____ Zip: _____

| NAME | SSN | BIRTH DATE[1] | GENDER | RELATIONSHIP[2] | BENEFIT PLAN[3] | PRIMARY CARE PHYSICIAN NUMBER[4] |
|------|-----|---------------|--------|-----------------|-----------------|----------------------------------|
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |
| | | | M     F | | | |

Primary Care Physician Number:

[1] If your dependent child is age 19, or older, proof of Full Time Student Status must be submitted with this form in order for that dependent to be actively covers on the elected benefits.

[2] Please indicate if the relationship of the dependent is "Spouse", "Son" or "Daughter".

[3] Please indicate if the dependent information provided is for "Medical", "Dental" or "Both".

[4] A Primary Care Physician Number is required if you have elected coverage under either the PPOS or EEP plan. This must be completed for the employee, spouse and/or dependent child(ren) enrolling in either plan.

APAC Customer Services, Inc. – 2002 Benefits Open Enrollment

### Designation of Beneficiary Form – Basic Term Life Insurance

This beneficiary form is for Basic Term Life Insurance provided through the APAC Customer Services, Inc. benefit plan. This form is required only if you wish to make a change to your current beneficiary designation.

Please see the reverse side for important information regarding Beneficiary Designations and Minor Beneficiaries.

Social Security Number: ☐☐☐–☐☐–☐☐☐☐

Employee Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Date of Hire or Full Time Employment: _____

Location: _____

### Beneficiary Information

Social Security Number: ☐☐☐–☐☐–☐☐☐☐

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Relationship: _____

_____          _____
Signature of Insured or Assignee (If Applicable)          Date

Dm 73

## BENEFICIARY DESIGNATIONS

In most instances, the Insurance Company's policies provide that the insured has the right to designate his/her own beneficiary. The insured will retain this right unless he/she has taken some action to limit his/her ability to change the beneficiary, such as transferring ownership rights under the policy, or by executing an irrevocable beneficiary designation. The insured or the person to whom he/she has transferred his/her ownership rights are the only persons who have the right to change the beneficiary. Therefore, all requests for such changes must be signed by the person possessing these rights. The signature of the beneficiary will also be required if the prior designation is irrevocable.

Since incorrect wording in designating a beneficiary may result in a delay at the time of settlement, one must be extremely particular about the phraseology used. This includes any designation where a company will be named as the beneficiary because special rules apply when an employer is to be named the beneficiary. To change a beneficiary the insured must complete a Change Form.

The beneficiary designation must state the full name of the beneficiary and the relationship of the beneficiary to the insured. If more than one beneficiary is designated, the designations should state what percent of benefits each beneficiary receives. When they are to share equally, this must be stated following the beneficiary name. Benefits may also be divided on an unequal percentage basis, or with a flat dollar amount payable to one beneficiary, with the remainder payable to another beneficiary. Obviously, where percentages are used, they should add up to 100%. If the share of a beneficiary who dies prior to the death of the insured is to be distributed among the remaining beneficiaries, the basis of distribution should also be stated.

Whenever a trust is involved, the following information is needed: name of the trust, name(s) of trustee(s) and the date the trust was signed. The following wording must also be added: It is agreed that in making payment to any Trustee, the Company may assume that such Trustee is acting in such fiduciary capacity until notice in writing to the contrary is received by the company at its Home Office and any payment made to such Trustee in the manner provided herein prior to receipt of such notice shall discharge the Company from all liability as to such payment.

## MINOR BENEFICIARIES

Employees may designate anyone they wish as a beneficiary. However, they should be aware that, if the beneficiary is a minor when benefits become payable, it may be necessary to identify or appoint a legal guardian before the benefits can be paid. This can be avoided by making a beneficiary designation as follows:

"To (name of custodian), as custodian for (name of minor child) under the Uniform Transfer to Minors Act."

The custodian must be an adult or a trust company. Please note that each designation can only name one minor child; use the following format where more than one minor child is involved:

"X% to _____ as custodian for _____ (etc.), and X% to _____ as custodian for _____ (etc.)."

If you have any questions regarding these issues, you may contact Hartford's Claims Office.

## COMMUNITY PROPERTY

If employees live in a community property state (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, or Wisconsin), and wish to designate someone other than their spouse as beneficiary, the following will apply:

Under Community Property laws, the spouse has property interest in insurance provided to the employee through his/her employment. It is therefore, recommended that the spouse also sign any beneficiary designation to a person other than the spouse. This will assure that claims are paid to the intended beneficiary promptly and without risk of a dispute between beneficiaries.

APAC Customer Services, Inc. – 2002 Benefits Open Enrollment

### *Designation of Beneficiary Form – Supplemental Term Life Insurance*

This beneficiary form is for Supplemental Life Insurance (If Applicable) provided through the APAC Customer Services, Inc. benefit plan.  This form is required only if you wish to make a change to your current beneficiary designation, or if you are enrolling in Supplemental Term Life Insurance for the first time.

Please see the reverse side for important information regarding Beneficiary Designations and Minor Beneficiaries.

Social Security Number: ☐ ☐ ☐ – ☐ ☐ – ☐ ☐ ☐ ☐

Employee Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Date of Hire or Full Time Employment: _____

Location: _____

### *Beneficiary Information*

Social Security Number: ☐ ☐ ☐ – ☐ ☐ – ☐ ☐ ☐ ☐

Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Relationship: _____

_____         _____
Signature of Insured or Assignee (If Applicable)          Date

Aon 75

## BENEFICIARY DESIGNATIONS

In most instances, the Insurance Company's policies provide that the insured has the right to designate his/her own beneficiary. The insured will retain this right unless he/she has taken some action to limit his/her ability to change the beneficiary, such as transferring ownership rights under the policy, or by executing an irrevocable beneficiary designation. The insured or the person to whom he/she has transferred his/her ownership rights are the only persons who have the right to change the beneficiary. Therefore, all requests for such changes must be signed by the person possessing these rights. The signature of the beneficiary will also be required if the prior designation is irrevocable.

Since incorrect wording in designating a beneficiary may result in a delay at the time of settlement, one must be extremely particular about the phraseology used. This includes any designation where a company will be named as the beneficiary because special rules apply when an employer is to be named the beneficiary. To change a beneficiary the insured must complete a Change Form.

The beneficiary designation must state the full name of the beneficiary and the relationship of the beneficiary to the insured. If more than one beneficiary is designated, the designations should state what percent of benefits each beneficiary receives. When they are to share equally, this must be stated following the beneficiary name. Benefits may also be divided on an unequal percentage basis, or with a flat dollar amount payable to one beneficiary, with the remainder payable to another beneficiary. Obviously, where percentages are used, they should add up to 100%. If the share of a beneficiary who dies prior to the death of the insured is to be distributed among the remaining beneficiaries, the basis of distribution should also be stated.

Whenever a trust is involved, the following information is needed: name of the trust, name(s) of trustee(s) and the date the trust was signed. The following wording must also be added: It is agreed that in making payment to any Trustee, the Company may assume that such Trustee is acting in such fiduciary capacity until notice in writing to the contrary is received by the company at its Home Office and any payment made to such Trustee in the manner provided herein prior to receipt of such notice shall discharge the Company from all liability as to such payment.

## MINOR BENEFICIARIES

Employees may designate anyone they wish as a beneficiary. However, they should be aware that, if the beneficiary is a minor when benefits become payable, it may be necessary to identify or appoint a legal guardian before the benefits can be paid. This can be avoided by making a beneficiary designation as follows:

"To (name of custodian), as custodian for (name of minor child) under the Uniform Transfer to Minors Act."

The custodian must be an adult or a trust company. Please note that each designation can only name one minor child; use the following format where more than one minor child is involved:

"X% to _____as custodian for _____(etc.), and X% to _____ as custodian for _____(etc.)."

If you have any questions regarding these issues, you may contact Hartford's Claims Office.

## COMMUNITY PROPERTY

If employees live in a community property state (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, or Wisconsin), and wish to designate someone other than their spouse as beneficiary, the following will apply:

Under Community Property laws, the spouse has property interest in insurance provided to the employee through his/her employment. It is therefore, recommended that the spouse also sign any beneficiary designation to a person other than the spouse. This will assure that claims are paid to the intended beneficiary promptly and without risk of a dispute between beneficiaries.





# PLAN YEAR 2003 BENEFIT ENROLLMENT FORMS
## All Locations
## EMPLOYEES WITH LEAVE OF ABSENCE (LOA) STATUSES

### Instructions

Due to your current Leave of Absence status in APAC's Human Resources Information System, your IVR elections cannot be successfully recorded on the Interactive Voice Response (IVR) or uploaded to complete the process. As such, you will need to complete <u>manual</u> enrollment forms for the 2003 plan year.

Please refer to the 2003 Open Enrollment Workbook for descriptions of the available plans. Attached are the following forms to complete <u>ONLY</u> if you want to enroll in the respective coverage(s):

- ✓ Medical/Dental Elections for the 2003 plan year – BlueCross BlueShield Options A, B and C, BlueCross BlueShield Dental Plan

- ✓ Medical Election for the 2003 plan year – Foundation One Silver and Gold Plans (this is an option for Level 1 employees only)

- ✓ Designation of Beneficiary Form – Basic Life Coverage (this is an automatic coverage provided by APAC at no cost to you); please complete this form if you have not previously done so, or if you want to change your beneficiary on record

- ✓ Supplemental Term Life Coverage – for the employee, spouse and dependent children

- ✓ Flexible Spending Account Enrollment Form – for the 2003 plan year

---

Take the time to print all required information legibly, and to sign forms as indicated.
Return completed and signed forms <u>in the enclosed envelope</u> NO LATER THAN

## <u>Friday, November 1, 2002</u>.

Failure to return these forms will result in NO benefit coverage(s) as of January 1, 2003.

---

If you have any questions, please contact the
APAC Benefits Help Line at

**EXHIBIT**

**1-800-401-2722**

**SECTIONS 1 – E TO BE COMPLETE BY THE EMPLOYEE**

**A**

EMPLOYEE NAME (LAST):     FIRST:     MIDDLE:

**B**

ADDRESS (STREET):     CITY:     STATE:     ZIP:

SOCIAL SECURITY NUMBER:     EMPLOYEE NUMBER (TSR):     HOME PHONE NUMBER:

**C**

MEDICAL COVERAGE OPTION:
☐ Plan A ☐ Plan C
☐ Plan B

COVERAGE TIER:
☐ Employee Only ☐ Employee & Spouse
☐ Employee & Child(ren) ☐ Family

DENTAL COVERAGE OPTION:
☐ Employee Only ☐ Employee & Spouse
☐ Employee & Child(ren) ☐ Family

**D**

| I WOULD LIKE COVERAGE FOR MYSELF & THE FOLLOWING DEPENDENTS | SOCIAL SECURITY NUMBER | DATE OF BIRTH MO/DA/YR | GENDER – M / F | FULL-TIME STUDENT Y / N |
|---|---|---|---|---|
| SPOUSE | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |

**E**

EMPLOYEE SIGNATURE:     DATE:

**SECTION F TO BE COMPLETED BY CORPORATE BENEFITS DEPARTMENT**

**F**

| ENROLLMENT: | TYPE OF CHANGE: | CANCEL, EMPLOYEE: | CANCEL DEPENDENT: | DATE OF HIRE: |
|---|---|---|---|---|
| ☐ Open Enrollment | ☐ Add Dependent(s) | ☐ Termination | ☐ Marriage | |
| ☐ New Enrollment | ☐ Birth | ☐ Other Insurance | ☐ Divorce | EFFECTIVE DATE: |
| ☐ Change | ☐ Adoption | ☐ Other _____ | ☐ Change in Student Status | |
| ☐ Re-Enrollment | ☐ Marriage | | ☐ Other _____ | |

# S E C U R I T Y

## Enrollment Form

**A**

EMPLOYEE NAME (LAST): | FIRST: | MIDDLE:

ADDRESS (STREET): | CITY: | STATE: | ZIP:

SOCIAL SECURITY NUMBER: | EMPLOYEE NUMBER (TSR): | HOME PHONE NUMBER:

**B**

MEDICAL COVERAGE OPTION: ☐ Gold Plan   ☐ Silver Plan   COVERAGE TIER: ☐ Employee Only   ☐ Employee Plus 1   ☐ Family

**C**

I WOULD LIKE COVERAGE FOR MYSELF & THE FOLLOWING DEPENDENTS

| | SOCIAL SECURITY NUMBER | DATE OF BIRTH MO/DAY/YR | GENDER – M / F | FULL-TIME STUDENT Y / N |
|---|---|---|---|---|
| SPOUSE | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |
| DEPENDENT | | | | |

**D**

EMPLOYEE SIGNATURE: | DATE:

SECTION E IS TO BE COMPLETED BY CORPORATE BENEFITS DEPARTMENT

**E**

| ENROLLMENT: | TYPE OF CHANGE: | CANCEL EMPLOYEE: | CANCEL DEPENDENT: | DATE OF HIRE: |
|---|---|---|---|---|
| ☐ Open Enrollment | ☐ Add Dependent(s) | ☐ Termination | ☐ Marriage | |
| ☐ New Enrollment | ☐ Birth | ☐ Other Insurance | ☐ Divorce | EFFECTIVE DATE: |
| ☐ Change | ☐ Adoption | ☐ Other _____ | ☐ Change in Student Status | |
| ☐ Re-Enrollment | ☐ Marriage | | ☐ Other _____ | |



**CUSTOMER SERVICES, Inc.**
On the line for your success
1-800-OUTSOURCE

### *Designation of Beneficiary Form – Basic Term Life Insurance*

This beneficiary form is for Basic Term Life Insurance provided through the APAC Customer Services, Inc. benefit plan.  This form is required only if you wish to make a change to your current beneficiary designation.

Please see the reverse side for important information regarding Beneficiary Designations and Minor Beneficiaries.

Social Security Number ☐☐☐ – ☐☐ – ☐☐☐☐

Employee Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Date of Hire or Full Time Employment: _____

Location: _____

### *Beneficiary Information*

Social Security Number: ☐☐☐ – ☐☐ – ☐☐☐☐

Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Relationship: _____

_____          _____
Signature of Insured or Assignee (If Applicable)          Date

APAC                    06/03

## BENEFICIARY DESIGNATIONS

In most instances, the Insurance Company's policies provide that the insured has the right to designate his/her own beneficiary. The insured will retain this right unless he/she has taken some action to limit his/her ability to change the beneficiary, such as transferring ownership rights under the policy, or by executing an irrevocable beneficiary designation. The insured or the person to whom he/she has transferred his/her ownership rights are the only persons who have the right to change the beneficiary. Therefore, all requests for such changes must be signed by the person possessing these rights. The signature of the beneficiary will also be required if the prior designation is irrevocable.

Since incorrect wording in designating a beneficiary may result in a delay at the time of settlement, one must be extremely particular about the phraseology used. This includes any designation where a company will be named as the beneficiary because special rules apply when an employer is to be named the beneficiary. To change a beneficiary the insured must complete a Change Form.

The beneficiary designation must state the full name of the beneficiary and the relationship of the beneficiary to the insured. If more than one beneficiary is designated, the designations should state what percent of benefits each beneficiary receives. When they are to share equally, this must be stated following the beneficiary name. Benefits may also be divided on an unequal percentage basis, or with a flat dollar amount payable to one beneficiary, with the remainder payable to another beneficiary. Obviously, where percentages are used, they should add up to 100%. If the share of a beneficiary who dies prior to the death of the insured is to be distributed among the remaining beneficiaries, the basis of distribution should also be stated.

Whenever a trust is involved, the following information is needed: name of the trust, name(s) of trustee(s) and the date the trust was signed. The following wording must also be added: It is agreed that in making payment to any Trustee, the Company may assume that such Trustee is acting in such fiduciary capacity until notice in writing to the contrary is received by the company at its Home Office and any payment made to such Trustee in the manner provided herein prior to receipt of such notice shall discharge the Company from all liability as to such payment.

## MINOR BENEFICIARIES

Employees may designate anyone they wish as a beneficiary. However, they should be aware that, if the beneficiary is a minor when benefits become payable, it may be necessary to identify or appoint a legal guardian before the benefits can be paid. This can be avoided by making a beneficiary designation as follows:

"To (name of custodian), as custodian for (name of minor child) under the Uniform Transfer to Minors Act."

The custodian must be an adult or a trust company. Please note that each designation can only name one minor child; use the following format where more than one minor child is involved:

"X% to _____ as custodian for _____(etc.), and X% to _____ as custodian for _____(etc.)."

If you have any questions regarding these issues, you may contact Fort Dearborn's Claims Office.

## COMMUNITY PROPERTY

If employees live in a community property state (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, or Wisconsin), and wish to designate someone other than their spouse as beneficiary, the following will apply:

Under Community Property laws, the spouse has property interest in insurance provided to the employee through his/her employment. It is therefore, recommended that the spouse also sign any beneficiary designation to a person other than the spouse. This will assure that claims are paid to the intended beneficiary promptly and without risk of a dispute between beneficiaries.

# FORT DEARBORN LIFE INSURANCE COMPANY
## ENROLLMENT FORM  (Please Print)

**EMPLOYER:** If group is self-administered, submit enrollment form *only* if evidence of insurability is required. If group is not self administered, submit enrollment form to us.

☐ New Enrollment    ☐ Change

| LOYEE NAME — LAST | FIRST | MIDDLE INITIAL | SEX  M ☐ F ☐ | DATE OF BIRTH | DATE OF HIRE (FULL TIME) |
|---|---|---|---|---|---|

| SOCIAL SECURITY NO. (THIS IS YOUR CERTIFICATE NO.) | EARNINGS $ ☐ Weekly ☐ Monthly ☐ Annual | JOB TITLE | CLASS |
|---|---|---|---|

| EMPLOYER | GROUP NO./ACCOUNT NO.  / | LOCATION |
|---|---|---|

**COVERAGE SELECTION:** Your non-medical group insurance program may not include all the benefits listed below. Ask your employer for the details about the benefits available to you, your cost, if any, and whether you will be required to complete a health questionnaire.

**BASIC COVERAGE(S)**

| Basic Life/AD&D | STD Benefit | LTD Benefit | Dependent Life | Supplemental Life | Supplemental AD&D | Other ___ |
|---|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ Add ☐ Change ☐ Del. $ | ☐ Add ☐ Change ☐ Del. $ | ☐ YES ☐ NO $ |

**VOLUNTARY COVERAGE(S)** (Evidence of insurability may be required on employee and spouse Life and Critical Illness insurance.)

| | | (A)dd (C)hange (D)elete | Total Amount of Coverage Applied for | If (C), I am Increasing Existing by | If (C), I am Decreasing Existing by |
|---|---|---|---|---|---|
| Voluntary Term Life: Employee | ☐ YES ☐ NO | | | | |
| Voluntary Term Life: Spouse | ☐ YES ☐ NO | | | | |
| Voluntary Term Life: Dependent Child(ren) | ☐ YES ☐ NO | | | | |
| Voluntary AD&D: Individual Plan | ☐ YES ☐ NO | | | | |
| Voluntary AD&D: Family Plan | ☐ YES ☐ NO | | | | |
| Voluntary Short Term Disability | ☐ YES ☐ NO | | | | |
| Voluntary Long Term Disability | ☐ YES ☐ NO | | | | |
| Voluntary Critical Illness with cancer benefit | ☐ YES ☐ NO | | | | |
| Voluntary Critical Illness without cancer benefit | ☐ YES ☐ NO | | | | |

| SPOUSE NAME — LAST (if applicant) | FIRST | M.I. | SEX  M ☐ F ☐ | SPOUSE DATE OF BIRTH | SPOUSE SOCIAL SECURITY # |
|---|---|---|---|---|---|

s Employee (if applicant) used cigarettes or other tobacco products
re last 2 years?  ☐ YES ☐ NO    Has Spouse (if applicant) used cigarettes or other tobacco products in the last 2 years?  ☐ YES ☐ NO

**\* Review the following guidelines which apply to voluntary coverage(s)**

- You may enroll, apply for additional coverage, or request a change to current voluntary benefits only during a scheduled enrollment period.
- Your weekly STD benefit may not exceed 70% of your basic weekly earnings (excluding bonuses, overtime and any extra compensation other than commissions).
- If you are eligible for state-mandated temporary disability benefits, or any employer paid income replacement benefits, the combination of your state mandated benefit or other income benefit and your STD weekly benefit may not exceed 70% of your basic weekly earnings.

- New Voluntary STD plans and benefit increases are subject to a 12/12 pre-existing condition limitation (3/12 in PA).
- Your Voluntary LTD benefit may not exceed 60% of your basic earnings (excluding bonuses, overtime and any extra compensation other than commissions).
- New Voluntary LTD plans and benefit increases are subject to a 12/6/24 pre-existing condition limitation (12/12 in CO, MS, SC, MT, CT, WI; 3/12 in PA).
- If your earnings are based in whole or in part on commissions, commissions will be averaged over the 12-month period prior to the date disability begins.

**BENEFICIARY DESIGNATION** (For Employee Only: Must Be Completed if you have applied for life or AD&D insurance) If two or more primary beneficiaries are named, and you do not list benefit percentages, proceeds will be paid in equal shares to the named primary beneficiaries who survive you. If no primary beneficiary survives you, proceeds will be paid to the contingent beneficiary(ies). If you list benefit percentages, the total must equal 100%. (Employee is the beneficiary of proceeds from spouse or child coverage.)

| FIRST NAME | LAST NAME | DATE OF BIRTH | RELATIONSHIP | SOCIAL SECURITY # | BENEFIT % |
|---|---|---|---|---|---|
| Primary | | | | | % |
| Primary | | | | | % |
| Contingent | | | | | % |

I HEREBY REQUEST TO BE INSURED AND AUTHORIZE DEDUCTIONS, IF ANY, FROM MY COMPENSATION FOR MY SHARE OF THE COST OF THE BENEFITS TO WHICH I MAY BE ENTITLED UNDER THE GROUP POLICY (IES) ISSUED TO THE EMPLOYER LISTED ABOVE. I UNDERSTAND THAT IF I AM NOT ACTIVELY AT WORK ON THE EFFECTIVE DATE OF MY COVERAGE, MY INSURANCE WILL NOT BEGIN UNTIL THE DAY I RETURN TO WORK.  FOR THOSE COVERAGES I HAVE DECLINED, I UNDERSTAND THAT IF I CHOOSE TO ENROLL AT A LATER DATE, MY COST MAY BE HIGHER AND A HEALTH QUESTIONNAIRE MAY BE REQUIRED.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or state-
'ent of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact mate-
'd thereto, commits a fraudulent insurance act which is a crime and subjects such person to criminal and civil penalties. (not enforceable
in OR or VA)

EMPLOYEE SIGNATURE _____    DATE __ / __ / __

FOR FDL USE ONLY

# PayFlex™ Flexible Spending Account Enrollment Form

Check Here If

☐ **New Enrollment - 2003**     ☐ Annual Re-enrollment          ☐ Change          ☐ New Address
(Please Print)

SS# _____ - _____ - _____     Name _____
                                                                 (Last)                    (First)                    (MI)

Street _____ City _____ State _____ Zip _____

Marital Status _____ Date of Birth _____ Hire Date _____

Employer Name _____ Location _____ # of Pay Periods Annually_____

| Dependent Name | Relationship | SSN | Birth Date |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

☐     Yes, I wish to participate in the PayFlex Flexible Compensation Program.  I elect to contribute the amounts indicated below, during the Plan Year _____, 20_____, through _____, 20_____.

| | Pay Period Deduction | Total Annual Deduction |
| --- | --- | --- |
| 1. Group Health Care Premiums (this category should include only *your company's* medical, dental, life, etc. – premiums) | $ Automatic | $ Automatic |
| 2. Unreimbursed Health Care Expenses (medical, dental, vision and hearing expenses) | $_____ | $_____ |
| 3. Dependent/Child Care Expenses | $_____ | $_____ |
| Total before-tax dollars | $_____ | $_____ |

I agree that the amount shown above as TOTAL BEFORE-TAX DOLLARS may be deducted from my salary and deposited in my Flexible Spending Account. understand that I will be reimbursed with before-tax dollars from my account for expenses eligible under Section 125 of the Internal Revenue Code.

I understand expenses must be incurred in the same Plan Year deposits are made.  Any funds left over after the close of the Plan Year will be forfeited.

I understand these elections are binding for the entire plan year listed above and may not be changed or cancelled unless I experience a change in family or employment status as defined by the IRS.

☐     I have been offered the opportunity to enroll in the PayFlex Section 125 Plan of the Flexible Compensation, and do not wish to enroll at this time.

_____          _____          _____
        Signature                                      Date                                    Work Phone

Complete Section Below For Direct Deposit Only

*Pre-Authorization For Direct Deposit.*
☐   I authorize PayFlex Systems USA, Inc. to initiate a credit and/or debit entry to my account for my PayFlex reimbursements.  This agreement is to remain in full effect until written notification is supplied by me terminating this agreement.

**"VOIDED" CHECK MUST ACCOMPANY DIRECT DEPOSIT APPLICATION.**

Name _____     Social Security Number_____
                (Please Print)

_nature _____     Date _____



# Employee
## Benefits
# PLAN
Plan Year 2003



**APAC** | **Customer Services, Inc**

On the line for your succes

1-800-OUTSOURG


APAC | Customer Services, Inc.
On the line for your success.™
1-800-OUTSOURCE

October 15, 2002

Dear Employee:

Healthcare costs in the United States have been on a steady incline in recent years causing many companies, and their employees, to endure higher and higher premiums. On average, medical, dental and prescription costs are increasing this year by 15%, 8% and 22%, respectively, over last year's costs. APAC Customer Services has also experienced the impact of these changes. We have tried to absorb as much of these increases as possible; however, as you have seen in prior years, we have been forced to pass a percentage of these costs on to our employees.

In response to the many changes in our business and the significant increase in health benefits, our in-house Benefits Team was asked to undergo a full assessment of APAC's health and welfare programs. Specifically, the team was charged with ensuring APAC's offerings were competitive within our industry, meeting the needs of our diverse employee base to the fullest extent possible.

As a result of this effort, I am very pleased to share some great news with you. Effective January 1, 2003, APAC Customer Services has contracted a new, major healthcare provider, BlueCross BlueShield! We believe that this decision will provide the greatest value for you and the Company's investment in healthcare coverage.

Under their program, APAC was able to make a number of positive changes to our healthcare offering, including;

- Improved Eligibility for Level 1 Employees
- Introduction of Three Flexible PPO Offerings
- Dramatically Improved Provider Networks
- Removal of "Out of Area" or "Passive" Locations
- No Increase for Prescription Co pays

Specifically, the new offering will provide employees a greater level of flexibility in choosing their healthcare plan with three levels of coverage at three levels of pricing.

Our dental plan will also transition to BlueCross BlueShield in 2003, with improvements to both the annual and lifetime orthodontic maximums! Our life and disability plans will transition to Fort Dearborn Life, and will provide the same level of coverage(s) as you have had in the past. It is our intent that these vendor changes will be transparent to employees, with the exception of increased service and provider availability!

On the following pages you will find additional information about these and other important changes to this program. Should you have any questions, please contact your local Human Resources representative or the Benefits Help Line at (800) 401-2722 for assistance.

Richard L. Frederick
Senior Vice President, Human Resources

APAC          06/03
342

App. 85

**This page has intentionally been left blank.**

APAC Customer Services, Inc. – 2003 Benefits Open Enrollment

## *Table of Contents*

INTRODUCTION .................................................................................................................. 5
    DEFINITIONS ................................................................................................................. 8
MEDICAL PLANS ................................................................................................................ 9
    ABOUT OUR CARRIER ..................................................................................................... 9
    BRIEF DESCRIPTION OF THE PPO PLANS ..................................................................... 10
    SUMMARY OF BENEFITS ............................................................................................... 13
    MEDICAL PLAN PRICE TAGS – 2003 ............................................................................ 19
    TRANSITION CARE – CIGNA TO BLUECROSS BLUESHIELD ............................................ 19
PRESCRIPTION DRUG PROGRAM .................................................................................. 20
    PRESCRIPTION CO PAY SUMMARY ............................................................................... 20
    MEDCO PARTICIPATING CHAINS .................................................................................. 21
FOUNDATION ONE MEDICAL PLANS ............................................................................ 22
    MEDICAL PLAN PRICE TAGS – 2003 ............................................................................ 23
DENTAL PLAN .................................................................................................................. 24
    PLAN COVERAGE .......................................................................................................... 24
    DENTAL PLAN PRICE TAGS - 2003 ............................................................................... 25
FLEXIBLE SPENDING ACCOUNTS .................................................................................. 26
    HEALTH CARE SPENDING ACCOUNTS ........................................................................... 27
    ELIGIBLE AND INELIGIBLE EXPENSES FOR HEALTH CARE ACCOUNTS ............................ 27
    PLANNING YOUR HEALTH CARE SPENDING ACCOUNT .................................................. 28
    DEPENDENT CARE SPENDING ACCOUNTS ..................................................................... 28
    ELIGIBLE AND INELIGIBLE EXPENSES FOR DEPENDENT CARE ACCOUNTS ...................... 29
    PLANNING YOUR DEPENDENT CARE SPENDING ACCOUNT ............................................ 29
PS PROTECTOR PLAN (UNUM) ...................................................................................... 30
SUPPLEMENTAL TERM LIFE INSURANCE ................................................................... 31
    ABOUT OUR CARRIER ................................................................................................... 31
    QUALIFYING FOR COVERAGE – EMPLOYEE .................................................................. 31
    QUALIFYING FOR COVERAGE – SPOUSE ....................................................................... 32
    QUALIFYING FOR COVERAGE – CHILD/REN .................................................................. 32
    SUPPLEMENTAL INSURANCE PLAN RATES ..................................................................... 33
ENROLLMENT INSTRUCTIONS ...................................................................................... 34
CONFIRMING OR CHANGING 2003 ELECTIONS .......................................................... 35
VENDOR CONTACT INFORMATION .............................................................................. 36
ADDITIONAL QUESTIONS? ............................................................................................. 40
FORMS ............................................................................................................................... 41

**This page has intentionally been left blank**.

App. 88

## *Introduction*

APAC Customer Services, Inc. is pleased to provide you with the opportunity to enroll in a variety of benefit programs for the plan year beginning January 1, 2003. This booklet contains a description of each plan, its provisions, and its associated costs. **Please read this information carefully to ensure that you are making informed choices. Our benefit elections, as well as many of our providers, are changing for the coming year!**

You have been provided a personalized worksheet that details your current 2002 plan year benefits. As you review the different plan options for 2003, keep these points in mind:

- Will you need coverage for just yourself, for yourself and a spouse, or for your entire family? Have your needs changed since you last enrolled?

- Does your spouse have medical coverage where he/she works?

- Is medical coverage available to you under your spouse's plan? Would you want to consider declining your APAC health plan?

- How many times have you or your family been to the hospital in the last year? Do you or any members of your family have a recurring condition that requires regular medical attention?

- What is your financial situation? Will you be able to support the deductions taken from your check for medical coverage?

- Would you rather pay more of your paycheck for coverage to pay less in deductibles and co payment maximums, or do you want higher deductibles and co payment maximums so you can pay less out of each paycheck?

- Do you know of any large medical expenses you or your family will have during the next year, such as surgery or a pregnancy?

- **BE CERTAIN TO REVIEW ALL OPTIONS AND SELECT THE ONE WHICH BEST MEETS YOUR AND YOUR FAMILY'S REQUIREMENTS. CONDUCT A THOROUGH REVIEW OF ALL PLAN COMPONENTS, NOT JUST THE PRICE TAG, PRIOR TO MAKING YOUR 2003 ELECTIONS.**

It is particularly important to note the following, as these points may influence your election decisions and/or eligibility as of January 1, 2003:

- Our standard medical plan offerings will include three Preferred Provider Option, or PPO, plans through BlueCross BlueShield. These options will be referred to as Options A, B and C, replacing prior offerings with different names.

- Options A, B and C **will not** require the use of a primary care physician. You are free to access any provider, including specialists, directly, but should select providers from the PPO network in order to maximize your benefits.

- Option A offers the highest level of medical benefit, and will therefore carry the highest price tag, followed by Options B and C, respectively.

- Because of the extensive PPO network available through BlueCross BlueShield, **all** APAC locations will have access to the PPO plans. Unlike years past, APAC will not need to offer "passive" or "out of area" plans!

- APAC's prescription drug plan will remain with Medco as it has for the past two years. Retail co pays will remain at $10 for a generic script and $20 for a brand script in 2003. Additionally, mail order co pays (up to a 90 day supply) will be $20 for a generic script and $40 for a brand script in 2003. Your costs are being held constant in spite of an 18% rise in prescription costs over the past year!

- Open enrollment information is being provided to those Level 1 and Level 2 employees who are currently classified as full time and currently eligible for benefits, as well as to those Level 1 employees who will attain eligibility by January 1, 2003 by meeting the established service requirements. Be advised, however, actual eligibility for hourly employees is further subject to working the requisite hours to maintain full time status, as detailed on the average hours reports for the third and fourth quarters of 2002.

- Level 1 employees will also be provided the opportunity to enroll in a limited, or voluntary medical plan through Foundation One. The Gold and Silver plans provided though this vendor are designed around **typical** utilization of medical services rather than a comprehensive approach. As such, plan coverage is more limited and Price Tags are lower. It is important to note that if you elect to participate in one of the Foundation One medical plan offerings, your continued participation will <u>not</u> be subject to the average hours process in the coming year.

- Level 1 benefit eligibility will be standardized for full time hires in 2003 to be effective the 91st day of employment. 2003 Level 1 full time new hires will be allowed to participate in the Foundation One medical plans, but will not have access to the BlueCross BlueShield offerings until the 2004 plan year open enrollment.

APAC offers several benefits in accordance with the Internal Revenue Code (IRC), which allows you to have premiums deducted on a pre-tax basis. It is important to note, however, that elections under these plans (the BlueCross/Blue Shield medical offerings, dental, and flexible spending accounts) are generally binding for the entire plan year and cannot be modified unless you experience a qualified change of status as determined by the Internal Revenue Code.

After you have decided which plan(s) best meet the needs of you and your family, turn to the Enrollment Instructions section for further information on how to finalize your selections.

**ALL EMPLOYEES ARE REQUIRED TO CALL THE INTERACTIVE VOICE RESPONSE (IVR) SYSTEM TO ENSURE COVERAGE FOR 2003.  ELECTIONS ARE SIGNIFICANTLY DIFFERENT FROM PRIOR YEARS, EVEN IF YOU WANT TO CONTINUE YOUR CURRENT ELECTIONS.**

**<u>FAILURE TO CONTACT THE IVR BY THE OPEN ENROLLMENT DEADLINE OF OCTOBER 31, 2002 WILL RESULT IN NO BENEFIT COVERAGE FOR THE 2003 PLAN YEAR.</u>**

**Although this workbook has been designed as a guide for the 2003 Open Enrollment process, it is recommended that you keep it for handy reference throughout the plan year!**

App 9(

## Definitions

Following are some general definitions that may help you better understand APAC's benefit offerings:

*Annual maximum benefit:* The most you can receive from any plan in any calendar year.

*Lifetime maximum benefit:* The most you can receive from any plan for the entire period of time during which you are covered.

*Co payment (Co pay):* A dollar amount you pay each time you visit your health care provider, also referred to as an office visit co payment. Additionally, the BlueCross BlueShield medical plans also require a hospital in-patient co payment. Such fees apply toward your annual out-of-pocket maximum, but not toward your calendar year deductible.

*Co-insurance:* The percentage the plan pays for most eligible services after your calendar year deductibles are met.

*Deductible:* The amount you pay each year before the plan starts to pay benefits.

*IRC qualified change of status:* You are allowed to change your enrollment during the plan year only when you have a qualifying life event that significantly affects your benefit needs. Life events that are recognized by the Internal Revenue Code include:

- Marriage or divorce
- Birth or adoption of a child
- Death of a spouse or child
- Child reaches age limit for eligibility
- Spouse ends or begins employment
- Reduction in hours

You may not change from one medical plan to another. Any benefit election changes must relate to your life event. For example, if you get married, you would be able only to add your spouse or drop your coverage if your spouse's employer will be providing coverage for you. An employee wanting to change elections during 2003 due to a life event should contact the APAC Benefits Helpline at 1-800-401-2722 as soon as possible following the event. **Appropriate documentation will be required to substantiate a change and must be received by the Corporate Benefits Department within 31 days of the qualifying event**. Any change reported (or supporting documentation received) after 31 days of the qualifying event **will not** be accepted or processed-- in such an instance, the next available window for the change will be the next open enrollment period (January 1 of the following year).

*Out-of-Pocket Maximum*: The most you pay each year for covered medical expenses. Once you satisfy your out-of-pocket maximum, the plan pays 100 percent of reasonable and customary charges for the rest of the year, subject to any annual maximums.

*Reasonable and Customary*: Charges incurred outside of the BlueCross BlueShield PPO network are subject to reasonable and customary, or R&C, review. BlueCross BlueShield utilizes various databases to track the geographic prevailing rate for services, and may reduce your reimbursement accordingly. If you have any questions regarding the R&C rate for a service, you may direct it to BlueCross BlueSheild's customer service lines (refer to the vendor contact listing at the end of the workbook).

## Medical Plans

APAC Customer Services will provide three different Preferred Provider Option, or PPO, plans for 2003, all administered by BlueCross BlueShield.

### About Our Carrier

APAC consolidates medical insurance coverage under a single platform with one carrier, BlueCross BlueShield. Like many other large companies, we standardize our benefits offerings for a number of reasons:

- to ensure equity of coverage across all locations where we have employees,
- to ensure that our benefit plans are competitive related to other companies of our size and in our industry,
- to receive better consideration from carriers because of our large population, and
- to allow APAC to understand its expenditures and spend its dollars wisely.

The Blue Cross and Blue Shield names and trademarks are easily the most recognized in the healthcare industry. Over 84,000,000 Americans carry a BlueCross BlueShield healthcare card. The reason they do is because the BlueCross BlueShield name and trademark convey quality and security in those anxious moments when healthcare services are needed.

For those moments it is comforting to know that over 550,000 providers and 6,000 hospitals participate in the BlueCross BlueShield PPO Networks. Wherever you reside you will have access to and choice of a network provider. An additional benefit of the BlueCross BlueShield PPO coverage is its portability – this allows you to receive the higher In-Network level of coverage even when you may be away from home on business or pleasure.

Finding a network provider is easily done by accessing the BlueCross BlueShield of Illinois website (www.bcbsil.com) and using the Provider Search function. In the event you do not have access to the Internet, you can call the BlueCross BlueShield of Illinois Member Service Unit via a toll-free number.

The BlueCross BlueShield of Illinois Member Service Unit is dedicated to providing our customers with the accurate information they need in a professional and courteous manner. The commitment to quality, first class customer service is demonstrated in the following ways:

➢ Continuously developing and improving technologies that enable the Customer Service Representative to better address the member's healthcare benefits needs.

➢ Using technology to resolve a member's issue upon first contact – and in the event this cannot be achieved, take the member out of the middle and pursue resolution without continued member involvement.

The goal is to combine the ease of access provided by the BlueCross BlueShield PPO Networks with the hassle-free navigation of the BlueCross BlueShield of Illinois Member Service Unit in order to deliver a quality healthcare benefit program.

BlueCross BlueShield of Illinois is the oldest and largest health insurance company in Illinois with a six-decade tradition of providing high-quality, affordable health care plans that meet the needs of employers and families. BlueCross BlueShield is committed to the highest standards of

App. 93                    APAC          06/0

business ethics and integrity as well as strict observance and compliance with the laws and regulations governing its business operations.

### Brief Description of the PPO Plans

APAC has designed three different PPO plans with BlueCross BlueShield. None of these plans will require the use of a primary care physician as a gatekeeper to all care—you can self-refer to a specialist at any time! Detailed charts containing descriptions of the key features of each plan have been included in this booklet. Such information allows you to select the option that best meets the requirements of you and your family. Further details on plan provisions are available directly through the Member Services number found on your BlueCross BlueShield medical plan identification card or in the Vendor Contact section in this enrollment workbook, or may be obtained through the **APAC Benefits Helpline at 1-800-401-2722**.

All APAC locations will be able to access a significant number of network physicians and hospitals from which to choose. Due to the depth of the BlueCross BlueShield PPO network, no Out of Area plan will be required for 2003. It is still important to note, however, that approved providers in any given location are constantly changing, and unfortunately, printed directories are already somewhat outdated as soon as they are published. **It is <u>your</u> individual responsibility to either call BlueCross BlueShield Member Services, consult the provider directory on the BC/BS website (www.bcbsil.com), or to talk with a potential provider each time prior to obtaining service to ensure he/she is (still) in the network.** This effort will not only make you a more informed customer, but it will also ensure that your benefits are maximized.

Following is a brief description of the PPO plans being offered by APAC Customer Services, Inc. in 2003:

*Option A:* Option A will provide the highest level of medical coverage for employees in the 2003 plan year. After the calendar year deductible has been satisfied ($250 per individual, $750 per family), most in-network expenses will be reimbursed at 90%. You may also elect to seek care outside of the extensive PPO network, but will be subject to a higher deductible and lower co-insurance (70%). If you experience high utilization of the plan in 2003, your expenses will be reimbursed at 100% once the annual out-of-pocket maximum has been met. As this option will be offering the greatest coverage, the price tag will be the highest of the three offerings.

This plan is most comparable to the Point of Service plan offered in 2002. Although the deductibles are higher, this is more than offset by the lower out-of-pocket premiums, higher out-of-network coinsurance and dramatically increased provider network! All in all, Option A is a richer benefit than either the EPP or POS offerings provided to APAC employees in 2002!

*Option B:* Option B will provide a level of coverage in 2003 similar to the PPO plan from last year. After the calendar year deductible has been satisfied ($500 per individual, $1,500 per family), most in-network expenses will be reimbursed at 80%. You may also elect to seek care outside of the extensive PPO network, but will be subject to a higher deductible and lower co-insurance (60%). If you experience high utilization of the plan in 2003, your expenses will be reimbursed at 100% once the annual out-of-pocket maximum has been met. This option will be priced in the middle of the three BlueCross BlueShield offerings.

*Option C:* Option C has a significantly higher deductible than plans offered in past years, and is geared towards individuals who have historically and continue to expect using their medical benefits sparingly. After the in-network calendar year deductible has been satisfied ($1,000 per

individual, $3,000 per family), most expenses will be reimbursed at 80%.  If you experience high utilization of the plan in 2003, your expenses will be reimbursed at 100% once the annual out-of-pocket maximum has been met, therefore providing solid coverage in the event of a catastrophic occurrence.  This plan will carry the lowest price tag in 2003, as the deductible is the highest of the three BlueCross BlueShield offerings.

The following pages provide charts that summarize the key benefits provided by each medical plan option, as well as differences between the options.  Review this information carefully in order to select the plan that best meets the needs of you and your dependents.  *(NOTE:  In the event of any difference between these charts and the actual benefit plan document or policies, the actual benefit plan document or policies shall control.)*

**Level 1 employees should carefully review the other potential medical plan offerings though Foundation One before making a 2003 medical plan election!**

**This page has intentionally been left blank.**



**BlueCross BlueShield of Illinois**

## Summary of Benefits
## Option A

| Benefits | In-Network | Out-of-Network |
|---|---|---|
| **Annual Deductible** | | |
| Individual | $250 | $500 |
| Family | $750 | $1,500 |
| **Annual Out-of-Pocket Maximum[1]** | | |
| Individual | $750 excluding deductible | $1,500 excluding deductible |
| Family | $1,500 excluding deductible | $3,000 excluding deductible |
| **Pre-Existing Condition Limitation[2]** | Yes | Yes |
| **Lifetime Maximum** | $2,000,000 | $2,000,000 |

### Your Plan Pays

| | In-Network | Out-of-Network |
|---|---|---|
| **Office Visit** | | |
| Illness \ Injury | 90% after $15 per visit | 70%* |
| Allergy Treatment | 100% after $15 per visit | 70%* |
| **Preventive Care** | Limit: $500 per year | |
| Routine Preventive Care for Children (including immunizations) | 90% after $15 per visit, birth through age 2 | 70%*, birth through age 2 |
| Routine Preventive Care (including immunizations) | 90% after $15 per visit, up to $150 per year; 90% after deductible for x-ray/lab if billed by a separate facility | 70%*, up to $150 per year |
| Well Woman Care (including Pap Test) | 100% after $15 per visit; 90% after deductible for x-ray/lab if billed by a separate facility | 70%*, up to $150 per year |
| Mammograms | 100% after $15 per visit; 90% after deductible for x-ray/lab if billed by a separate facility | 70%* |
| **Independent X-Ray and Lab** | 90%* | 70%* |
| **Prescription Drugs[3]** | Provided through Medco | Provided through Medco |
| | Must go to Medco network pharmacy | Must go to Medco network pharmacy |
| **Emergency** | | |
| Doctor's Office | 100% after $15 per visit | 100% after $15 per visit |
| Emergency Room\Urgent Care Facility | 90%* | 70%* |
| Ambulance | 90%* | 70%* |
| | | Except if not a true emergency then 70%* |
| **Maternity** | | |
| Initial Visit to Confirm Pregnancy | 100% after $15 | 70%* |
| Delivery \ Prenatal \ Postnatal Visits | 90%* | 70%* |
| Hospital | 90%* | 70%* |
| **Hospital Inpatient** | 90%* | 70%* |
| Per admission deductible | $250 | $250 |
| Doctor Visits | 90%* | 70%* |
| Preadmission Testing | 90%* | 70%* |
| Preadmission Certification\Continued Stay Review[4] | Patient must get approval | Patient must get approval |
| **Outpatient Surgical Facility** | 90%* | 70%* |
| **Surgery** | | |
| Surgeon's Fees | 90%* | 70%* |
| Second Opinion Consultation | 100% after $15 per visit | 70%* |

 **BlueCross BlueShield of Illinois**

### Summary of Benefits
### Option A (continued)

| Benefits | In-Network | Out-of-Network |
|---|---|---|
| Infertility[5] | | |
| Office Visit | 100% after $15 per visit | 70%* |
| Surgery | 90%* | 70%* |
| **Outpatient Rehabilitation** | 100% after $15 per visit | 70%* |
| Includes Physical, Speech, Occupational and Chiropractic Therapy[6] | | |
| **Special Services** | | |
| Skilled Nursing Facility | 90%* up to 60 days per year | 70%* up to 60 days per year |
| Home Health Care | 90%* up to 40 visits per year | 70%* up to 40 visits per year |
| Hospice – Inpatient | 90%* | 70%* |
| Hospice – Outpatient | 90% | 70%* |
| **Durable Medical Equipment** | 90%* | 70%* |
| **External Prosthetic Appliances** | 90%* | 70%* |
| **Mental Health** | | |
| Inpatient | 90%*, up to 30 days per year | 70%*, up to 30 days per year |
| Outpatient | 50%*, up to 30 visits per year | 50%*, up to 30 visits per year |
| **Alcohol and Drug Abuse Rehabilitation** | | |
| Inpatient | 90%*, up to 30 days per year | 70%*, up to 30 days per year |
| Outpatient | 60%*, up to 30 visits per year | 50%*, up to 30 visits per year |
| **Group Therapy** | Subject to Mental Health, Alcohol or Drug Abuse outpatient maximums and limitations | Subject to Mental Health, Alcohol or Drug Ab outpatient maximums and limitations |

*Subject to Deductible

All plan deductibles, plan out-of-pocket maximums, and service specific maximums (dollar and occurrence) cross-accumulate between in-network an of-network unless otherwise noted.

Refer to numbered notations in Benefit Summary for cross-reference to the following notes.

1. Once the out-of-pocket maximum is reached the plan pays 100% of eligible charges for the remainder of the plan year, except for mental health and substance abuse treatment which will continue to be paid at the specified levels.
2. Coverage for the pre-existing condition is limited to $1,000 within one year of being continuously insured, unless the patient is treatment free for a 90-day period. Pre-existing condition applies to any condition treated within 90 days prior to effective date.
3. Prescription Drugs: Provided through Medco.
4. All inpatient hospital admissions require Pre-Admission Certification and Continued Stay Review. If your admission/stay is not authorized or if you do not follow advice given, there will be a $500 reduction of hospital benefits.
5. Infertility benefits are limited to services for testing, diagnosis, and corrective procedures only. Charges for, or in connection with in-vitro fertilization, artificial insemination, or any other similar procedure are not covered.
6. Speech therapy, which is not restorative, will not be covered.

A complete description regarding the terms of coverage, including legislative benefits and exclusions and limitations are provided in your plan descrip

APAC Customer Services, Inc. – 2003 Benefits Open Enrollm



**BlueCross BlueShield of Illinois**

## Summary of Benefits
## Option B

| Benefits | In-Network | Out-of-Network |
|---|---|---|
| **Annual Deductible** | | |
| Individual | $500 | $1,000 |
| Family | $1,500 | $3,000 |
| **Annual Out-of-Pocket Maximum[1]** | | |
| Individual | $1,500 excluding deductible | $3,000 excluding deductible |
| Family | $3,000 excluding deductible | $6,000 excluding deductible |
| **Pre-Existing Condition Limitation[2]** | Yes | Yes |
| **Lifetime Maximum** | $2,000,000 | $2,000,000 |

### Your Plan Pays

| | | |
|---|---|---|
| **Office Visit** | | |
| Illness \ Injury | 100% after $15 per visit | 60%* |
| Allergy Treatment | 100% after $15 per visit | 60%* |
| **Preventive Care** | Limit:  $500 per year | Limit:  $500 per year |
| Routine Preventive Care for Children (including immunizations) | 100% after $15 per visit, birth through age 2 | 60%*, birth through age 2 |
| Routine Preventive Care (including immunizations) | 100% after $15 per visit, up to $150 per year; 80% after deductible for x-ray/lab if billed by a separate facility | 60%*, up to $150 per year |
| Well Woman Care (including Pap Test) | 100% after $15 per visit; 80% after deductible for x-ray/lab if billed by a separate facility | 60%*, up to $150 per year |
| Mammograms | 100% after $15 per visit; 80% after deductible for x-ray/lab if billed by a separate facility | 60%* |
| **Independent X-Ray and Lab** | 80%* | 60%* |
| **Prescription Drugs[3]** | Provided through Medco Must go to Medco network pharmacy | Provided through Medco Must go to Medco network pharmacy |
| **Emergency** | | |
| Doctor's Office | 100% after $15 per visit | 100% after $15 per visit |
| Emergency Room\Urgent Care Facility | 80%* | 80%* |
| Ambulance | 80%* | 80%* Except if not a true emergency then 6( |
| **Maternity** | | |
| Initial Visit to Confirm Pregnancy | 100% after $15 | 60%* |
| Delivery \ Prenatal \ Postnatal Visits | 80%* | 60%* |
| Hospital | 80%* | 60%* |
| **Hospital Inpatient** | 80%* | 60%* |
| Per admission deductible | $300 | $300 |
| Doctor Visits | 80%* | 60%* |
| Preadmission Testing | 80%* | 60%* |
| Preadmission Certification\Continued Stay Review[4] | Patient must get approval | Patient must get approval |
| **Outpatient Surgical Facility** | 80%* | 60%* |
| **Surgery** | | |
| Surgeon's Fees | 80%* | 60%* |
| Second Opinion Consultation | 100% after $15 per visit | 60%* |



**BlueCross BlueShield of Illinois**

### Summary of Benefits
### Option B (continued)

| Benefits | In-Network | Out-of-Network |
|---|---|---|
| Infertility[5] | | |
| Office Visit | 100% after $15 per visit | 60%* |
| Surgery | 80%* | 60%* |
| *Outpatient Rehabilitation* | 100% after $15 per visit | 60%* |
| Includes Physical, Speech, Occupational and Chiropractic Therapy[6] | | |
| *Special Services* | | |
| Skilled Nursing Facility | 80%* up to 60 days per year | 60%* up to 60 days per year |
| Home Health Care | 80%* up to 40 visits per year | 60%* up to 40 visits per year |
| Hospice - Inpatient | 80%* | 60%* |
| Hospice - Outpatient | 80% | 60%* |
| *Durable Medical Equipment* | 80%* | 60%* |
| *External Prosthetic Appliances* | 80%* | 60%* |
| *Mental Health* | | |
| Inpatient | 80%*, up to 30 days per year | 60%*, up to 30 days per year |
| Outpatient | 50%*, up to 30 visits per year | 50%*, up to 30 visits per year |
| *Alcohol and Drug Abuse Rehabilitation* | | |
| Inpatient | 80%*, up to 30 days per year | 60%*, up to 30 days per year |
| Outpatient | 60%*, up to 30 visits per year | 50%*, up to 30 visits per year |
| *Group Therapy* | Subject to Mental Health, Alcohol or Drug Abuse outpatient maximums and limitations | Subject to Mental Health, Alcohol or Drug Abuse outpatient maximums and limitations |

*Subject to Deductible*

All plan deductibles, plan out-of-pocket maximums, and service specific maximums (dollar and occurrence) cross-accumulate between in-network and out-of-network unless otherwise noted.

Refer to numbered notations in Benefit Summary for cross-reference to the following notes.

1. Once the out-of-pocket maximum is reached the plan pays 100% of eligible charges for the remainder of the plan year, except for mental health and substance abuse treatment which will continue to be paid at the specified levels.
2. Coverage for the pre-existing condition is limited to $1,000 within one year of being continuously insured, unless the patient is treatment free for a 90-day period. Pre-existing condition applies to any condition within 90 days prior to effective date.
3. Prescription Drugs: Provided through Medco.
4. All inpatient hospital admissions require Pre-Admission Certification and Continued Stay Review. If your admission/stay is not authorized or if you do not follow advice given, there will be a $500 reduction of hospital benefits.
5. Infertility benefits are limited to services for testing, diagnosis, and corrective procedures only. Charges for, or in connection with in-vitro fertilization, artificial insemination, or any other similar procedure are not covered.
6. Speech therapy, which is not restorative, will not be covered.

A complete description regarding the terms of coverage, including legislative benefits and exclusions and limitations are provided in your plan description

 **BlueCross BlueShield of Illinois**

## Summary of Benefits
## Option C

| Benefits | In-Network | Out-of-Network |
|---|---|---|
| **Annual Deductible** | | |
| Individual | $1,000 | $3,000 |
| Family | $3,000 | $9,000 |
| **Annual Out-of-Pocket Maximum[1]** | | |
| Individual | $3,000 excluding deductible | $9,000 excluding deductible |
| Family | $9,000 excluding deductible | $18,000 excluding deductible |
| **Pre-Existing Condition Limitation[2]** | Yes | Yes |
| **Lifetime Maximum** | $2,000,000 | $2,000,000 |

## Your Plan Pays

| | | |
|---|---|---|
| **Office Visit** | | |
| Illness \ Injury | 100% after $15 per visit | 60%* |
| Allergy Treatment | 100% after $15 per visit | 60%* |
| **Preventive Care** | Limit: $500 per year | Limit: $500 per year |
| Routine Preventive Care for Children (including immunizations) | 100% after $15 per visit, birth through age 2 | 60%*, birth through age 2 |
| Routine Preventive Care (including immunizations) | 100% after $15 per visit, up to $150 per year; 80% after deductible for x-ray/lab if billed by a separate facility | 60%*, up to $150 per year |
| Well Woman Care (including Pap Test) | 100% after $15 per visit; 80% after deductible for x-ray/lab if billed by a separate facility | 60%*, up to $150 per year |
| Mammograms | 100% after $15 per visit; 80% after deductible for x-ray/lab if billed by a separate facility | 60%* |
| **Independent X-Ray and Lab** | 80%* | 60%* |
| **Prescription Drugs[3]** | Provided through Medco<br>Must go to Medco network pharmacy | Provided through Medco<br>Must go to Medco network pharmacy |
| **Emergency** | | |
| Doctor's Office | 100% after $15 per visit | 100% after $15 per visit |
| Emergency Room\Urgent Care Facility | 80%* | 80%* |
| Ambulance | 80%* | 80%*<br>Except if not a true emergency then 60%* |
| **Maternity** | | |
| Initial Visit to Confirm Pregnancy | 100% after $15 | 60%* |
| Delivery \ Prenatal \ Postnatal Visits | 80%* | 60%* |
| Hospital | 80%* | 60%* |
| **Hospital Inpatient** | 80%* | 60%* |
| Per admission deductible | $300 | $300 |
| Doctor Visits | 80%* | 60%* |
| Preadmission Testing | 80%* | 60%* |
| Preadmission Certification\Continued Stay Review[4] | Patient must get approval | Patient must get approval |
| **Outpatient Surgical Facility** | 80%* | 60%* |
| **Surgery** | | |
| Surgeon's Fees | 80%* | 60%* |
| Second Opinion Consultation | 100% after $15 per visit | 60%* |

 **BlueCross BlueShield of Illinois**

## Summary of Benefits
## Option C (continued)

| Benefits | In-Network | Out-of-Network |
|---|---|---|
| Infertility[5] | | |
| Office Visit | 100% after $15 per visit | 60%* |
| Surgery | 80%* | 60%* |
| **Outpatient Rehabilitation** | 100% after $15 per visit | 60%* |
| Includes Physical, Speech, Occupational and Chiropractic Therapy[6] | | |
| **Special Services** | | |
| Skilled Nursing Facility | 80%* up to 60 days per year | 60%* up to 60 days per year |
| Home Health Care | 80%* up to 40 visits per year | 60%* up to 40 visits per year |
| Hospice – Inpatient | 80%* | 60%* |
| Hospice – Outpatient | 80% | 60%* |
| **Durable Medical Equipment** | 80%* | 60%* |
| **External Prosthetic Appliances** | 80%* | 60%* |
| **Mental Health** | | |
| Inpatient | 80%*, up to 30 days per year | 60%*, up to 30 days per year |
| Outpatient | 50%*, up to 30 visits per year | 50%*, up to 30 visits per year |
| **Alcohol and Drug Abuse Rehabilitation** | | |
| Inpatient | 80%*, up to 30 days per year | 60%*, up to 30 days per year |
| Outpatient | 60%*, up to 30 visits per year | 50%*, up to 30 visits per year |
| **Group Therapy** | Subject to Mental Health, Alcohol or Drug Abuse outpatient maximums and limitations | Subject to Mental Health, Alcohol or Drug Abuse outpatient maximums and limitations |

*Subject to Deductible

All plan deductibles, plan out-of-pocket maximums, and service specific maximums (dollar and occurrence) cross-accumulate between in-network and out-of-network unless otherwise noted.

Refer to numbered notations in Benefit Summary for cross-reference to the following notes.

1. Once the out-of-pocket maximum is reached the plan pays 100% of eligible charges for the remainder of the plan year,
   except for mental health and substance abuse treatment which will continue to be paid at the specified levels.
2. Coverage for the pre-existing condition is limited to $1,000 within one year of being continuously insured, unless the patient
   is treatment free for a 90-day period.  Pre-existing condition applies to any condition treated within 90 days prior to effective date.
3. Prescription Drugs: Provided through Medco.
4. All inpatient hospital admissions require Pre-Admission Certification and Continued Stay Review.
   If your admission/stay is not authorized or if you do not follow advice given, there will be a $500 reduction of hospital benefits.
5. Infertility benefits are limited to services for testing, diagnosis, and corrective procedures only.
   Charges for, or in connection with in-vitro fertilization, artificial insemination, or any other similar procedure are not covered.
6. Speech therapy, which is not restorative, will not be covered.

A complete description regarding the terms of coverage, including legislative benefits and exclusions and limitations are provided in your plan description.

*Medical Plan Price Tags – 2003*

**BlueCross BlueShield Offerings (Level 1 and Level 2 employees)**

| Person(s) Covered | Plan Elected – Rates per Pay Period | | |
|---|---|---|---|
| | Option A | Option B | Option C |
| *Employee* | $37.00 | $27.00 | $15.00 |
| *Employee/Spouse* | $123.00 | $103.00 | $50.00 |
| *Employee/Dependents* | $113.00 | $93.00 | $40.00 |
| *Family* | $183.00 | $143.00 | $80.00 |

*Transition Care – CIGNA to BlueCross BlueShield*

In the event you are in the process of a long-term medical treatment program as we transition to BlueCross BlueShield, you should first determine if your current provider is part of the BlueCross BlueShield PPO network If so, you can continue the treatment program without taking any further steps.  Examples of long-term treatmen programs include, but are not limited to:  home health care, physical therapy, occupational therapy, inpatient hospital care, post-operative follow up care, obstetrical care, kidney dialysis, cardiac rehabilitation and chemotherapy.

If your current provider is not part of the BlueCross BlueShield PPO network, you will be required to complete Transition Care Form during the month of December.  The goal is to move your treatment in-network as soon as possible without compromising the care you are receiving.  Under certain circumstances, you may be able to ful complete your treatment cycle with your current provider.  Once approved, any transition charges will be considered as if in-network for their duration.

Look for further communication during the month of December regarding transition care.

## Prescription Drug Program

You and your covered dependents will be enrolled in the Medco prescription drug program automatically if you choose one of the BlueCross BlueShield PPO plans. Once you are enrolled, you will receive a prescription card to present each time you fill a prescription at a participating pharmacy. You will also be provided a complete description of the features of the Medco program.

The advantages of Medco include:

- Selection through a network of more than 56,000 pharmacies nationwide
- Convenient mail-service pharmacies for easy prescription refills
- Internet services (www.medco.com)
- Round-the-clock clinical hotline for patients
- Access to a sophisticated drug interaction alert system

To find a participating pharmacy near you, look in the Medco directory that will accompany your identification card or search on the Internet at www.medco.com. For your convenience, a listing of participating pharmacy chains has been provided in this booklet. You can also ask your pharmacist if he/she participates in the network. **Remember, you must use a network pharmacy to receive benefits.**

Individuals requiring maintenance prescriptions will find it convenient and more cost-effective to obtain prescriptions via the mail order process. To start, your physician may write a 30-day prescription to be filled at the pharmacy; your longer term needs (up to 90 days at a time) can be satisfied much more economically through the mail. Refer to the materials sent directly to your home by Medco for more details on this process.

### Prescription Co pay Summary

Although prescription costs are rising at 18% per year, our pharmacy and mail order co pays will remain unchanged from 2002!

| Plan Feature | At the Pharmacy | Through Mail Order |
|---|---|---|
| *Generic Prescription* | $10 | $20 |
| *Brand Prescription* | $20 | $40 |
| *Supply Received* | 30-day supply | Up to a 90-day supply |

## Medco Participating Chains

**A**
A&P
Abco Markets
Acme Pharmacy
Albertson's
Allscripts
American Drug Stores
Anchor Pharmacies
Arrow Prescription Center
Aurora  Pharmacies

**B**
Bakers Supermarkets
Bartell Drug
Bel Air
Bi Lo
Bi-Mart
Big Bear Stores
Big V Supermarkets
Brookshire Brothers
Brookshire Grocery Co
Brown & Cole
Bruno's Supermarkets
Bvnj Partnership

**C**
Carle Rx Express
Carr-Gottstein Foods
City Market
Community Distributors
Community Pharmacies
Concord Pharmacy Svcs
Copps
Costco Co
CVS

**D**
D&W Food Centers
Dahl's Food Markets
Dierbergs Family Markets
Dillon Stores
Discount Drug Mart
Docs Drugs
Dominicks Finer Foods
Drug Emporium
Duane Reade
Duluth Clinic Pharmacies

**E**
Eagle Food Centers
Eckerd

**F**
Fairview Hosp & Hlthcare
Farm Fresh
Farmer Jack
Fedco Pharmacies
Fleming Companies
Foodarama Supermarkets
Foodmart
Fred Meyer
Fred's
Friendly Hills Healthcare
Fruth
Frys Food & Drug Az
Furrs Supermarkets

**G**
Gavin Herbert
Gemmel Pharmacy Group
Genovese Drug Stores
Giant Eagle
Giant Foods
Golub
Grand Union

**H**
H E B Grocery
Haggen/Top Food & Drug
Hannaford Bros
Happy Harry
Harco Drugs
Harp's Food Stores
Hart Stores
Harvard Pilgrim Health Care
Healthpartners
Henry Ford Health System
Hi-School Pharmacies
Homeland Stores
Horizon Pharmacies
Hy-Vee Stores

**I**
Insera Spmkts/Shoprite
Integrity Healthcare Svcs

**K**
K&B
K-Va-T Food Stores
Kelsey-Seybold
Kerr Drug
Keystone Pharmacies
King Soopers Pharmacies
Kinney Drugs
Kmart
Knight Drugs
Kohl's Group
Kroger

**L**
Lewis Drugs
Long Drug Stores

**M**
Marc Glassman
Marsh Drugs
Marshfield Clinic
Maxi Drugs
Mays Drug Stores
Med-X
Medic Drugs
Medicap Pharmacies
Mediserv
Medistat Pharmacies
Meijer
Metro/Shoppers Supermarkets
Minyard Food Stores

**N**
Navarro Dscnt Pharmacies
Neighborcare Pharmacies

**O**
Osco Drug Stores

**P**
P & C Food Markets
Pamida Pharmacy
Pathmark Stores
Perry Drug Stores
Phar-Mor
Pharmerica
Planned Parenthood
Price Chopper/Hen House
Publix Super Markets

**Q**
Quality Food Centers
Quality Markets
Quick Chek Food Stores

**R**
Raleys Drugs
Randalls Food & Drug
Rite Aid
Riverside Division-
Ronetco Supermarkets
Rosauers Supermarkets
Rotech Medical Corp
Rxd Pharmacies

**S**
Safeway
Save Mart Supermarkets
Schnuck Markets
Seaway
Shaws Supermarkets
Shopko Stores
Shoprite Supermarkets
Smith's Food & Drug Ctrs
Snyder Drug Stores
Snyders Drug Stores
Stop & Shop Supermarkets
Super D Drugs
Super Fresh Food
Supermarket Investors
Supervalu Pharmacies

**T**
Talbert Health Svcs Corp
Target Stores
Texas Drug Warehouse
Thriftway
Thrifty
Thrifty Jr Drug Stores
Thrifty White Stores
Times Supermarket
Tom Thumb Food & Pharmacy
Tops Markets
Twin Knolls Pharmacies

**U**
Ukrop's Super Markets
Usa Drugs

**V**
Village Supermarkets
Vons Companies

**W**
Wakefern Foods
Wal-Mart Pharmacies
Waldbaums
Walgreens
Wegmans Food Markets
Weis Markets
Winn Dixie Stores

**Z**
Zallie Supermarkets

## *Foundation One Medical Plans*

Level 1 employees will also have the option of selecting from two limited medical plan offerings (Gold or Silver) being provided by Foundation One Insurance Services, Ltd.! These plans differ from the BlueCross BlueShield PPO plans in that the Foundation One plans are designed around typical nationwide utilization of health services. Therefore, each category of services, such as office visits, prescriptions, inpatient benefits, etc. carries a specific limitation that applies to each family member covered under the plan. Once that limit is reached, the plan pays no further benefits in that category for the remainder of the plan year.

The Foundation One plans are extremely easy to understand and administer. The best feature is the **immediate** access to benefits— there are no deductibles, no co pays and no co-insurance! Additionally, the Foundation One offerings are significantly less costly than the BlueCross BlueShield PPO plans. It is important, however, to consider the benefits being provided and to determine whether or not this design is a good "fit" for you and your family. Take time to review and consider the questions included in the Introduction section of this workbook.

Additionally, it is important to note:

- Continued participation in either the Gold or Silver plan will **not** be affected by the Average Hours process as of 2003.

- Your premiums will be taken on an after-tax basis. Therefore, you may drop your Foundation One coverage at any time. However, if you do so, you may not re-enter the plan for 24 months without a qualifying event.

A complete description of the Gold and Silver plans offered in 2003 through Foundation One can be found in a separate brochure which accompanies this 2003 open enrollment workbook. If you have additional questions regarding these plans, please feel free to call Foundation One directly at the following toll-free number, **1-877-712-4004**. Business hours are 8:00 a.m. – 5:00 p.m., Monday through Friday, Central Standard Time. Be certain to identify yourself as an employee of APAC Customer Services, Inc. when you make the call!

APAC Customer Services, Inc. – 2003 Benefits Open Enrollment

## Medical Plan Price Tags – 2003

**Foundation One Offerings (Level 1 employees only)**

| Person(s) Covered | Plan Elected – Rates per Pay Period | |
| --- | --- | --- |
| | Silver Plan | Gold Plan |
| *Employee* | $8.00 | $10.00 |
| *Employee plus one dependent (1)* | $20.00 | $25.00 |
| *Family (2)* | $25.00 | $40.00 |

(1) *may include employee plus spouse, or employee employee plus one dependent child*
(2) *"family" includes any combination of three or more covered individuals.*

Comparison to the BlueCross BlueShield PPO rates for 2003 can be made on the chart below. All Price Tags are expressed **per pay period**.

**It is important to carefully review the details of each plan offering and not just Price Tags in order to select the plan which best satisfies your personal needs for 2003!**

| Person(s) Covered | BlueCross BlueShield Option A | BlueCross BlueShield Option B | BlueCross BlueShield Option C | Foundation One Gold | Foundation One Silver |
| --- | --- | --- | --- | --- | --- |
| *Employee* | $37.00 | $27.00 | $15.00 | $10.00 | $8.00 |
| *Employee/Spouse* | $123.00 | $103.00 | $50.00 | ———— | ———— |
| *Employee + 1* | ———— | ———— | ———— | $25.00 | $20.00 |
| *Employee/Dependents* | $113.00 | $93.00 | $40.00 | ———— | ———— |
| *Family* | $183.00 | $143.00 | $80.00 | $40.00 | $25.00 |

## Dental Plan

Effective January 1, 2003, APAC Customer Services will also offer its dental plan coverage through BlueCross BlueShield!  The dental plan will help you maintain healthy teeth and gums, and may help you to catch potential problems before they progress to a more serious and costly stage.  It allows you to visit any dentist you wish and covers 100 percent of most expenses related to preventive care and a specific portion of other covered services depending on the category.

**The annual maximum for dental benefits per person has been increased from $1,000 to $1,500 as of January 1, 2003!  Additionally, the lifetime orthodontia maximum has also been increased from $1,000 to $1,500!**

Our dental plan still features a passive PPO feature.  Each time you need dental care, you see the provider of your choice.  Although you'll receive the same level of benefits regardless of what dentist you see, you are assured that your provider's rates will not exceed reasonable and customary (R&C) charges when you see a PPO practitioner.  That means that the balance of any expenses not covered at 100 percent—costs you pay out of your own pocket—may be lower if you seek care within the PPO.  Additionally, claims will be filed by the PPO practitioner on your behalf, relieving you of the paperwork!  Visit BlueCross BlueShield's website (www.dnoa.com) for a listing of network dentists.

### Plan Coverage

| Provision | Coverage |
|---|---|
| *Deductible (does not apply to preventive care)* | $50 individual <br> $150 family |
| *Preventive (Class I) Services* | 100%, not subject to deductible (examples – oral exams, fluoride applications, cleanings, sealants, x-rays, space maintainers, emergency care to relieve pain) |
| *Basic (Class II) Services* | 80%, after deductible <br><br> *(examples – fillings, denture adjustments and repairs, root canal therapy, extractions, osseous surgery, anesthetics, periodontal scaling and root planing, oral surgery)* |
| *Major (Class III) Services* | 50%, after deductible <br><br> *(examples – crowns, bridges, dentures)* |
| *Orthodontia (Class IV) Services* | 50%, after deductible *(up to age 19 only)* |
| *Annual Maximum Benefit* | $1,500 per person |
| *Maximum Lifetime Orthodontia Benefit* | $1,500 per person |

### Dental Plan Price Tags - 2003

| Person(s) Covered | Rates Per Pay Period |
|---|---|
| *Employee* | $4.50 |
| *Employee and Spouse* | $11.50 |
| *Employee and Child(ren)* | $11.00 |
| *Family (Employee, Spouse, and Child(ren)* | $20.00 |

## *Flexible Spending Accounts*

APAC Customer Services offers two flexible spending accounts: a Health Care Spending Account and a Dependent Care Spending Account.  You can participate in one, both, or neither.  Your flexible spending accounts allow you to pay for certain health costs not covered by your medical or dental plan, like deductibles.  They also allow you to pay for your dependent day care expenses.

When you participate in these plans, you set aside pre-tax dollars from each paycheck.  Then, when you have an eligible expense that is not reimbursed by any health care plan, you file a claim and get reimbursed with the pre-tax dollars you've saved.  You can receive reimbursement for any eligible expenses for you and your dependents—even if you or your dependents are not covered under the APAC health care plans.

The money you contribute to your flexible spending accounts is deducted from your pay before taxes are withheld, so your taxable pay is lowered and you pay less in taxes now.  Plus, you never have to pay federal, Social Security, and, in most cases, state or local taxes on the money you put into your accounts.

It's important to estimate your reimbursed health and dependent care expenses for 2003 carefully before you decide how much to contribute to the account.  Keep in mind that dependent health care expenses are not eligible for reimbursement from a dependent care spending account.  Also, you cannot transfer amounts in your health care spending account to your dependent care spending account and vice versa.  The Tax Rules state that you must use the entire amount in your account by the end of the year.  Any money remaining in your account after you've submitted all eligible expenses for the year is forfeited, or lost.  You have until March 31 of the following year to submit claims for reimbursement.

Expenses submitted for reimbursement must be incurred during the time the coverage is in effect.  Individuals who are employed by APAC for the entire 2003 calendar year can submit expenses incurred from January 1, 2003 through December 31, 2003.  However, if your employment terminates prior to year end, you will only be able to submit expenses incurred from January 1, 2003 through your termination date (although you may elect to continue funding your healthcare flexible spending account on an after-tax basis through the COBRA process).

### *How Flexible Spending Accounts Save You Taxes/Increase Your Take Home Pay*
Take a close look at this example with and without a flexible spending account.

|  | *With a Spending Account* | *Without a Spending Account* |
|---|---|---|
| **Annual Earnings** | $30,000 | $30,000 |
| *Before-tax Contributions to Account* | -$1,000 | -$0 |
| *Taxable Earnings* | $29,000 | $30,000 |
| *Estimated Federal Taxes* | $3,244 | $3,401 |
| *Earnings After Taxes* | $25,756 | $26,559 |
| *After Tax Expenses* | -$0 | -$1,000 |
| *Take-Home Pay* | $25,756 | $25,599 |
| **Your Increased Take-Home Pay** | **$197** | **$0** |
| **Your Tax Savings** | **$157** | **$0** |

Note: This example assumes the employee is married, files a joint tax return, claims two exemptions, takes the standard deduction, and has no other income.  This example is based on 2001 federal income tax rates.  Individual tax situations vary; see your tax advisor for an estimate of your personal savings.

*App 110*

## Health Care Spending Accounts

The health care spending account lets you set aside $260 to $2,500 *(increased from a $1,200 maximum in 2002!)* in pre-tax money each year and then reimburse yourself with these tax-free dollars.  When you have an eligible expense, you simply file a claim with proof of payment for reimbursement.

## Eligible and Ineligible Expenses for Health Care Accounts

The Internal Revenue Service determines which expenses are eligible for reimbursement under health care spending accounts.  The table below provides representative lists of eligible and ineligible expenses. For further detail, refer to IRS Publication 502 (available through the IRS website, www.irs.gov) or call PayFlex, APAC's flexible spending account administrator, at 1-800-284-4885 with specific questions.

| Eligible Expenses | | Ineligible Expenses |
|---|---|---|
| <ul><li>Acupuncture</li><li>Alcoholism/drug dependence treatment</li><li>Ambulance service artificial limbs</li><li>Birth control pills</li><li>Braces</li><li>Braille books/ magazines</li><li>Car adaptations/ controls for the handicapped</li><li>Chiropractors</li><li>Christian Science practitioners' fees</li><li>Co-insurance amounts</li><li>Contact lenses</li><li>Crutches</li><li>Deductibles you pay for health care</li><li>Dental fees</li><li>Dentures</li><li>Diagnostic fees</li></ul> | <ul><li>Eye examinations</li><li>Eyeglasses (including prescribed sunglasses)</li><li>Hearing devices and batteries</li><li>Insulin</li><li>Lab fees</li><li>Lasik surgery</li><li>Treatment/ training/ special homes for mentally handicapped care</li><li>Nursing home care for medical treatment</li><li>Optometrists</li><li>Orthopedic shoes</li><li>Psychiatric care</li><li>Routine physicals/other non-diagnostic services</li><li>Seeing-eye dog and its upkeep</li></ul><ul><li>Special education for the blind</li><li>Special plumbing for the handicapped</li><li>Sterilization fees</li><li>Syringes/needles/ injections</li><li>Telephone (special for the deaf)</li><li>Therapy treatments</li><li>Transplants (organ)</li><li>Tuition at special school or tutoring for learning disabled / handicapped</li><li>Vitamins by prescription</li><li>Wheelchairs</li><li>Wigs prescribed by physician</li><li>X-rays</li></ul> | <ul><li>Cosmetic surgery</li><li>Expenses reimbursed by any other health care plan</li><li>Health club memberships</li><li>Over-the-counter drugs</li><li>Personal care items</li><li>Premiums for health care coverage</li></ul> |

## *Planning Your Health Care Spending Account*

This worksheet can help you determine the amount you should contribute to your health care flexible spending account.  If this is your first year participating in flexible spending accounts, consider estimating your expenses conservatively to avoid forfeiting any balance left over in your account at the end of the year.

| Sample Expenses | Estimated annual health care expenses for you - 2003 | Estimated annual health care expenses for your dependents – 2003 |
|---|---|---|
| *Medical plan deductible* | $ | $ |
| *Coinsurance under the medical plan* | $ | $ |
| *Dental plan deductible* | $ | $ |
| *Coinsurance under the dental plan* | $ | $ |
| *Hearing aids* | $ | $ |
| *Other reimbursed eligible health care expenses* | $ | $ |
| *Subtotals* | $ | $ |
| *Total* | $ | $ |

## *Dependent Care Spending Accounts*

The dependent care spending account helps you pay for the care of a dependent child(ren) an/or adult(s)--including care in a nursery school or home care for a disabled parent—so that you and, if you are married, your spouse can go to work.  You may also be reimbursed for child and/or elder care needed for your eligible dependents because you work and your spouse is a full-time student for at least five months a year, or is totally disabled.

The dependent care spending account lets you set aside from $260 to $5,000 in pre-tax money each year and then reimburse yourself with these tax-free dollars.  When you have an eligible expense, you simply file a claim with proof of payment for reimbursement.  Keep in mind that you must provide the name, address, and Social Security number or tax identification number of any child/elder care provider you use.  Otherwise, any expenses related to that provider will not be reimbursed.

Your total contribution to the dependent care spending account cannot equal more than you or your spouse's income.  Additionally, your individual contributions are limited by law to $2,500 a year, or $5,000 a year if you are married and filing jointly.

### Eligible and Ineligible Expenses for Dependent Care Accounts

The IRS determines which expenses are eligible for reimbursement under the dependent care spending accounts. The following table provides a partial list of eligible expenses. For a complete list, see IRS Publication 502 (available through the IRS website, www.irs.gov).

| Eligible Expenses | Ineligible Expenses |
|---|---|
| • After-school programs<br><br>• Baby-sitters inside or outside your home<br><br>• Day camps which comply with governmental requirements<br><br>• FICA and other taxes you pay on behalf of a day care provider<br><br>• Household services related to the care of an elderly or disabled dependent adult who lives with you<br><br>• Licensed nursery schools<br><br>• Qualified child care or adult day care centers | • Expenses for which the Federal Child Care Tax Credit is taken<br><br>• Payments made to your child under the age of 19 or someone you claim as a dependent on your income tax return<br><br>• Payments made to convalescent nursing homes<br><br>• Payments made to sleep-away or overnight camps<br><br>• Tuition fees for private or boarding schools |

### Planning Your Dependent Care Spending Account

This worksheet can help you determine the amount you should contribute to your dependent care flexible spending accounts. If this is your first year participating in flexible spending accounts, consider estimating your expenses conservatively to avoid forfeiting any balance left over in your account at the end of the year.

| Sample Expenses | Estimated cost for 2003 |
|---|---|
| Baby sitters | $ |
| Day camp | $ |
| Day care | $ |
| Nursery School | $ |
| Other eligible expenses | $ |
| Subtotals | $ |
| Total | $ |

## *PS Protector Plan (UNUM)*

APAC will continue to offer the PS Protector Wage Protection Plan **(for Level 1 employees only)** for the 2003 plan year.  Provided through UNUM, the PS Protector Plan will provide salary replacement during periods of illness or injury after a fourteen (14) day elimination period.  You create the level of coverage which best meets your personal needs:

- ✓ The minimum monthly benefit is $400.
- ✓ You determine the monthly maximum benefit, in $100 increments, up to 50% of your current base salary.
- ✓ You also determine the duration of the benefit -- either six or twelve months.
- ✓ Your premium is dependent upon the level and duration of coverage you elect, as well as by your age at the time of original election.
- ✓ Once this coverage is elected, your premium will not be adjusted in future years for age.

**Enrollment in the PS Protector Plan will not be part of the internal APAC open enrollment IVR process.**   A detailed brochure will be provided to all eligible employees late November/early December regarding the plan and its enrollment process, which will occur through a separate toll-free enrollment line.   Be advised:

- ✓ If you are already enrolled in this benefit and do not wish to change your current level of coverage, no action need be taken.

- ✓ For those who are currently not enrolled in the plan, ask yourself whether or not you could do without pay replacement if your become ill or injured!  This plan is very affordable and provides a level of coverage that can be customized to meet your personal requirements!

**Be on the look out for additional information on the PS Protector Plan!  All Level 1 employees are strongly encouraged to call the provided telephone number later this year to receive additional information and enrollment instructions.**

## Supplemental Term Life Insurance

As of January 1, 2003, Fort Dearborn Life Insurance Company (FDL) will provide APAC's basic and supplemental term life insurance plans.  Only our carrier is changing-- the overall plan design will remain unchanged from prior years!

### About Our Carrier
Fort Dearborn is a wholly owned subsidiary of Health Care Service Corporation (HCSC), the largest health care insurance provider in the state of Illinois.  Since 1969, Fort Dearborn has continued to evolve and grow.  Licensed in 49 states, the District of Columbia and both the U.S. and British Virgin Islands, Fort Dearborn proudly ranks among the top group life companies in the nation and is a member of the Preferred Financial Group companies.  The life companies that form the Preferred Financial Group (PFG) companies are Fort Dearborn Life, Group Life and Health (FDL's Texas Division), Medical Life and Colorado Bankers Life.  Together they rank 12th nationally in terms of in-force group life volume.

It is important to review the financial strength and stability of the insurance company backing your insurance policy.  Fort Dearborn Life Insurance Company's strong ratings by independent insurance analysts are the cornerstone on which its national reputation is built.  The A.M. Best Company has consistently rated Fort Dearborn **"A" (Excellent)** for financial condition and operating performance.  Standard & Poor's rates Fort Dearborn **"A" (Strong)** for its financial strength, citing its good capitalization and excellent portfolio!

Life insurance provides protection to those who depend on you financially.  Even if you have declined our medical plan, you may enroll in our supplemental term life insurance program.  Supplemental term life insurance provides more extensive benefits than APAC Customer Services' basic life insurance plan, but does so at your cost.

When you purchase employee supplemental life insurance, you may elect coverage based on increments of your annual salary.  You may set your benefits at one, two three, four or five times your annual salary.  The maximum coverage available is five times your annual salary, to a maximum of $500,000.

In making the decision to buy or decline employee supplemental life insurance, consider who is financially dependent on you, how long they will need assistance, and what other income sources (wages, social security, savings, etc.) they have if you die.  If you want supplemental coverage for either your spouse and/or child/ren, it is mandatory that you enroll in this plan.

You may also enroll in supplemental term life insurance for your spouse, available in increments of $10,000, to a maximum of $150,000.  Additionally, supplemental term life insurance is available for your child/ren in increments of $2,000, to a maximum of $10,000.

### Qualifying for Coverage – Employee

#### Renewing Your Enrollment
If you elected coverage under this plan in 2002 and you choose to keep the same level of coverage in 2003, evidence of insurability will not be required.

### If You Were Not Enrolled Last Year

If you have never enrolled for our supplemental life insurance program, you will be required to provide evidence of insurability. This means that you must be able to provide that you are in good health. Your coverage will become effective the date the insurance company approves your application, and premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval.

### Increasing Your Coverage for 2003

If you enrolled for coverage in 2002 and now wish to increase your coverage level for 2003, you may do so by one increment of your annual base salary, up to $50,000, without evidence of insurability.

Any increase in volume exceeding $50,000 will require evidence of insurability. Your increased life volume will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval. Until 2003 approval is granted, your 2002 volume will remain intact.

## Qualifying for Coverage – Spouse

Remember that in order to cover your spouse, you as the employee must be enrolled in the supplemental term life insurance plan. Your spouse's life insurance volume may never exceed 50% of your employee **combined** basic and supplemental life insurance volumes.

### Renewing Your Spouse's Enrollment

If you elected coverage for your spouse under this plan in 2002 and you choose to keep the same level of coverage in 2003, evidence of insurability will not be required.

### If Your Spouse Was Not Enrolled Last Year

If you have never enrolled your spouse in our supplemental life insurance program, you will be required to provide evidence of insurability. This means that you must be able to provide that your spouse is in good health. Your spouse's coverage will become effective the date the insurance company approves your application, and premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval.

### Increasing Your Spouse's Coverage for 2003

If you enrolled your spouse for coverage in 2002 and now wish to increase your coverage level for 2003, you may do so by one increment of $10,000 without evidence of insurability.

Any increase in volume exceeding $10,000 will require evidence of insurability. Your spouse's increased life volume will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval. Until 2003 approval is granted, your spouse's 2002 volume will remain intact.

## Qualifying for Coverage – Child/ren

Remember that in order to cover your child/ren, you as the employee must be enrolled in the supplemental term life insurance plan. One premium covers all dependent children.

### Renewing Your Child/rens' Enrollment

If you elected coverage for your child/ren under this plan in 2002 and you choose to keep the same level of coverage in 2003, evidence of insurability will not be required.

### If Your Child/ren Were Not Enrolled Last Year

If you have never enrolled your child/ren in our supplemental life insurance program, you will be required to provide evidence of insurability. This means that you must be able to provide that he/she/they are in good health. Your child/ren's coverage will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval.

### Increasing Your Child/ren's Coverage for 2003

If you enrolled your child/ren for coverage in 2002 and now wish to increase your coverage level for 2003, you may do so by one increment of $2,000 without evidence of insurability.

Any increase in volume exceeding $2,000 will require evidence of insurability. Your child/ren's increased life volume will become effective the date the insurance company approves your application, and revised premiums will be deducted from your paycheck once the Corporate Benefits Department receives approval. Until 2003 approval is granted, your child/ren's 2002 volume will remain intact.

**If Evidence of Insurability (EOI) is required for any supplemental term life election for the 2003 plan year, you will be provided the appropriate form by the Corporate Benefits Department after the open enrollment period has closed. Specific deadlines will be established and communicated for completion and return of the EOI form.**

### Supplemental Insurance Plan Rates

Please refer to the chart below to find the per-pay-period rate per $10,000 units of coverage for you and your spouse. Rates for children are based on $2,000 units of coverage. **Please note that these rates are unchanged from 2002! Actual pay per period costs will be calculated based on ages/salary rates as of January, 2003.**

| Age | Employee | Spouse |
|---|---|---|
| Under 20 | $.37 | $.28 |
| 20-24 | $.37 | $.32 |
| 24-29 | $.37 | $.36 |
| 30-34 | $.46 | $.37 |
| 35-39 | $.69 | $.42 |
| 40-44 | $.88 | $.51 |
| 45-49 | $1.48 | $1.20 |
| 50-54 | $2.40 | $2.21 |
| 55-59 | $3.37 | $3.46 |
| 60-64 | $7.11 | $5.40 |
| 65-69 | $11.58 | $9.46 |
| 70-74 | $14.08 | $15.00 |
| 75-79 | $20.40 | |
| 80+ | $30.60 | |
| Children - $.12 per $2000 | | |

App. 117

## Enrollment Instructions

Now that you have reviewed all of the plans being offered during this open enrollment period, it is time to finalize your elections through the Interactive Voice Response system, or IVR. Remember that you are required to enroll through the IVR even if your intent is to elect the identical benefits you currently have.

---

**If you do not register plan year 2003 benefit elections through the IVR by the October 31, 2002 deadline, your current coverage(s) will expire as of December 31, 2001.**

---

### The IVR will be open
### October 21 through October 31, 2002.

1. Determine your 2003 benefit elections and mark them on your benefits statement.
2. Call **1-800-651-1465** for access to the enrollment IVR.   It is strongly suggested that you avoid the use of any sort of cellular telephone to maximize the clarity of the connection and your ability to hear the script effectively.
3. Enter your Social Security Number and PIN from your 2002 benefits summary statement.
4. Listen carefully to the IVR script.  The process is very thorough and logical, and will take several minutes to complete thoroughly.   Please note:

   ➢ You will be able to review your current (2002) benefit elections via the IVR.

   ➢ As benefit offerings have changed significantly from the 2002 plan year, an "express enrollment" option will not be provided.  You will need to elect each coverage you require for the 2003 plan year.

   ➢ *Express cancellation of all 2002 benefit elections (which will end all existing coverages as of December 31, 2002) is available.*

   ➢ If you need to make changes or enroll in benefits for the first time, you will need to enter all elections individually.

   ➢ After you have entered all of your elections to your satisfaction, you must approve the process.   You will be provided with a confirmation number to be recorded for future reference and to ensure coverage for the 2003 plan year.

5. **If you do not remain on the telephone long enough to receive a confirmation number, your elections will not be saved.  You will need to call the IVR again to record your 2003 elections.**

### Congratulations!

### You have successfully enrolled in APAC benefits for the 2003 plan year!

## Confirming or Changing 2003 Elections

### 2003 Changes on or before October 31, 2002

If you would like to make changes to your already processed 2003 elections on or before October 31, you must once again call the IVR Enrollment Line at **1-800-651-1465**. Please ensure that you remain on the line the sufficient amount of time to secure your second confirmation number. Your latest election recorded as of midnight, October 31, 2002 will appear on your confirmation statement.

### 2003 Changes following Confirmation Statement

A 2003 confirmation statement for eligible employee will be generated and returned to your Human Resources representative on or about November 12, 2002. If the confirmation statement accurately reflects your elections for 2003, no further action needs to be taken.

If you determine changes are required, a **second IVR** will be open during the period of **November 15 – November 19, 2002**. You may call the same toll-free number, **1-800-651-1465** and record your changes. A second (and final) confirmation statement will be provided on or about November 25, 2002, but only to those individuals who recorded changes during the second IVR process.

Additionally,

- Any individual requesting dependent coverage for the first time under any of the medical plans or the dental plan will be provided a dependent form to complete.   It is critical that you complete this form and return it to your local human resources representative as quickly as possible. We need to record your dependent information in order to notify the respective carriers who is to be covered under our offerings.

- Any individual requiring Evidence of Insurability (EOI) as a result of 2003 elections under the Supplemental Term Life Insurance plan will be provided the appropriate form at the time confirmation statements are distributed. The EOI form must be completed and returned to your local Human Resources representative by the stipulated deadline in order to be considered for underwriting by the carrier. The deadline will be specifically communicated at the appropriate time.

**THERE WILL BE NO EXCEPTIONS TO THIS PROCESS – DEADLINES WILL BE CLEARLY COMMUNICATED AND CONSIDERED FINAL!** Timely communication of enrollment information to our various carriers is critical to ensure that you receive appropriate identification cards and that elected coverages are actually in effect as of January 1, 2003.

Please refer to the Forms section of this enrollment workbook for other possible paperwork required to complement/finalize the 2003 Open Enrollment process.

App 119

## *Vendor Contact Information*

If additional information or assistance is needed on any of the APAC employee benefit plans offered in the 2003 plan year, you are encouraged to contact any of our providers directly:

---

**Medical insurance benefits are provided through BlueCross BlueShield of Illinois for Level 1 and Level 2 employees**
**(Account number 013440; group numbers by Option A, B and C yet to be assigned)**

*Typical issues – questions related to claims, identification cards, providers, pre-certification of services and specific benefits should be directed to BlueCross BlueShield customer service:*

**Member Services** – Medical Plans (Options A, B and C)     **Telephone:  1-800-526-6593**

**FAX:        1-217-355-0030**

**Medical Claims Filing** *(NOTE: providers within the BlueCross BlueShield PPO network will file claims on your behalf. You will only need to file claims for out-of-network charges):*

> **BlueCross and BlueShield of Illinois**
> **PO Box 1220**
> **Chicago, IL 60690-1220**

**Mental Health Benefits – contact Magellan:**     **Telephone:  1-800-851-7498**

**Pre-Certification – contact MSA:**     **Telephone:  1-800-635-1928**

Provider directories/general information can be obtained through the BlueCross BlueShield of Illinois website:  **www.bcbsil.com**

---

**Prescription services are provided through Medco**
**(Account number MEDAPAC)**

*Typical issues – questions related to claims, identification cards, pharmacy issues and specific benefits should be directed to Medco customer service as follows:*

**Customer Service:**     **Telephone:  1-800-988-4064**

**Claims Address** *(only for claims filed at participating pharmacies prior to receiving identification cards. Remember that prescriptions filled at non-participating pharmacies will not be reimbursed):*

> **PAID Prescriptions, LLC**
> **PO Box 2187**
> **Lees Summit, MO 64063**

Provider and general information can be obtained through the Medco website: **www.medco.com**

---

**Medical insurance benefits provided through Foundation One for Level 1 employees (Account number AP4)**

**Pre-enrollment questions during open enrollment period:**          **Telephone:  1-877-712-4004**

*Typical ongoing  issues – questions related to claims, identification cards and specific benefits should be directed to :*

**Benefit Planners Limited, LLP:**                              **Telephone:  1-866-868-9006**
                                                     **(APAC dedicated administration line)**

**Claims Address:**

> **Benefit Planners Limited, LLP**
> **12668 Silicon Drive**
> **PO Box 690450**
> **San Antonio, TX 78269**

**PPO Provider Network:   ppoNext**                  **Telephone:  1-800-236-3609**
                                          **Website:  www.pponext.com**

**Prescription Network:    INTEQ**          .          **Telephone:  1-800-324-2200**
                                          **Website:  www.inteqrx.com**

---

**Dental insurance benefits are provided through BlueCross BlueShield of Illinois (Account number 013440)**

*Typical issues – questions related to claims, providers, pre-certification of services and specific benefits should be directed to BlueCare PPO as follows:*

**Member Services:**                              **Telephone:  1-800-367-6401**

**Claims Filing**: *(NOTE:  providers within the BlueCare PPO network will file claims on your behalf.  You will only need to file claims for out-of-network charge.):*

> **BlueCross BlueShield of Illinois**
> **PO Box 23059**
> **Belleville, IL 62223**

Provider directories/general information can be obtained through the BlueCare website: **www.dnoa.com**

**Vision coverage is provided through Cole Vision**
**(no account number is necessary)**

*Typical issues – questions related to locations, provided discounts should be directed to Cole Vision customer service as follows:*

**Customer Service:**                          **Telephone: 1-800-804-4384**

**Life insurance (basic/supplemental) benefits are provided through The Fort Dearborn Life Insurance Co.**
**(Account Number F005619)**

*Typical issues – status of underwriting, claims should be directed to Ft. Dearborn customer service as follows:*

**Customer Service:**                          **Telephone: 1-800-348-4512, x 4511**

**Claims Address:**
        **Fort Dearborn Life**
        **300 E. Randolph Street**
        **Chicago, IL 60601**
        **Attention:  Ms. Crystal Boris**

**Wage Protection (level 1 employees only) benefits are provided through UNUM**
**(Account Number 35542 APAC)**

*Typical issues – plan enrollment, status of claims, information flow, and payment status should be directed to UNUM customer service as follows:*

**Customer Service:**                          **Telephone: 1-800-635-1049**

**Claims Address:**
        **UNUM Provident Life Insurance Co.**
        **One Fountain Square**
        **Chattanooga, TN 37402**
        **Attention:  Claims**

**Disability (short/long term disability – level 2 employees only) benefits are provided through The Fort Dearborn Life Insurance Co.**
**(Account Number F005619 )**

*Typical issues – status of claims, information flow, payment status should be directed to Fort Dearborn customer service as follows:*

**Customer Service:**                            **Telephone:  1-800-348-4512, x 4510**

**Claims Address:**        **Fort Dearborn Life**
                   **300 E. Randolph Street**
                   **Chicago, IL 60601**
                   **Attention:  Ms. Catherine Mancioni**

**Flexible Spending Accounts (health care and/or dependent care) are administered through PayFlex**
**(Account Number PF APC)**

*Typical issues – status of reimbursements, process questions should be directed to PayFlex customer service as follows:*

**Customer Service:**                            **Telephone:  1-800-284-4885**

**Claims Address:**

                   **PayFlex**
                   **100 Blackstone Centre**
                   **PO Box 3039**
                   **Omaha, NE 68103-0039**

**Claims Fax Number:**                            **Fax:  402-231-4310**

Claim forms/general information can be obtained through the PayFlex website:
**www.payflex.com**

**401(k) investment plan recordkeeping is provided through Fidelity Management Trust Co.**
**(Account Number 42051)**

*Typical issues – investment options, rollover status, loan applications, final distribution status should be directed to customer service as follows:*

**Customer Service:**                            **Telephone:  1-800-835-5097**

**Address:**

                   **Fidelity Management Trust Co.**
                   **200 Magellan Way**
                   **Covington, KY 41015**

Account balances, investment and contribution changes, loans and general information can be obtained through the Fidelity website: **www.401k.com**

App. 123                    APAC    06/03

**Employee Stock Purchase Plan recordkeeping is provided through Salomon Smith Barney (no account number is necessary)**

*Typical issues – account balances, price of stock, sale of stock should be directed to Salomon Smith Barney customer service as follows:*

Customer Service:                                    Telephone:  1-800-367-4777

Address:

        **Salomon Smith Barney**
        **388 Greenwich Street**
        **New York, NY 10013**

**COBRA/HIPAA notification and administration services are provided to terminated employees through PayFlex (Account Number PF APC)**

*Typical issues – notification process, HIPAA certification, enrollment and ongoing administration should be directed to PayFlex customer service as follows:*

Customer Service:                                    Telephone:  1-800-284-4885

Address:

        **PayFlex**
        **100 Blackstone Centre**
        **PO Box 3039**
        **Omaha, NE 68103-0039**

## Additional Questions?

### Contact the Corporate Benefits Help Line at 1-800-401-2722

# Forms

The majority of information needed to complete your 2003 benefit enrollment elections will be handled through the Interactive Voice Response (IVR) system.  However, it may be necessary for you to provide additional documentation to your local Human Resources representative under certain circumstances:

### Enrollment Worksheet
This worksheet can be used as a handy guide to record your election choices for the 2003 plan year.  Be advised that this should not be considered a form to complete and hand in, but as a tool to assist you in the IVR process.

### Beneficiary Election Form – Basic Term Life Insurance
If you want to change your beneficiary designation for the Basic Term Life Insurance plan (company provided), please complete and return this form.

### Beneficiary Election Form – Supplemental Term Life Insurance
If you are enrolling in the supplemental life plan for the first time, or if you need to designate a new beneficiary for the supplemental life plan, please complete and return this form.

### Dependent Form – medical and/or dental plans
If you are electing other than employee only coverage for the first time, a dependent form will be attached to your initial confirmation statement by the Corporate Benefits Department after the close of the open enrollment period.  You must complete and return this form in order for APAC to notify the various carriers of who is to be covered under the plan(s).

### Evidence of Insurability Form
Should your 2003 election necessitate completion of this form, it will be attached to your initial confirmation statement by the Corporate Benefits Department after the close of the open enrollment period.  You must complete the form by the specified deadline in order for the higher level of coverage to be processed.

**This page has intentionally been left blank.**

### Enrollment Worksheet

You may find it helpful to record your benefit choices on this form and to use it as a reference when you call the IVR system to record your elections.

| BENEFIT PLAN | PLAN OPTION | COVERAGE OPTION | MULTIPLE OF COVERAGE OR AMOUNT |
|---|---|---|---|
| Medical – Choose one Plan Option & one Coverage Option | BlueCross BlueShield PPO: Option A Option B Option C | Employee Only Employee/Spouse Employee/Dependents Family | |
| Additional Medical Option – Level 1 employees only | Foundation One Plans: Silver Plan Gold Plan | Employee Only Employee plus one Family | |
| Dental – Choose one Plan Option & one Coverage Option | BlueCross BlueShield Dental Plan | Employee Only Employee/Spouse Employee/Dependents Family | |
| Employee Supplemental Life Insurance | | | 1 2 3 4 5 |
| Spousal Supplemental Life Insurance | | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 |
| Child(ren) Supplemental Life Insurance | | | 1 2 3 4 5 |
| Medical Reimbursement[1] | | | $_____ ($260 - $2,500 Annually) |
| Dependent Care Reimbursement[1] | | | $_____ ($260 - $5,000 Annually) |

**Worksheet Key:**

**Benefit Plan** – the type of plan in which you are enrolling

**Plan Option** – where you will elect the specific plan desired. Simply circle your choice on the worksheet.

**Coverage Option** – where you will elect the persons to be covered on your Plan Option.

**Multiple of Coverage or Amount** – For Supplemental Life Insurance, select increments of your annual salary, units of $10,000 for your spouse and/or units of $2,000 for your child(ren). For Medical and/or Dependent Care Reimbursement, select the total annual amount to be deducted during calendar year 2003.

**Once you have completed the IVR process, please fill in the spaces below. Remember, if you do not remain on the telephone long enough to receive a confirmation number, your elections will not be saved. You will need to call the IVR again to record your 2003 elections.**

**Confirmation Number:** _____        **Date:** _____

*NOTE: Evidence of Insurability may be required for Supplemental Life Insurance coverage. If it is you will be notified.*

App. 127        APAC        06/03

**This page has intentionally been left blank.**

### Designation of Beneficiary Form – Basic Term Life Insurance

This beneficiary form is for Basic Term Life Insurance provided through the APAC Customer Services, Inc. benefit plan.  This form is required only if you wish to make a change to your current beneficiary designation.

Please see the reverse side for important information regarding Beneficiary Designations and Minor Beneficiaries.

Social Security Number: ☐☐☐–☐☐–☐☐☐☐

Employee Name: _____

Address: _____

City: _____   State: _____   Zip: _____

Date of Hire or Full Time Employment: _____

Location: _____

### Beneficiary Information

Social Security Number: ☐☐☐–☐☐–☐☐☐☐

Name: _____

Address: _____

City: _____   State: _____   Zip: _____

Relationship: _____

_____          _____
Signature of Insured or Assignee (If Applicable)          Date

App. 129          APAC          06/03
                  386

## BENEFICIARY DESIGNATIONS

In most instances, the Insurance Company's policies provide that the insured has the right to designate his/her own beneficiary. The insured will retain this right unless he/she has taken some action to limit his/her ability to change the beneficiary, such as transferring ownership rights under the policy, or by executing an irrevocable beneficiary designation. The insured or the person to whom he/she has transferred his/her ownership rights are the only persons who have the right to change the beneficiary. Therefore, all requests for such changes must be signed by the person possessing these rights. The signature of the beneficiary will also be required if the prior designation is irrevocable.

Since incorrect wording in designating a beneficiary may result in a delay at the time of settlement, one must be extremely particular about the phraseology used. This includes any designation where a company will be named as the beneficiary because special rules apply when an employer is to be named the beneficiary. To change a beneficiary the insured must complete a Change Form.

The beneficiary designation must state the full name of the beneficiary and the relationship of the beneficiary to the insured. If more than one beneficiary is designated, the designations should state what percent of benefits each beneficiary receives. When they are to share equally, this must be stated following the beneficiary name. Benefits may also be divided on an unequal percentage basis, or with a flat dollar amount payable to one beneficiary, with the remainder payable to another beneficiary. Obviously, where percentages are used, they should add up to 100%. If the share of a beneficiary who dies prior to the death of the insured is to be distributed among the remaining beneficiaries, the basis of distribution should also be stated.

Whenever a trust is involved, the following information is needed: name of the trust, name(s) of trustee(s) and the date the trust was signed. The following wording must also be added: It is agreed that in making payment to any Trustee, the Company may assume that such Trustee is acting in such fiduciary capacity until notice in writing to the contrary is received by the company at its Home Office and any payment made to such Trustee in the manner provided herein prior to receipt of such notice shall discharge the Company from all liability as to such payment.

## MINOR BENEFICIARIES

Employees may designate anyone they wish as a beneficiary. However, they should be aware that, if the beneficiary is a minor when benefits become payable, it may be necessary to identify or appoint a legal guardian before the benefits can be paid. This can be avoided by making a beneficiary designation as follows:

"To (name of custodian), as custodian for (name of minor child) under the Uniform Transfer to Minors Act."

The custodian must be an adult or a trust company. Please note that each designation can only name one minor child; use the following format where more than one minor child is involved:

"X% to _____ as custodian for _____ (etc.), and X% to _____ as custodian for _____ (etc.)."

If you have any questions regarding these issues, you may contact Fort Dearborn's Claims Office.

## COMMUNITY PROPERTY

If employees live in a community property state (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, or Wisconsin), and wish to designate someone other than their spouse as beneficiary, the following will apply:

Under Community Property laws, the spouse has property interest in insurance provided to the employee through his/her employment. It is therefore, recommended that the spouse also sign any beneficiary designation to a person other than the spouse. This will assure that claims are paid to the intended beneficiary promptly and without risk of a dispute between beneficiaries.

### Designation of Beneficiary Form – Supplemental Term Life Insurance

This beneficiary form is for Supplemental Life Insurance (If Applicable) provided through the APAC Customer Services, Inc. benefit plan.  This form is required only if you wish to make a change to your current beneficiary designation, or if you are enrolling in Supplemental Term Life Insurance for the first time.

Please see the reverse side for important information regarding Beneficiary Designations and Minor Beneficiaries.

Social Security Number: ☐☐☐–☐☐–☐☐☐☐

Employee Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Date of Hire or Full Time Employment: _____

Location: _____

### Beneficiary Information

Social Security Number: ☐☐☐–☐☐–☐☐☐☐

Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Relationship: _____

_____        _____
Signature of Insured or Assignee (If Applicable)                Date

_____

App 131

APAC        06/03

## BENEFICIARY DESIGNATIONS

In most instances, the Insurance Company's policies provide that the insured has the right to designate his/her own beneficiary. The insured will retain this right unless he/she has taken some action to limit his/her ability to change the beneficiary, such as transferring ownership rights under the policy, or by executing an irrevocable beneficiary designation. The insured or the person to whom he/she has transferred his/her ownership rights are the only persons who have the right to change the beneficiary. Therefore, all requests for such changes must be signed by the person possessing these rights. The signature of the beneficiary will also be required if the prior designation is irrevocable.

Since incorrect wording in designating a beneficiary may result in a delay at the time of settlement, one must be extremely particular about the phraseology used. This includes any designation where a company will be named as the beneficiary because special rules apply when an employer is to be named the beneficiary. To change a beneficiary the insured must complete a Change Form.

The beneficiary designation must state the full name of the beneficiary and the relationship of the beneficiary to the insured. If more than one beneficiary is designated, the designations should state what percent of benefits each beneficiary receives. When they are to share equally, this must be stated following the beneficiary name. Benefits may also be divided on an unequal percentage basis, or with a flat dollar amount payable to one beneficiary, with the remainder payable to another beneficiary. Obviously, where percentages are used, they should add up to 100%. If the share of a beneficiary who dies prior to the death of the insured is to be distributed among the remaining beneficiaries, the basis of distribution should also be stated.

Whenever a trust is involved, the following information is needed: name of the trust, name(s) of trustee(s) and the date the trust was signed. The following wording must also be added: It is agreed that in making payment to any Trustee, the Company may assume that such Trustee is acting in such fiduciary capacity until notice in writing to the contrary is received by the company at its Home Office and any payment made to such Trustee in the manner provided herein prior to receipt of such notice shall discharge the Company from all liability as to such payment.

## MINOR BENEFICIARIES

Employees may designate anyone they wish as a beneficiary. However, they should be aware that, if the beneficiary is a minor when benefits become payable, it may be necessary to identify or appoint a legal guardian before the benefits can be paid. This can be avoided by making a beneficiary designation as follows:

"To (name of custodian), as custodian for (name of minor child) under the Uniform Transfer to Minors Act."

The custodian must be an adult or a trust company. Please note that each designation can only name one minor child; use the following format where more than one minor child is involved:

"X% to _____ as custodian for _____ (etc.), and X% to _____ as custodian for _____ (etc.)."

If you have any questions regarding these issues, you may contact Fort Dearborn's Claims Office.

## COMMUNITY PROPERTY

If employees live in a community property state (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, or Wisconsin), and wish to designate someone other than their spouse as beneficiary, the following will apply:

Under Community Property laws, the spouse has property interest in insurance provided to the employee through his/her employment. It is therefore, recommended that the spouse also sign any beneficiary designation to a person other than the spouse. This will assure that claims are paid to the intended beneficiary promptly and without risk of a dispute between beneficiaries.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| GREGORY THOMAS ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03-CV-20010 |
| | ) | |
| v. | ) | |
| | ) | |
| APAC TELECOMMUNICATIONS SERVICE, a | ) | APAC'S SUPPLEMENTAL |
| foreign corporation, a/k/a APAC CUSTOMER | ) | ANSWERS TO INTERROGATORIES |
| SERVICES, INC., f/k/a APAC | ) | PROPOUNDED BY PLAINTIFF |
| TELEMARKETING CORPORATION, and | ) | |
| CONNECTICUT GENERAL LIFE INSURANCE | ) | |
| COMPANY, f/k/a CIGNA HEALTH CARE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant APAC Customer Services, Inc., submits the following Supplemental

Answers to Interrogatories propounded by Plaintiff, Gregory Thomas Anderson.

Respectfully submitted,

*Laura C. Mueller*

KELLY R. BAIER (#LI0000159)
LAURA C. MUELLER (#LI17662)
of
BRADLEY & RILEY PC
2007 First Avenue, SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone: (319) 363-0101
Fax:    (319) 363-9824
Email:  kbaier@bradleyriley.com
Email:  lmueller@bradleyriley.com

ATTORNEYS FOR DEFENDANT

RECEIVED
JUL 30 2003
KATZ, HUNTOON & FIEWEGER, P.C.

{00110553.DOC}{

1

Am 133

EXHIBIT
12

Copy to:

Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
200 Plaza Office Building
PO Box 3250
Rock Island, IL 61204-3250

ATTORNEYS FOR PLAINTIFF

Richard N. Bien
Robyn L. Turner
Lathrop & Gage L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108-2612

ATTORNEYS FOR DEFENDANT CIGNA

**PROOF OF SERVICE**

I certify that a true copy of this document was served upon each of the attorneys of record of all parties to this action at the addresses disclosed by the pleadings on July 29 , 20 03

By: ☑ U.S. Mail    ☐ Hand Delivered
    ☐ Facsimile   ☐ Other

Signature _Debra N. Lewis_

App 134

STATE OF IOWA     )
                    ) ss
COUNTY OF SCOTT )

       I, Wendy Salas submit the attached answers to interrogatories propounded by

Plaintiff, and certify under penalty of perjury and pursuant to the laws of the State of Iowa that

said answers are true and correct.

_____
Wendy Salas

Subscribed and sworn to me this __28__ day of July~~June~~ 2003.

_____
Notary Public in and for the State of Iowa

THOMAS J. STECHER
Commission Number 713908
My Comm. Exp. 12-04-04

_____ day of June, 2003

3

App. 135

INTERROGATORY NO. 1:   Please state the name, address, telephone number

and job title of each person contributing information in responding to these interrogatories.

ANSWER:

Wendy Salas
Acting Human Resources Manager
APAC Customer Services, Inc.
250 E. 90th Street
Davenport, IA 52806

Douglas Kappeler
Operations Manager
APAC Customer Services, Inc.
250 E. 90th Street
Davenport, IA 52806

4

App. 136

INTERROGATORY NO. 2:   State the name, last known address, telephone number and employer (if no longer employed by APAC; if still employed by APAC, please state the job title) of each witness you intend to call at trial in this matter and also provide a summary of the expected testimony of each such witness.

ANSWER:

APAC has not yet identified the witnesses it intends to call at trial but will timely supplement its response to Interrogatory No. 2.  In further answering, APAC may call some of the individuals identified in its Rule 26 disclosures to testify at trial.

App. 137

INTERROGATORY NO. 3:   Please state all facts in support of your second defense that "plaintiff has failed to follow the procedural and administrative prerequisites for bringing suit under the Americans with Disabilities Act or the Iowa Civil Rights Act."

ANSWER:

Our investigation is continuing and APAC will timely supplement its response to Interrogatory No. 3.

App. 138

<u>INTERROGATORY NO. 4</u>:    Please state all facts in support of your fifth defense that "plaintiff is not a qualified individual with a disability." In connection with this answer, please also state the name and job title (or, if not employed by APAC, the address and telephone number) of any witness or other person who will testify as to any facts in support of this fifth affirmative defense, and also identify any documents evidencing or referring to any facts supporting this fifth affirmative defense.

<u>ANSWER:</u>

APAC anticipates that it will call at least some of the following individuals at trial to testify about facts in support of its fifth defense that "plaintiff is not a qualified individual with a disability":

- Angela Hansen
- Catherine Hughes
- Wendy Salas
- Douglas Kappeler
- Brigetta Stoker
- Jennifer Beerbower
- Andréica Morgan

The job titles and addresses of these individuals are listed in APAC's initial Rule 26 Disclosures.

In further answering, APAC reserves the right to add additional witnesses pursuant to a pre-trial order.

<u>INTERROGATORY NO. 5</u>:   Please state all facts in support of your eighth affirmative defense that "at the time of plaintiff's last day at work, and thereafter, he could not, with or without reasonable accommodation, perform the essential functions of his employment position."  In connection with this answer, please specify with precision the "essential functions" which you contend plaintiff could not, with or without reasonable accommodation, perform "at the time of plaintiff's last day at work, and thereafter..."  Further in connection with this answer, identify by name and job title (or, if not employed by APAC, by name, address and telephone number) any witness or person who will testify as to facts supporting this eighth affirmative defense, and also identify documents evidencing or referring to any facts supporting this affirmative eighth defense.

<u>ANSWER</u>:

APAC anticipates that it will call at least some of the following individuals at trial to testify about facts in support of its eighth defense that Plaintiff could not perform the essential functions of his employment with or without reasonable accommodation:

- Angela Hansen
- Catherine Hughes
- Wendy Salas
- Douglas Kappeler
- Brigetta Stoker
- Jennifer Beerbower
- Andréica Morgan

The job titles and addresses of these individuals are listed in APAC's initial Rule 26 Disclosures.

In further answering, APAC reserves the right to add additional witnesses pursuant to a pre-trial order.

8

App. 140

INTERROGATORY NO. 6:   Please state all facts in support of your ninth affirmative defense that "APAC provide the plaintiff reasonable accommodations and any further accommodation would have been unreasonable or would have imposed an undue hardship upon APAC."   In connection with this answer, please state any and all "reasonable accommodations" which APAC provided the plaintiff, additionally identify any and all other "further accommodation" considered by APAC and, for each such accommodation, state why such accommodation would have been unreasonable or would have imposed an undue hardship upon APAC.  Additionally in connection with this answer, please state by name and job title (or, if not employed by APAC, by name, address and telephone number) any witnesses or person who will testify as to facts supporting your ninth defense, and identify all documents evidencing or referring to facts supporting your ninth defense.

ANSWER:

APAC anticipates that it will call at least some of the following individuals at trial to testify about facts in support of its ninth defense that "APAC provided the plaintiff reasonable accommodations and any further accommodation would have been unreasonable or would have imposed an undue hardship upon APAC":

- Angela Hansen
- Catherine Hughes
- Wendy Salas
- Douglas Kappeler
- Brigetta Stoker
- Jennifer Beerbower
- Andréica Morgan

The job titles and addresses of these individuals are listed in APAC's initial Rule 26 Disclosures.

In further answering, APAC reserves the right to add additional witnesses pursuant to a pre-trial order.

App. 141

INTERROGATORY NO. 7:   Please state all facts in support of your eleventh affirmative defense that "plaintiff failed to take advantage of the opportunity to continue participation in APAC's health insurance program for the 2003 year despite being invited to do so by APAC."  In connection with this answer, please state when plaintiff was "invited" (as you use that term in your eleventh affirmative defense) to continue participation in APAC's health insurance program, the name and job title of the person "inviting" plaintiff to do so, and identify by name and job title (or if not employed by APAC, by name, address and telephone number) any witness or person who will testify as to facts supporting your eleventh defense, and further identify all documents evidencing or referring to any facts supporting your eleventh affirmative defense.

ANSWER:

APAC anticipates that it will call at least some of the following individuals at trial to testify about facts in support of its eleventh defense that "plaintiff failed to take advantage of the opportunity to continue participation in APAC's health insurance program for the 2003 year despite being invited to do so by APAC":

- Angela Hansen
- Catherine Hughes
- Wendy Salas
- Douglas Kappeler
- Brigetta Stoker
- Jennifer Beerbower
- Andréica Morgan

The job titles and addresses of these individuals are listed in APAC's initial Rule 26 Disclosures.

In further answering, APAC may call employees of its benefits department including, but not necessarily limited to, Ted Parker, Gay Silverstein or Rachel Kurn.  These individuals have knowledge of the insurance information sent to Plaintiff.  These individuals have knowledge that APAC sent Plaintiff an insurance renewal package for the 2003 year in December of 2002, as it did with all then-enrolled employees.  Plaintiff failed to return any documents or to otherwise exhibit an interest in renewing his insurance.

APAC reserves the right to add additional witnesses pursuant to a pre-trial order.

App 142

INTERROGATORY NO. 8:   State or list every accommodation requested or suggested by plaintiff for his multiple sclerosis while employed by APAC.   For each such accommodation, separately, please state the person or persons to whom plaintiff requested or suggested the accommodation, the approximate date on which each respective request or suggestion was made; the name and job title of each person investigating whether each respective accommodation was or was not feasible, and, for any accommodation made, the date the accommodation was made or implemented.

ANSWER:

Pursuant to Fed. R. Civ. P. 33(d), the answer to Interrogatory No. 8 may be ascertained from documents produced pursuant to Plaintiff's first Request for Production of Documents.   In further answering, during Plaintiff's leave, he spoke with Wendy Salas who asked him to let her know when he would return to work so that APAC could accommodate him to the best of its ability.   Plaintiff has never returned to work.   One accommodation discussed by the parties, and which APAC has always been willing to do, is an accommodation to Plaintiff's desk area to further accommodate his wheelchair.



INTERROGATORY NO. 9:   In her email dated February 27, 2002 to Wendy Salas, which is attached to your Rule 26 Disclosure at APAC, p. 262, Angela Hansen stated in the third paragraph of that email: 'I know there is technology out there that would assist him greatly, but is purchasing this technology a reasonable accommodation?"   Please list or describe the "technology" referred to in said email, describe or state any efforts to investigate the availability, feasibility, and cost of this "technology", state the name and job title of the person performing such investigation, and state the date such investigation was made.

ANSWER:

Ms. Hansen did not have any specific accommodation in mind when she made the above-quoted statement in her February 27, 2002 email to Wendy Salas. Ms. Hansen was simply assuming that there is software available to assist people with certain types of disabilities. When Mr. Anderson left work to have surgery, shortly after the referenced email was sent, APAC representatives did not know what accommodations he would require and decided that they would look into accommodations just before his return to work. Wendy Salas spoke to Mr. Anderson during his leave and advised him that when he returned to work, it would be no problem to accommodate him with a higher work station. Ms. Salas indicated they would simply need to know the appropriate height. Mr. Anderson never returned to work after these conversations.

App. 144

<u>INTERROGATORY NO. 10</u>: In the last 10 years, has the Defendant been involved in a complaint or lawsuit for wrongful termination, discrimination, or under the state Drug Testing statute, and if so, state the particulars of who the parties were, where it was filed and its case number, when the alleged action took place, and the results of the complaint or suit.

<u>ANSWER:</u>

Objection. The information sought by Interrogatory No. 10 is irrelevant, overbroad, and unduly burdensome. In further answering, and without waiving that objection, APAC will produce information about disability-related claims for wrongful termination or discrimination at APAC's Davenport facility for the prior 5 years. That information is as follows:

1.    <u>Olivia Holmes</u> – Ms. Holmes filed a civil rights complaint, # E 0046-0031-01, for failure to accommodate her fibromyalgia from June 2000 through 2001. The case is in the final stages of investigation by the Davenport Civil Rights Commission.

2.    <u>Joseph Askew</u> – Mr. Askew filed a civil rights complaint, # 03-00-39092, EEOC # 26AA00829, for alcoholism because he was disciplined when caught with an alcoholic drink at work. The EEOC made a finding of no probable cause in July 2001 and the Iowa Civil Rights Commission administratively closed the file in September 2001.

3.    <u>Joe Pequeno</u> – Mr. Pequeno filed a civil rights complaint, # E 0087-0059-01, for failure to interview him for a CSR position because of the disability of depression in July 2001. A finding of no probable cause was issued in December 2002.

4.    <u>Esperanza Gutierrez</u> – Ms. Gutierrez filed a civil rights complaint, # E 0163-0114-02, for failure to accommodate her disability, which requires wheelchair use, and for having an inaccessible facility. APAC filed a position paper in April 2003 and the Davenport Civil Rights Commission is currently investigating Ms. Gutierrez's claim.

{00110553.DOC}

13

*App. 145*

INTERROGATORY NO. 11: APAC denied paragraph 10 of Count III of plaintiff's Amended Complaint which alleged "that defendant APAC did not notify Connecticut General within 30 days of either June 20, 2002, or, alternatively, December 31, 2002 when coverage terminated." If it is APAC's contention that it did notify plaintiff of his COBRA rights at any time since June 20, 2002, please state the precise date APAC notified plaintiff on any of his COBRA rights and identify all documents evidencing such notification, and state the name, address and title and position with defendant, if applicable, of each person who has personal knowledge of facts which would support defendant's denial.

ANSWER:

See APAC's answer to Interrogatory No. 7. In further answering, Plaintiff was sent a package of information in December 2002 regarding renewal of his insurance benefits but he chose not to renew or to otherwise respond. Individuals in APAC's benefits department, including those identified in documents produced, have knowledge of pertinent facts.

App 14C

**INTERROGATORY NO. 12**: In your answer to paragraph 4 of the "General Allegations" of plaintiff's Amended Complaint, you admit "that the plaintiff has suffered from multiple sclerosis and has used a wheelchair," but deny the remaining allegations of said paragraph. Please state all facts and identify by name and job title any witness or person who will testify as to facts supporting your denial of the allegation that (a) plaintiff has an "inability to walk"; (b) that plaintiff has difficulties in controlling his muscle movements," and (c) that Greg Anderson's "physical condition substantially interferes with this ability to walk."

**ANSWER:**

APAC does not know all the specifics about Plaintiff's condition. It has not received the medical records of Plaintiff to date. Discovery is continuing and this interrogatory answer will be supplemented at a later date.

App. 147

<u>INTERROGATORY NO. 13</u>: Please state all facts, identify all witnesses (by name, address and job title), identify all documents which support your sixth defense that "plaintiff has failed to mitigate his damages…"

<u>ANSWER:</u>

It is APAC's understanding that Plaintiff has not returned to work at APAC or sought or retained other employment.

App. 148

INTERROGATORY NO. 14: If not stated in any of your prior answers, please state the name and job title (or, if not employed by APAC, name, address and telephone number) of each person that defendant believes has personal knowledge of any facts which support your defenses in this cause of action or your denials of any of the facts alleged by plaintiff in his complaint (i.e., Amended Complaint) and provide a summary of the knowledge you believe each person has regarding any of the defenses or denials of the facts alleged by plaintiff in his complaint.

ANSWER:

Pursuant to Fed. R. Civ. P. 33(d), the answer to Interrogatory No. 14 may be ascertained from APAC's Rule 26 disclosures.

App. 149

<u>INTERROGATORY NO. 15</u>: State the identity of each person you expect to call as an expert witness at trial, and state the subject matter about which the person is expected to testify and for each such expert, please state the substance of the facts and opinions to which the expert is expected to testify and provide a summary for the grounds for each opinion.

<u>ANSWER:</u>

Unknown at this time.  APAC will timely supplement its response to Interrogatory No. 15 if it chooses to retain an expert witness for use at trial.

App. 150

**INTERROGATORY NO. 16**: Please state the name, address, telephone number, and disability, if any, of the person who replaced plaintiff as a quality assurance representative in your Davenport, Iowa, facility after March 8, 2002.

**ANSWER:**

Plaintiff was not specifically replaced.  Mr. Anderson's team absorbed his duties and responsibilities.

App. 151

INTERROGATORY NO. 17:  Please state the salary or wage rate, and the fringe benefits for the position of Quality Assurance Representative in your Davenport, Iowa facility (i.e., the position plaintiff had prior to March 8, 2002) from March 15, 2002 to the present.

ANSWER:

The current starting rate for any Quality Assurance Representative ("QAR") is $8.50 per hour.  If an employee hired into a QAR position was already working for APAC and making more than $8.50 per hour, he or she would be considered for a slight increase depending on the circumstances and whether the job change is considered a promotion. Vacation benefits, medical benefits, retirement benefits, and the accrual of sick days for the Quality Assurance Representative position are the same as for all APAC positions and thus, this information is available to Plaintiff.

App. 152

INTERROGATORY NO. 18: Please state the salary/wage rate and the fringe benefits for the position of Data Analyst in the Workforce Department in your Davenport, Iowa facility for the period of March 15, 2002 to the present.

ANSWER:

Wages for Data Analysts in the Workforce Department range from $9.50 to $11.00 per hour to start depending on experience. Vacation benefits, medical benefits, retirement benefits, and the accrual of sick days for the Quality Assurance Representative position are the same as for all APAC positions and thus, this information is available to Plaintiff.

INTERROGATORY NO. 19: State whether any employee, agent or representative of APAC, including, but not limited to, Wendy Salas, had any conversations with plaintiff in approximately March through July, 2002 regarding a position in the Workforce Department (specifically including, but not limited to, a Data Analyst position), and state the date of any such conversation, state whether plaintiff was offered a position in the Workforce Department, and, if not, state all reasons why he was not offered any such position in the Workforce Department.

ANSWER:

Wendy Salas has never discussed a Data Analyst position with Plaintiff. To fully respond to this interrogatory, Ms. Salas made inquiries of other APAC employees about this matter. Chris Volker, a Data Analyst supervisor at all times pertinent, told Ms. Salas that to his knowledge, Plaintiff did not apply for any Data Analyst positions. Furthermore, Kelly Baker-Rubio, another Data Analyst supervisor, stated that if Plaintiff did apply for a position, he later withdrew the application. Ms. Baker-Rubio remembers that Plaintiff had good Excel skills and explained that she would have interviewed him for a Data Analyst position if he had been interested. To Wendy Salas' knowledge, Plaintiff was never rejected for a Data Analyst position.

App. 154

INTERROGATORY NO. 20: Please state the last known address and phone number for Kathleen Eisenbrenner and please state the reason for her separation or termination from employment with APAC and the date of her separation/termination from employment with APAC.

ANSWER:

Kathleen Eisenbrenner's last known address and phone number are as follows:

Kathleen Eisenbrenner
3024 Willow Wood Drive
Bettendorf, IA 52722
(563) 449-7230

Ms. Eisenbrenner resigned from the Company.

{00110553.DOC}

23

App. 155

INTERROGATORY NO. 21: Please state the name, address and telephone number of each witness or person whom the defendant claims has personal knowledge of facts that Gregory T. Anderson was notified in writing after March 8, 2002 of his right to continue health insurance coverage under APAC's group health insurance plan and state the date(s) in which plaintiff was notified of his right.

ANSWER:

Pursuant to Fed. R. Civ. P. 33(d) the answer to Interrogatory No. 21 may be ascertained from documents previously produced and documents produced pursuant to Plaintiff's First Request for Production of Documents.

24

App 156

<u>**INTERROGATORY NO. 22**</u>: Please state the name, address, telephone number, and position with the defendant of each person who informed employees or agents of Connecticut General Life Insurance Company of the reduction in hours or termination of Gregory T. Anderson's employment with APAC, whether such communication was oral, in writing, or by electronic mail, the date(s) of such communication, and the name and address of each employee or agent from Connecticut General Life Insurance Company who received such communication.

<u>**ANSWER:**</u>

See answers to Interrogatory Nos. 7 and 11 above.

*App. 157*

## STATEMENT OF WENDY SALAS

1.  I am one of the Recruiters at APAC Customer Services, Inc.'s (APAC's) Davenport facility. I talked with Mr. Anderson about his short term disability and long term disability applications.

2.  Mr. Anderson called Ms. Hughes and I in June 2002. He had just learned that he was turned down for long term disability benefits by APAC's insurance provider. Catherine and I spoke with him. We also investigated this denial of benefits. Under the provisions of the policy, Mr. Anderson's condition was a pre-existing condition at the time of his employment. That was why the insurance company refused to provide coverage. We explained this to Mr. Anderson.

3.  He told me during that time period that he was going to have to be out for a substantial amount of time because he was scheduled to have an operation in July 2002. He was going to require time to recover from that. He stated that he had no money. That was why he was so upset at having been turned down for benefits.

4.  Mr. Anderson also then raised the issue of his work station. Catherine and I both informed him that we would make sure that the work station was raised. We told him that he should contact us as soon as he could return to work and we would make sure that it was taken care of. There was no reason for Catherine or I to call him back. It was left that he would contact us when he was ready to return.

5.  He also indicated for the first time that he did not want to continue to work under Ms. Stoker. I inquired as to why. He told me that he had a personality conflict with her. I asked him if I could talk to Ms. Stoker about this. He told me that was fine. After talking to both of them, we had decided that they would sit down and talk when he was ready to return to work. Mr. Anderson specifically stated to me that he had never had any problems with Angela Hansen.

The above is true to the best of my personal knowledge.

Dated: _____8-15-02_____          _Wendy L Salas_
                                  Wendy Salas

EXHIBIT NO. _3_
KC 10-9-03

EXHIBIT
_13_

App. 158

00068477.WPD                                          APAC  03/03
                                                          185

Sent by: APAC REGIONAL          13098520407;          08/15/02   3:48PM; JetFax #851;Page 1/1
     Received:   8/15/ 2  3:38PM         3103530824 -> APAC REGIONAL;   Page 2

     Aug-15-02  05:18pm  From-BRADLEY & RILEY PC          3183539824          T-582  P.02/02  F-734

### STATEMENT OF CATHERINE HUGHES

1. | I am the Human Resource Manager at APAC Customer Services, Inc.'s (APAC's) Davenport facility. I did not talk to Mr. Anderson until he was already gone on medical leave.

2. | Mr. Anderson called me in June 2002, to talk about his long term disability benefits. He had just learned that he was turned down for long term disability benefits by APAC's insurance provider. Wendy Salas and I spoke with him. We also investigated this denial of benefits. Under the provisions of the policy, Mr. Anderson's condition was a pre-existing condition at the time of his employment. That was why the insurance company refused to provide coverage. We explained this to Mr. Anderson.

3. | Mr. Anderson told me at that time that he was going to have an operation in July. He was going in for a consultation on July 3, 2002. He was going to require 2-3 months for recovery. He was concerned because he had no money. That was why he was so upset at having been turned down for benefits.

4. | Mr. Anderson also then raised the issue of his work station. Wendy and I both informed him that we would make sure that the work station was raised. We told him that he should contact us as soon as he could return to work and we would make sure that it was taken care of. There was no reason for me to call him back. It was left that he would contact us when he was ready to return.

5. | He also indicated for the first time that he did not want to continue to work under Ms. Stoker. I told him that we could work with that. He simply needed to contact me when he was ready to return to work. The next thing I received from Mr. Anderson was this Complaint.

The above is true to the best of my personal knowledge.

Dated: _8/15/02_____          _Catherine A. Hughes_

                                          Catherine Hughes


EXHIBIT NO. 4
KC 10-9-03

EXHIBIT
14                        App. 159

P0056434.WPD
                                          APAC 03/03

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

_____

GREGORY THOMAS ANDERSON,       )
                               )
     Plaintiff,                )
                               )
     vs.                       )  No. 3:03-CV-20010
                               )
APAC TELECOMMUNICATIONS SERVICE,)
a foreign corporation, a/k/a   )
APAC CUSTOMER SERVICES, INC.,  )
f/k/a APAC TELEMARKETING       )
CORPORATION, and CONNECTICUT   )
GENERAL LIFE INSURANCE COMPANY,)
f/k/a CIGNA HEALTH CARE        )
SERVICES, INC.,                )
                               )
     Defendants.               )

_____

DEPOSITION UPON ORAL EXAMINATION OF
GREGORY THOMAS ANDERSON

Taken October 9, 2003
Commencing at approximately 10 a.m.

KATHLEEN CONNELL, CSR, RPR, RMR, RDR
Registered Professional, Merit and
Diplomate Reporter
(Certified in Iowa and Illinois)

CONNELL REPORTING
P.O. Box 3171
Rock Island, IL  61204-3171
(309) 788-3741

---

Page 3

I N D E X

WITNESS                              PAGE

GREGORY THOMAS ANDERSON

     (Attorney Mueller)                5

     (Attorney Fieweger)             206

     (Attorney Mueller)             218


E X H I B I T S

Deposition Exhibit No. 1 . . . . . . . . . . 20
Deposition Exhibit No. 2 . . . . . . . . . . 24
Deposition Exhibit No. 3 . . . . . . . . . . 58
Deposition Exhibit No. 4 . . . . . . . . . . 61
Deposition Exhibit No. 5 . . . . . . . . . . 85
Deposition Exhibit No. 6 . . . . . . . . . 109
Deposition Exhibit No. 7 . . . . . . . . . 111
Deposition Exhibit No. 8 . . . . . . . . . 121
Deposition Exhibit No. 9 . . . . . . . . . 134
Deposition Exhibit No. 10 . . . . . . . . . 141
Deposition Exhibit No. 11 . . . . . . . . . 143
Deposition Exhibit No. 12 . . . . . . . . . 148
Deposition Exhibit No. 13 . . . . . . . . . 152
Deposition Exhibit No. 14 . . . . . . . . . 167
Deposition Exhibit No. 15 . . . . . . . . . 168
Deposition Exhibit No. 16 . . . . . . . . . 174
Deposition Exhibit No. 17 . . . . . . . . . 179
Deposition Exhibit No. 18 . . . . . . . . . 181
Deposition Exhibit No. 19 . . . . . . . . . 182
Deposition Exhibit No. 20 . . . . . . . . . 195
Deposition Exhibit No. 21 . . . . . . . . . 197
Deposition Exhibit No. 22 . . . . . . . . . 199
Deposition Exhibit No. 23 . . . . . . . . . 202
Deposition Exhibit No. 24 . . . . . . . . . 216

     (Deposition Exhibit Nos. 1 through 24
retained by Reporter.  Originals included with
original transcript with copies to Counsel.)

Certificate of Shorthand Reporter . . . . . 221

---

Page 2

DEPOSITION

     The following is the deposition of
GREGORY THOMAS ANDERSON, taken pursuant to Notice
of Deposition, at the offices of Katz, Huntoon &
Fieweger, P.C., 1705 Avenue, Second Floor,
Rock Island, Illinois, commencing at approximately
10 a.m., on October 9, 2003.


APPEARANCES


On Behalf of the Plaintiff:

     ATTORNEY STEPHEN T. FIEWEGER, of the
firm of Katz, Huntoon & Fieweger, P.C., P.O.
Box 3250, 1705 Avenue, Second Floor,
Rock Island, IL  61204-3250.


On Behalf of Defendant APAC:

     ATTORNEY LAURA C. MUELLER, of the firm of
Bradley & Riley, P.C., 2007 First Avenue SE, P.O.
Box 2804, Cedar Rapids, IA  52406-2804.


SPECIAL INSTRUCTIONS:  Signature not requested.

---

Page 4

S T I P U L A T I O N

     It is stipulated by and between the parties
herein by their respective counsel that the
deposition of GREGORY THOMAS ANDERSON may be taken
pursuant to the applicable rules of the Federal
Rules of Civil Procedure and Supreme Court and that
notice of taking said deposition is hereby waived.

     That the deposition shall be taken before
Kathleen Connell, Certified Shorthand Reporter,
Rock Island, Illinois, at the approximate hour of
10 a.m., on October 9, 2003, at the offices of
Katz, Huntoon & Fieweger, P.C., 1705 Avenue, Second
Floor, Rock Island, Illinois, and that the
testimony of the witness may be transcribed by
Kathleen Connell, Certified Shorthand Reporter, or
at her direction, and that the transcript need not
be presented to the witness for signature.

     That in the event said transcript or any
portion thereof shall be sought to be used at time
of trial for any proper purpose under the Federal
Rules of Civil Procedure and Rules of the Supreme
Court, it shall not be necessary to call the
reporter to verify the accuracy of said transcript,
provided, however, respective counsel shall have
reasonable time from the date of delivery of the
transcript to call to the attention of the reporter
any errors or omissions.

EXHIBIT

15

App. 160

Page 205

1 on APAC insurance, that insurance would have
2 expired on December 31st, 2002, correct?
3    A. Yeah, that's what I know happened.
4    Q. So after December 31st, 2002, you no
5 longer had insurance through APAC?
6    A. Correct.
7    Q. Do you know when your employment with
8 APAC was terminated?
9    A. I don't.
10   Q. Okay.
11   A. That's a lot of our contention, isn't it?
12   Q. Well, you don't --
13   A. Sorry.
14   Q. That's all right. When do you think that
15 you were terminated by APAC?
16   A. I think that I was terminated on
17 March 5th.
18   Q. Of what?
19   A. 2002.
20   Q. March 5th, 2002?
21   A. Right.
22   Q. Even though you were on FMLA leave
23 through the company?
24   A. Okay. Well, then in that regards, when
25 that FMLA expired.

Page 206

1    Q. Okay.
2    A. And no effort was made to allow for
3 accommodation to allow me to return to work.
4    Q. Did you receive any letter notifying you
5 of a termination?
6    A. No.
7    Q. Did anyone from APAC tell you you were
8 terminated or could no longer come back to work?
9    A. No. So I guess in practice, March 5th,
10 but in letter with the FMLA, June whatever.
11   Q. And the only reason for that is because
12 you -- what you've testified is that nobody called
13 you after June to say we've made the
14 accommodations; come back.
15   A. Right, made the calls they said they were
16 going to make.
17       MS. MUELLER: All right. I think
18 I'm done.
19          EXAMINATION
20 BY MR. FIEWEGER:
21   Q. Greg, you learned that your benefits
22 were terminated when you applied for medication in
23 January of 2003; is that correct?
24   A. Medicaid?
25   Q. No, you were doing your prescription

Page 207

1 med.
2    A. Correct. No. Actually, that would have
3 been February because APAC's insurance delivered
4 you with a three-month supply on drugs.
5    Q. Okay.
6    A. So I would have been all set for
7 December, January, and then when I went to reorder
8 in February --
9    Q. Okay.
10   A. -- is when I had the problem.
11   Q. Between December 31st, 2002, and the date
12 that you first learned that your medical coverage
13 was going -- it didn't go through on your
14 medication supply --
15   Q. Okay.
16   Q. -- what, if any, written documents did
17 you receive from APAC notifying you of the right to
18 continue under COBRA payment of health insurance
19 premium?
20   A. None.
21   Q. What, if any, documentation from a
22 company by the name of Payflex, I think it is,
23 Systems, USA, Inc., did you receive notifying you
24 that you had the right to continue coverage under
25 COBRA or HIPPA?

Page 208

1       MR. FIEWEGER: H-I-P-P-A, I guess,
2 isn't it?
3       MS. MUELLER: I think.
4       MR. FIEWEGER: I believe.
5    A. None.
6    Q. Okay. Now, with respect to the -- I've
7 got to go back through these statements of Wendy
8 Salas and Catherine Hughes.
9       Exhibit 3 and Exhibit 4 -- and their
10 statements, they're all dated August 15, 2002; is
11 that correct?
12   A. Yes.
13   Q. And it appears that a number of
14 statements from the APAC employees that have been
15 produced in discovery were all produced as -- and
16 signed as of about that time; is that correct?
17   A. Yes, it appears so.
18   Q. And it would appear also that these were
19 all attached in APAC's response to your charge of
20 discrimination filed with the Iowa Civil Rights
21 Commission, correct?
22   A. Yes.
23   Q. And you read in these statements that
24 they're all indicating that you weren't terminated
25 and that APAC was taking the position that you